IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA,
*ex rel.* CAMERON JEHL                                                                  PLAINTIFF

VS.                                       CIVIL ACTION: 3:19-CV-00091-MPM-JMV

GGNSC SOUTHAVEN, LLC *et al.*                                  DEFENDANTS

## **ORDER**

This matter is before the court to reassess the stay of discovery pursuant to the court's [77] Order regarding defendants' [73] motion for a protective order to stay discovery pending a ruling on their [60] motion to dismiss for failure to state a claim.

On April 29, 2020, defendants moved for a protective order seeking a stay of discovery in this case until the pending [60] motion to dismiss the amended complaint is decided.

On May 20, 2020 the court granted the defendants' motion for a protective order to the extent that plaintiff did not oppose it but denied it as to written discovery propounded to defendants on April 9, 2020.

On June 22, 2020, the plaintiff filed a motion for leave to file a second amended complaint. On July 9, 2020, the court granted plaintiff's motion, rendering the pending [60] motion to dismiss moot. Therefore, a stay of discovery is not presently appropriate.

IT IS THEREFORE ORDERED, the stay of discovery in this case is hereby lifted.

**SO ORDERED** this, the 21st day of July, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE