IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA
ex rel. CAMERON JEHL                                                    PLAINTIFF

VS.                                              CIVIL CAUSE NO. 3:19-cv-00091-MPM-JMV

GGNSC SOUTHAVEN LLC *et al.*                                          DEFENDANTS

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court following the [102] scheduling conference.  Consistent with the corresponding [103] minutes,

IT IS HEREBY ORDERED that certain deadlines in the court's case management order are amended as follows:

1.      Plaintiff's experts shall be designated by January 15, 2021;

2.      Defendant's experts shall be designated by February 15, 2021;

3.      All discovery shall be completed by April 13, 2021; and

4.      All dispositive and *Daubert*-type motions shall be filed by May 13, 2021.

Finally, as only four months now remain between the dispositive motions deadline and the trial date, the parties are forewarned that no further extensions shall be granted absent a trial continuance.

**SO ORDERED** this 7th day of October, 2020.

/s/ Jane M. Virden_____
**UNITED STATES MAGISTRATE JUDGE**