# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA,**
*ex rel.* **CAMERON JEHL**                                                                                    **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 3:19-cv-00091-MPM-JMV**

**GGNSC SOUTHAVEN LLC** *et al.*                                                                    **DEFENDANTS**

## ORDER

This matter is before the court on the [118] motion of the relator for the release of certain subpoenaed tax records of a non-party. The court, having considered the motion and corresponding briefing, finds that the motion should be denied, with the right to be re-urged if necessary.

On October 15, 2020, the undersigned was informed that the Clerk of Court for the United States District Court for the Northern District of Mississippi had received certain sealed tax records in response to a subpoena issued to Virginia Department of Taxation by the relator.

As relator concedes that he seeks only certain, limited information from the tax records—not to include any financial information—and that he intends to also seek that same, limited information directly from the subject individual, it appears that there may not be a need to release any portion of the individual's sealed tax records at all. Doc. #119 at 5.

THEREFORE, the motion is hereby denied. The relator may re-urge the motion if he is unsuccessful in obtaining the information sought by some alternative means. However, the relator is cautioned that if the motion is refiled, the movant is required to explain, with particularity, how the information under the circumstances of this case is relevant to the defendants' liability, if any, and why the information sought cannot be obtained through some, less intrusive means.

Finally, the Clerk of Court should retain these records until the undersigned has directed

otherwise.

      **SO OREDERED** this, the 1st day of December, 2020.

                                              <u>/s/ Jane M. Virden</u>
                                              UNITED STATES MAGISTRATE JUDGE