AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America, ex rel. Cameron Jehl, *Plaintiff* | ) |
| v. | ) Civil Action No. 3:19-CV-091-MPM-JMV |
| GGNSC Southaven, LLC d/b/a Golden Living Center-Southaven, et al., *Defendant* | ) ) ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: **Drumm Corp., c/o Registered Agent, Corporation Service Company
251 Little Falls Drive, Wilmington, DE 19808**

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Please see attached Exhibit A.

| Place: LawServe, LLC, Attention: Chris Lattmann 123 S. 22nd Street, Philadelphia, PA 19103 | Date and Time: 01/25/2021 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/22/2020

CLERK OF COURT

OR

_____          /s/ William Luckett
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Cameron Jehl
_____, who issues or requests this subpoena, are:
William Luckett, Luckett Law Firm, PA, 143 Yazoo Ave., Clarksdale, MS 38614; 662-624-2591; wol@luckettlawfirm.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:19-CV-091-MPM-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **Drumm Corp.**
was received by me on *(date)* **December 31, 2020**

[X] I served the subpoena by delivering a copy to the named individual as follows:
**serving "No name provided per company policy",**
on *(date)* **January 6, 2021** or

[ ] I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **January 6, 2021**

*Server's signature*

**Charles Murphy, Process Server**
*Printed name and title*

**123 South 22nd Street Philadelphia, PA 19103**
*Server's address*

55508

Additional information regarding attempted service, etc: Documents (Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action, Exhibit A) serve c/o Registered Agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808