IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**CAMERON JEHL**     **PLAINTIFFS**

**V.**     **NO. 3:19-CV-91-MPM-JMV**

**GGNSC SOUTHAVEN LLC D/B/A**
**GOLDEN LIVINGCENTER-SOUTHAVEN;**
**GGNSC ADMINISTRATIVE SERVICES LLC**
**D/B/A GOLDEN VENTURES;**
**GGNSC CLINICAL SERVICES LLC**
**D/B/A GOLDEN CLINICAL SERVICES**     **DEFENDANTS**

## ORDER

This matter has come before the Court on Relator's Motion to Seal [241] Exhibits and Unredacted Memorandum of Law in support of his Motion to Compel and Memorandum in support [239,240]. Defendants did not respond to the Motion to Seal. Nor has there otherwise been a demonstration of the need to seal the aforementioned documents. Accordingly, the motion to seal is **denied**.

The Relator shall file, within two (2) business days hereof, in unredacted form, his Motion to Compel and Memorandum of Law in Support [239, 240].

**SO ORDERED** this, the 17th day of June, 2021.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**