IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**CAMERON JEHL**                                                                                  **PLAINTIFFS**

V.                                              CIVIL ACTION NO. 3:19-cv-091-NBB-JMV

**GGNSC SOUTHAVEN, LLC,**
**doing business as Golden Living Center**
**– Southaven; GGNSC ADMINISTRATIVE**
**SERVICES, LLC, doing business as**
**Golden Ventures, and GGNSC CLINICAL**
**SERVICES**                                                                                      **DEFENDANTS**

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**. This case is hereby dismissed with prejudice and closed.

This 30th day of March, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE