# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. CAMERON JEHL,** | |
| **Plaintiffs,** | |
| v. | Case No. 3:19cv091-MPM-JMV |
| **GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN et al.** | |
| **Defendants.** | |

## DEFENDANTS' JOINT MOTION FOR ATTORNEYS' FEES

Defendants GGNSC Southaven LLC, GGNSC Administrative Services LLC, and GGNSC Clinical Services LLC ("Defendants") hereby move for attorneys' fees.

The Motion is supported by the following exhibits and the supporting Memorandum of Law filed herewith:

**Exhibit 1** – Declaration of Robert Salcido in support of Defendants' Joint Motion for Attorneys' Fees.

**Exhibit A to Exhibit 1** – Settlement Agreement and General Release of Cassie Yvonne Smith Taylor (dated June 26, 2017) (relevant portion highlighted).

Wherefore, Defendants respectfully request that the Court grant Defendants' Joint Motion for Attorneys' Fees.

April 13, 2022                                              Respectfully submitted,

*/s/ Margaret Sams Gratz*
Margaret Sams Gratz, Esq. (MSB # 99231)
William Grant Armistead (MSB # 9786)
Mitchell, McNutt & Sams, P.A.
P. O. Box 7120
Tupelo, MS 38802-7120
Telephone: (662) 842-3871
Facsimile: (662) 842-8450
mgratz@mitchellmcnutt.com

Robert Salcido (*pro hac vice*)
D.C. Bar No. 447951
Akin Gump Strauss Hauer & Feld LLP
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

***Attorneys for Defendants***
**GGNSC Southaven LLC; GGNSC**
**Administrative Services LLC; GGNSC**
**Clinical Services**

## CERTIFICATE OF SERVICE

This is to certify that I, Robert Salcido, one of the attorneys for GGNSC Southaven, LLC individually and on behalf of all Defendants have this day furnished a true and correct copy of the above and foregoing **DEFENDANTS' JOINT MOTION FOR ATTORNEYS' FEES** to the following via ECF filing:

Philip N. Elbert, Esq.
Lisa P. Binder, Esq.
Nathan C. Sanders, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
pelbert@nealharwell.com
lbinder@nealharwell.com
nsanders@nealharwell.com

Richard R. Barrett
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
rrb@rrblawfirm.net

This the 13th day of April, 2022.

/s/ Robert Salcido
Robert Salcido