# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CAMERON JEHL,<br><br>Plaintiffs,<br><br>v.<br><br>GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN et al.<br><br>Defendants. | Case No. 3:19cv091-MPM-JMV |

**DECLARATION OF ROBERT S. SALCIDO IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Robert Salcido, Partner, at Akin Gump Strauss Hauer & Feld LLP, which is counsel for GGNSC Southaven LLC; GGNSC Administrative Services LLC; and GGNSC Clinical Services LLC in this action, respectfully declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

1. Annexed hereto as Exhibit A is a true and correct copy of the Settlement Agreement and General Release of Cassie Yvonne Smith Taylor (dated June 26, 2017) (relevant portion highlighted).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2022
Washington, DC

*/s/ Robert Salcido*
Robert Salcido