IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**CAMERON JEHL**                                                                     **PLAINTIFFS**

**V.**                                           **CIVIL ACTION NO. 3:19-cv-091-NBB-JMV**

**GGNSC SOUTHAVEN, LLC,**
doing business as Golden Living Center
– Southaven; **GGNSC ADMINISTRATIVE**
**SERVICES, LLC,** doing business as
Golden Ventures, and **GGNSC CLINICAL**
**SERVICES**                                                             **DEFENDANTS**

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for attorneys' fees is **GRANTED**. The defendants are allowed thirty (30) days from this date within which to file their submissions and briefing in support of an award of attorneys' fees. The relator's responsive briefing and the defendants' rebuttal will be due in accordance with this court's local rules and the Federal Rules of Civil Procedure.

The court further finds that the relator's motion objecting to the clerk's taxation of costs is **DENIED**.

This 28th day of March, 2023.

                                                                   /s/ Neal Biggers
                                                                    NEAL B. BIGGERS, JR.
                                                                    UNITED STATES DISTRICT JUDGE