IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> CAMERON JEHL, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GGNSC SOUTHAVEN LLC D/B/A GOLDEN ) <br> LIVINGCENTER-SOUTHAVEN; GGNSC ) <br> ADMINISTRATIVE SERVICES LLC D/B/A ) <br> GOLDEN VENTURES; AND GGNSC ) <br> CLINICAL SERVICES LLC D/B/A GOLDEN ) <br> CLINICAL SERVICES, ) <br> ) <br>    Defendants. ) | No. 3:19CV091-MPM-JMV <br><br> JURY DEMAND |

## NOTICE OF APPEARANCE

The undersigned, a member of the Bar of this Court, hereby enters his appearance as co-counsel for the Plaintiff, Cameron Jehl, for purposes of filing a motion to reconsider the recent order granting attorneys' fees for the Defendant and against the Plaintiff, and any subsequent matters.

                                                                       Respectfully submitted,

                                                                       *s/ Robert B. McDuff*
                                                                       Robert B. McDuff (MSB # 2532)
                                                                       Law Office of Robert B. McDuff
                                                                       767 N. Congress St.
                                                                       Jackson, MS 39202
                                                                       601.259.8484 (Telephone)
                                                                       rbm@mcdufflaw.com

                                                                       *Co-Counsel for Plaintiff-Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2023, the following counsel were served with the foregoing by operation of the Court's electronic filing system:

Margaret Sams Gratz, Esq.
Mitchell, McNutt & Sams, P.A.
P. O. Box 7120
Tupelo, MS 38802-7120
mgratz@mitchellmcnutt.com

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006-1037
rsalcido@akingump.com

*Counsel for Defendants*

J. Harland Webster, Assistant U.S. Attorney
Office of the United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655-3608
joseph.webster@usdoj.gov

*Counsel for the United States of America*

        /s/ *Robert B. McDuff*