# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMERON JEHL, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 3:19-cv-091-NBB-JMV |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVINGCENTER-SOUTHAVEN; GGNSC ADMINISTRATIVE SERVICES LLC D/B/A GOLDEN VENTURES; AND GGNSC CLINICAL SERVICES LLC D/B/A GOLDEN CLINICAL SERVICES, ) ) ) ) ) ) ) ) | Oral Argument Requested |
| Defendants. ) | |

## RELATOR'S MOTION TO RECONSIDER ORDER FINDING THAT THIS CASE WAS FRIVOLOUS AND GRANTING ATTORNEYS' FEES TO DEFENDANTS

Relator, Cameron Jehl, by and through new counsel who recently entered an appearance in this matter, respectfully moves the Court to reconsider its decision finding that this case was frivolous and granting attorneys' fees to Defendants. The grounds are set forth more fully in the accompanying Memorandum. The Defendants oppose the motion.

Respectfully submitted,

/s/ *Robert B. McDuff*
Robert B. McDuff (MSB # 2532
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
601.259.8484 (Telephone)
rbm@mcdufflaw.com

2

        Richard R. Barrett (MSB #99108)
        Law Office of Richard R. Barrett, PLLC
        2086 Old Taylor Road
        Suite 1011
        Oxford, MS 38655
        662.380.5018 (Telephone)
        rrb@rrblawfirm.net

        Philip N. Elbert (admitted *pro hac vice)*
        Kendra E. Samson (admitted *pro hac vice*)
        Nathan C. Sanders (admitted *pro hac vice*)
        NEAL & HARWELL, PLC
        1201 Demonbreun Street, Suite 1000
        Nashville, TN 37203
        (615) 244-1713 – Telephone
        pelbert@nealharwell.com
        ksamson@nealharwell.com
        nsanders@nealharwell.com

        *Counsel for Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2023, the foregoing was served on the following counsel by operation of the Court's electronic filing system:

Margaret Sams Gratz, Esq.
Mitchell, McNutt & Sams, P.A.
P. O. Box 7120
Tupelo, MS 38802-7120
mgratz@mitchellmcnutt.com

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006-1037
rsalcido@akingump.com

*Counsel for Defendants*

J. Harland Webster, Assistant U.S. Attorney
Office of the United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655-3608
joseph.webster@usdoj.gov

*Counsel for the United States of America*

/s/ *Robert B. McDuff*