IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMERON JEHL, <br><br>**Plaintiffs,**<br><br>v.<br><br>**GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN, et al.,**<br><br>**Defendants.** | Case No. 3:19cv091-MPM-JMV |

## MOTION FOR AWARD OF ATTORNEYS' FEES AND OTHER EXPENSES

Defendants GGNSC Southaven LLC, GGNSC Administrative Services LLC, and GGNSC Clinical Services LLC ("Defendants") hereby move for attorneys' fees and other expenses.

The Motion is supported by the following exhibits and the supporting Memorandum of Law filed herewith:

**Exhibit 1 –** Declaration of Robert Salcido in Support Of Defendants' Application For Attorneys' Fees And Other Expenses.

**Exhibit A to Exhibit 1** – Biography of Robert Salcido

**Exhibit B to Exhibit 1** – Redacted invoices of Akin Gump Strauss Hauer & Feld LLP

**Exhibit C to Exhibit 1** – Attorney Fees chart

**Exhibit 2 –** Declaration of Margaret Sams Gratz in Support of Defendants' Application For Attorneys' Fees And Other Expenses.

**Exhibit A to Exhibit 2 –** Redacted invoices of Mitchell, McNutt & Sams, P.A.

**Exhibit B to Exhibit 2 –** Expenses incurred by Defendants.

**Exhibit 3 –** Declaration of Lily A. North in Support of Defendants' Application for Attorneys' Fees and Other Expenses.

**Exhibit A to Exhibit 3** – Redacted Benesch, Friedlander, Coplan & Aronoff, LLP billing statements.

**Exhibit 4 -** Declaration of Paul Killeen in Support of Defendants' Application for Attorneys' Fees and Other Expenses.

**Exhibit A to Exhibit 4** – Redacted monthly statements.

**Exhibit 5 –** Declaration of Kynda Almefty in Support of Defendants' Application for Attorneys' Fees and Other Expenses.

**Exhibit A to Exhibit 5 –** Redacted monthly billing statements.

**Exhibit 6 –** Declaration of Jan G. Ahrens in Support of Defendants' Application for Attorneys' Fees and Other Expenses.

**Exhibit A to Exhibit 6 –** Redacted monthly billing statements.

**Exhibit 7 –** Declaration of Mark S. Brennan, Sr. in Support of Defendants' Application for Attorneys' Fees and Other Expenses.

**Exhibit 1 to Exhibit 7 –** Redacted Woods Rogers Vandeventer Black, PLC's billing statements.

**Exhibit 8 -** Declaration of Michael E. Phillips in Support of Defendants' Application for Attorneys' Fees and Other Expenses.

**Exhibit 1 to Exhibit 8 –** Redacted Hagwood and Tipton, P. C.'s billing statements.

**Exhibit 9** - Declaration of Holly Rasmussen-Jones in Support of Defendants' Application For Attorneys' Fees And Other Expenses.

**Exhibit A to Exhibit 9 –** KDL Discovery invoices.

Wherefore, Defendants respectfully request that the Court grant Defendants' Joint Motion for Attorneys' Fees and Other Expenses.

Date: April 27, 2023

Respectfully submitted,

*/s/ Margaret Sams Gratz*
Margaret Sams Gratz, Esq. (MSB # 99231)
William Grant Armistead (MSB # 9786)
Mitchell, McNutt & Sams, P.A.
P. O. Box 7120
Tupelo, MS 38802-7120
Telephone: (662) 842-3871
Facsimile: (662) 842-8450
mgratz@mitchellmcnutt.com

Robert Salcido (*pro hac vice*)
D.C. Bar No. 447951
California Bar No. 139138
Akin Gump Strauss Hauer & Feld LLP
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

***Attorneys for Defendants***
**GGNSC Southaven LLC; GGNSC Administrative Services LLC; GGNSC Clinical Services**

**CERTIFICATE OF SERVICE**

This is to certify that I, Robert Salcido, one of the attorneys for GGNSC Southaven, LLC individually and on behalf of all Defendants have this day furnished a true and correct copy of the above and foregoing document to the following via ECF filing:

Robert B. McDuff (MSB # 2532)
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
Telephone: 601.259.8484
rbm@mcdufflaw.com

Richard R. Barrett (MSB #99108)
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, MS 38655
Telephone 662.380.5018
rrb@rrblawfirm.net

Philip N. Elbert, Esq.
Lisa P. Binder, Esq.
Nathan C. Sanders, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
pelbert@nealharwell.com
lbinder@nealharwell.com
nsanders@nealharwell.com

This 27th day of April 2023.

/s/ *Robert Salcido*