# **EXHIBIT C**

**U.S. ex rel. Jehl v. GGNSC Southaven LLC et al**
**ATTORNEY FEES**
**AKIN GUMP STRAUSS HAUER AND FELD, LLP**

| INVOICE MONTH | TIMEKEEPER | HOURS | RATE | TOTAL TIME | TOTAL MONTH |
|---|---|---|---|---|---|
| Nov-19 | R. Salcido | 47.60 | $770.00 | $36,652.00 | |
| | C. Creely | 18.30 | $720.00 | $13,176.00 | |
| | | | | $49,828.00 | $49,828.00 |
| Dec-19 | R. Salcido | 9.70 | $770.00 | $7,469.00 | |
| | C. Creely | 2.80 | $720.00 | $2,016.00 | |
| | R. Slavin/**1** | 5.70 | $280.00 | $1,596.00 | |
| | | | | $11,081.00 | $11,081.00 |
| Jan-20 | R. Salcido | 21.50 | $770.00 | $16,555.00 | |
| | C. Creely | 6.70 | $720.00 | $4,824.00 | |
| | D. Graver | 0.50 | $720.00 | $360.00 | |
| | | | | $21,739.00 | $21,739.00 |
| Feb-20 | R. Salcido | 82.60 | $770.00 | $63,602.00 | |
| | C. Creely | 19.10 | $720.00 | $13,752.00 | |
| | D. Graver | 2.20 | $720.00 | $1,584.00 | |
| | | | | $78,938.00 | $78,938.00 |
| Mar-20 | R. Salcido | 48.30 | $770.00 | $37,191.00 | |
| | | | | $37,191.00 | $37,191.00 |
| Apr-20 | R. Salcido | 115.20 | $770.00 | $88,704.00 | |
| | | | | $88,704.00 | $88,704.00 |
| May-20 | R. Salcido | 37.50 | $770.00 | $28,875.00 | |
| | | | | $28,875.00 | $28,875.00 |
| Jun-20 | R. Salcido | 125.80 | $770.00 | $96,866.00 | |

| | | | | | |
|---|---|---|---|---|---|
| | M.McDonald | 1.30 | $695.00 | $903.50 | |
| | | | | $97,769.50 | $97,769.50 |
| Jul-20 | R. Salcido | 119.00 | $770.00 | $91,630.00 | |
| | M. McDonald | 4.30 | $740.00 | $3,182.00 | |
| | | | | $94,812.00 | $94,812.00 |
| Aug-20 | R. Salcido | 80.30 | $770.00 | $61,831.00 | |
| | M. McDonald | 0.70 | $695.00 | $486.50 | |
| | | | | $62,317.50 | $62,317.50 |
| Sept-20 | R. Salcido | 2.60 | $770.00 | $2,002.00 | |
| | | | | $2,002.00 | $2,002.00 |
| Oct-20 | R. Salcido | 5.70 | $770.00 | $4,389.00 | |
| | | | | $4,389.00 | $4,389.00 |
| Nov-20/**2** | R. Salcido | 25.40 | $770.00 | $19,558.00 | |
| | | | | $19,558.00 | $19,558.00 |
| Nov-20/**3** | R. Salcido | 8.20 | $770.00 | $6,314.00 | |
| | | | | $6,314.00 | $6,314.00 |
| Dec-20 | R. Salcido | 52.70 | $770.00 | $40,579.00 | |
| | M. McDonald | 1.20 | $695.00 | $834.00 | |
| | S. Block | 8.50 | $520.00 | $4,420.00 | |
| | | | | $45,833.00 | $45,833.00 |
| Jan-21 | R. Salcido | 101.10 | $770.00 | $77,847.00 | |
| | K. Cleary | 0.80 | $770.00 | $616.00 | |
| | | | | $78,463.00 | $78,463.00 |
| Feb-21 | R. Salcido | 54.40 | $770.00 | $41,888.00 | |
| | | | | $41,888.00 | $41,888.00 |
| Apr-21 | R. Salcido | 139.30 | $770.00 | $107,261.00 | |
| | J. Richards/**4** | 4.20 | $495.00 | $2,079.00 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | M. McDonald | 2.30 | $695.00 | $1,598.50 |  |
|  | S. Block/5 | 2.00 | $520.00 | $1,040.00 |  |
|  |  |  |  | $111,978.50 | $111,978.50 |
|  |  |  |  |  |  |
| May -21 | R. Salcido | 185.90 | $770.00 | $143,143.00 |  |
|  |  |  |  | $143,143.00 | $143,143.00 |
|  |  |  |  |  |  |
| June-21 | R. Salcido | 195.70 | $770.00 | $150,689.00 |  |
|  | M. McDonald | 2.00 | $695.00 | $1,390.00 |  |
|  | E. Gerry | 46.40 | $500.00 | $23,200.00 |  |
|  |  |  |  | $175,279.00 | $175,279.00 |
|  |  |  |  |  |  |
| July-21 | R. Salcido | 49.30 | $770.00 | $37,961.00 |  |
|  | K. Cleary | 0.40 | $770.00 | $308.00 |  |
|  | E. Gerry | 20.80 | $500.00 | $10,400.00 |  |
|  | R. Slavin/6 | 3.80 | $280.00 | $1,064.00 |  |
|  |  |  |  | $49,733.00 | $49,733.00 |
|  |  |  |  |  |  |
| Aug-21 | R. Salcido | 59.40 | $770.00 | $45,738.00 |  |
|  | E. Gerry | 33.30 | $500.00 | $16,650.00 |  |
|  |  |  |  | $62,388.00 | $62,388.00 |
|  |  |  |  |  |  |
| Sept-21 | R. Salcido | 105.40 | $770.00 | $81,158.00 |  |
|  | E. Gerry | 35.10 | $500.00 | $17,550.00 |  |
|  |  |  |  | $98,708.00 | $98,708.00 |
|  |  |  |  |  |  |
| Oct-21 | R. Salcido | 0.90 | $770.00 | $693.00 |  |
|  | E. Gerry | 3.40 | $500.00 | $1,700.00 |  |
|  |  |  |  | $2,393.00 | $2,393.00 |
|  |  |  |  |  |  |
| May-22 | R. Salcido | 58.20 | $770.00 | $44,814.00 |  |
|  | E. Gerry | 29.30 | $500.00 | $14,650.00 |  |
|  |  |  |  | $59,464.00 | $59,464.00 |
|  |  |  |  |  |  |
| June-22 | R. Salcido | 40.20 | $770.00 | $30,954.00 |  |

|         |               |       |          |             |             |
|---------|---------------|-------|----------|-------------|-------------|
|         | E. Gerry      | 69.80 | $500.00  | $34,900.00  |             |
|         | R. Slavin     | 6.40  | $445.00  | $2,848.00   |             |
|         |               |       |          | $68,702.00  | $68,702.00  |
| July-22 | R.Salcido     | 91.30 | $770.00  | $70,301.00  |             |
|         | E. Gerry      | 2.20  | $500.00  | $1,100.00   |             |
|         |               |       |          | $71,401.00  | $71,401.00  |
| Aug-22  | R. Salcido    | 30.50 | $770.00  | $23,485.00  |             |
|         | E. Gerry      | 43.90 | $500.00  | $21,950.00  |             |
|         | K. Loveland/7 | 0.40  | $770.00  | $308.00     |             |
|         | R. Slavin     | 10.70 | $445.00  | $4,761.50   |             |
|         |               |       |          | $50,504.50  | $50,504.50  |
| 22-Sep  | E. Gerry      | 1.60  | $500.00  | $800.00     |             |
|         |               |       |          | $800.00     | $800.00     |
| Subtotal|               |       |          | **$1,664,196.00** | **$1,664,196.00** |

| TOTAL FEES | |
|---|---|
| **For Robert Salcido** | **$1,458,149.00** |
| **For Other Akin Gump Timekeepers** | **$206,047.00** |
| For Kelly Cleary | $924.00 |
| For Catherine Creely | $33,768.00 |
| For Daniel Graver | $1,944.00 |
| For Maureen McDonald | $8,394.50 |
| For Emily Gerry | $142,900.00 |
| For Kristen Loveland | $308.00 |
| For Jillie Richards | $2,079.00 |
| For Risa Slavin | $10,269.50 |
| For Samantha Block | $5,460.00 |
| **Total Attorney Fees** | **$1,664,196.00** |

4

**/1 Billing rate was discounted from $375.00 to $280.00**
**/2 Invoice dated 11/23/2020 includes professional services rendered 11/01/2020 through 11/17/2020**
**/3 Invoice dated 12/06/2020 includes professional services rendered 11/20/2020 through 11/29/2020**
**/4 Billing rate was discounted from $720.00 to $495.00**
**/5 Billing rate was discounted from $630.00 to $520.00**
**/6 Billing rate was discounted from $370.00 to $280.00**
**/7 Billing rate was discounted from $895.00 to $770.00**