# EXHIBIT B



110 North Elgin Avenue, Suite 400
Tulsa, OK 74120-1490
918.584.2900 Fax: 918.584.2931

**BKD Tax ID#: 44-0160260**

INVOICE

Golden Living Southaven
Attn Pam Robert
1000 Fianna Way
Fort Smith AR 72916-8285

| AMOUNT ENCLOSED |
| --- |
| $ |

Date: 06/11/21
Page: 1
Client#: 0097557 - Invoice#: BK01420881

**Please return top portion with payment**

Client#: 0097557 - Invoice#: BK01420881

| | |
| --- | --- |
| Litigation support services for client by B. Lane, including multiple calls, review of records provided by client in preparation for deposition, formation of the expert witness report, submission of report to client, and the actual deposition itself. | 6,813.75 |
| Administrative fee | 672.55 |
| **Invoice Total** | **$ 7,486.30** |

Go to bkd.com/client-login then BKD Client Payment Portal to pay online. Email ClientPaymentPortal@bkd.com with portal questions. Contact invoice sender or the BKD office below with account questions.

Invoices are due upon receipt and assessed finance charges after 32 days past due date unless detailed in engagement letter.

***Thank you for your business!***

**BKD, LLP** • • 110 North Elgin Avenue, Suite 400 • Tulsa, OK 74120-1490

Phone 918.584.2900 • Fax 918.584.2931



**CPAs & Advisors**

110 North Elgin Avenue, Suite 400
Tulsa, OK 74120-1490
918.584.2900 Fax: 918.584.2931

**BKD Tax ID#: 44-0160260**

INVOICE

Golden Living Southaven
Attn Pam Robert
1000 Fianna Way
Fort Smith AR 72916-8285

| AMOUNT ENCLOSED |
|---|
| $ |

Date: 08/25/21
Page: 1
Client#: 0097557 - Invoice#: BK01448310

**Please return top portion with payment**

Client#: 0097557 - Invoice#: BK01448310

| | |
|---|---|
| Client contact for updates on trial status | 88.75 |
| Administrative fee | 3.55 |
| Invoice Total | $ 92.30 |

Go to bkd.com/client-login then BKD Client Payment Portal to pay online. Email ClientPaymentPortal@bkd.com with portal questions. Contact invoice sender or the BKD office below with account questions.

Invoices are due upon receipt and assessed finance charges after 32 days past due date unless detailed in engagement letter.

***Thank you for your business!***

**BKD, LLP** • 110 North Elgin Avenue, Suite 400 • Tulsa, OK 74120-1490
Phone 918.584.2900 • Fax 918.584.2931

LAW FIRM OF
# STARNES DAVIS FLORIE LLP

REMITTANCE ADDRESS
P. O. Box 162587
Altamonte Springs, FL 32716
(205) 868-6000
Federal ID: 63-0685284

May 10, 2021

Margaret Sams Gratz
Mitchell McNutt & Sams, PA
mgratz@mitchellmcnutt.com

| | |
|---|---|
| Invoice # | 222512 |
| Client/Matter # | 3268 - 0039307 |
| Billing through | 4/20/2021 |

**Regulatory: U.S. Ex rel. Cameron Jehl v. GGNSC Southaven LLC d/b/a Golden Living Center-Southaven; GGNSC Administrative Services LLC, and GGNSC Clinical Services LLC**

## PROFESSIONAL SERVICES

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/5/2021 | REH | Conference call with Robert Salcido, Margaret Gratz, Paul Killeen and Pam Roberts about serving as expert witness in qui tam matter. | 0.70 | $280.00 |
| 4/9/2021 | REH | Responded affirmatively to email from Margaret Gratz asking if I can have draft report ready by next Wednesday. | 0.10 | $40.00 |
| 4/9/2021 | REH | Responded to email from Margaret Gratz asking my availability for deposition preparation during period April 20-30. | 0.10 | $40.00 |
| 4/10/2021 | REH | Began review of large volume of documents sent to me by Margaret Gratz. | 0.70 | $280.00 |
| 4/12/2021 | REH | Telephone conference with Margaret Gratz about my participation, about deposition this morning. | 0.20 | $80.00 |
| 4/12/2021 | REH | Viewed video deposition of Swigah Mwakipake (deposition took 5.3 hrs., but there were four breaks of 10-12 minutes when I was able to do other work). | 4.70 | $1,880.00 |
| 4/12/2021 | REH | Reviewed and organized large packet of printed materials delivered to me after deposition. | 0.40 | $160.00 |
| 4/13/2021 | REH | Began more thorough review of materials, conducted research into regulations and interpretive guidance at relevant time, engaged in telephone conference with Margaret Gratz, sent lengthy email to Margaret Fratz and Robert Salcido, began writing draft opinion. | 6.50 | $2,600.00 |
| 4/14/2021 | REH | Completed draft of expert opinion and emailed it to Margaret Gratz and Robert Salcido. | 4.60 | $1,840.00 |
| 4/15/2021 | REH | Telephone conference with Margaret Gratz regarding draft expert opinion, logistics of my testimony. | 0.30 | $120.00 |
| 4/15/2021 | REH | Conference call with Robert Salcido and Margaret Gratz regarding draft expert opinion. | 1.20 | $480.00 |
| 4/15/2021 | REH | Reviewed materials emailed by Margaret Gratz. | 0.20 | $80.00 |

| 3268 | | Mitchell McNutt & Sams, PA | Invoice No: 222512 | | Page 2 |
|---|---|---|---|---|---|
| 4/16/2021 | REH | Conducted research into history of CMS interpretive guidance, made significant revisions to my draft written opinion. | | 3.20 | $1,280.00 |
| 4/17/2021 | REH | Finished revision to written draft opinion, sent to Robert Salcido and Margaret Gratz with explanatory email. | | 3.40 | $1,360.00 |
| 4/17/2021 | REH | Email exchange with Robert Salcido about issues raised by Allina case. | | 0.20 | $80.00 |
| 4/19/2021 | REH | Reviewed proposed tracked changes to my opinion provided by Robert Salcido, accepted the changes, made minor corrections, returned to Robert Salcido and Margaret Gratz with explanation. | | 0.50 | $200.00 |
| 4/19/2021 | REH | Created pdf of my opinion with numbered pages, emailed to myself for signing, scanned signature page, returned signed page for emailing to Margaret Gratz. | | 0.20 | $80.00 |
| 4/19/2021 | REH | Created and emailed list of documents I reviewed for opinion in addition to those provided me by Margaret Gratz. | | 0.30 | $120.00 |
| | | | Total Fees | | $11,000.00 |

## RATE SUMMARY

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| REH | Harris, Rick E. | 27.50 | 400.00 | $11,000.00 |

## INVOICE SUMMARY

| Total Fees & Expenses this Invoice | $11,000.00 |
|---|---|

3268        Mitchell McNutt & Sams, PA                Invoice No: 222512                Page 3

LAW FIRM OF
# STARNES DAVIS FLORIE LLP

**REMITTANCE ADDRESS**
P. O. Box 162587
Altamonte Springs, FL  32716
(205) 868-6000
Federal ID: 63-0685284

May 10, 2021

Margaret Sams Gratz
Mitchell McNutt & Sams, PA
mgratz@mitchellmcnutt.com

Invoice #          222512
Client/Matter #    3268   -  0039307
Billing through    4/20/2021

**REMITTANCE COPY**
**PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT**

| | |
|---|---|
| Total Fees & Expenses this Invoice | $11,000.00 |
| Previous Balance Due | $0.00 |
| **Total Balance Now Due** | **$11,000.00** |

LAW FIRM OF
# STARNES DAVIS FLORIE LLP

REMITTANCE ADDRESS
P. O. Box 162587
Altamonte Springs, FL 32716
(205) 868-6000
Federal ID: 63-0685284

June 01, 2021

Margaret Sams Gratz
Mitchell McNutt & Sams, PA
mgratz@mitchellmcnutt.com

| | |
|---|---|
| Invoice # | 223171 |
| Client/Matter # | 3268 - 0039307 |
| Billing through | 5/20/2021 |

**Regulatory: U.S. Ex rel. Cameron Jehl v. GGNSC Southaven LLC d/b/a Golden Living Center-Southaven; GGNSC Administrative Services LLC, and GGNSC Clinical Services LLC**

## PROFESSIONAL SERVICES

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/26/2021 | REH | Deposition preparation session with Robert Salcido and Margaret Gratz. | 2.50 | $1,000.00 |
| 4/27/2021 | REH | Final deposition preparation with Robert Salcido and Margaret Gratz. | 0.80 | $320.00 |
| 4/28/2021 | REH | Sat for deposition by Plaintiff/relator counsel. | 3.00 | $1,200.00 |
| 5/12/2021 | REH | Reviewed and signed declaration, scanned it and sent it to Tara Farr. | 0.50 | $200.00 |
| 5/18/2021 | REH | Reviewed deposition transcript for errors, filled out errata sheet, and sent to Margaret Gratz and Tara Farr. | 1.50 | $600.00 |
| 5/18/2021 | REH | Email exchange with Margaret Gratz and Tara Farr about signing, notarizing document. | 0.20 | $80.00 |
| 5/20/2021 | REH | Took errata sheet to be notarized, scanned and emailed to Tara Farr and Margaret Gratz. | 0.70 | $280.00 |
| | | Total Fees | | $3,680.00 |

## RATE SUMMARY

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| REH | Harris, Rick E. | 9.20 | 400.00 | $3,680.00 |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees & Expenses this Invoice | $3,680.00 |

3268    Mitchell McNutt & Sams, PA          Invoice No: 223171                Page 2

**LAW FIRM OF**
# STARNES DAVIS FLORIE LLP

**REMITTANCE ADDRESS**
**P. O. Box 162587**
**Altamonte Springs, FL 32716**
**(205) 868-6000**
**Federal ID: 63-0685284**

June 01, 2021

Margaret Sams Gratz                     Invoice #        223171
Mitchell McNutt & Sams, PA              Client/Matter #   3268   – 0039307
mgratz@mitchellmcnutt.com               Billing through   5/20/2021

**REMITTANCE COPY**
**PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT**

| | |
|---|---:|
| Total Fees & Expenses this Invoice | $3,680.00 |
| Previous Balance Due | $11,000.00 |
| **Total Balance Now Due** | **$14,680.00** |



**Received**

MAY - 6 2021

**Mitchell McNutt**

CRI CARR RIGGS & INGRAM
CPAs and Advisors

400 West Parkway Place, Suite 300 P. O. Box 2418
Ridgeland, MS 39158
601-853-7050
Federal ID 72-1396621

Mitchell McNutt & Sams
Attn: Margaret Gratz, CFO
P. O. Box 7120
Tupelo, MS 38802

| Invoice No. | 17129760 (include on check) |
|---|---|
| Date | 04/30/2021 |
| Client No. | 25-02375.400 |

Professional services rendered as follows:

| | |
|---|---:|
| 4/1/21- Hariel: Conf call with legal counsel to discuss case; Read selected documents provided; research regulations and reimbursement guidance - 9 hours | $3,240 |
| 4/5/21 - Hariel: Prep for and attendance of conf call with legal counsel concerning upcoming depo of plantiff's expert witness - 1.5 hours | $ 540 |
| 4/5/21 - Hariel: Review documents provided concerning litigation; review selected documents for background; trace source documents for Mertie's reimbursement calculations - 2 hours | $ 720 |
| 4/6/21 - Hariel: Listening in on Scott Mertie deposition - 2 hours | $ 720 |
| 4/6/21 - Williams: Research and information provided to Shane Hariel in connection with the deposition of Scott Mertie - 2 hours | $ 720 |
| 4/7/21 - Hariel: Review defendants representation of Medicare and Medicaid payment over the relevant period - 1.5 hours | $ 540 |
| 4/8/21 - Hariel: Research for expert report - 1.5 hours | $ 540 |
| 4/9/21 - Hariel: Research for expert report - 2 hours | $ 720 |
| 4/12/21 - Williams: Review expert report and CV with edits - 2 hours | $ 720 |
| 4/12/21 - Hariel: Finalize research and draft report - 9.5 hours | $3,420 |
| 4/14/21 - Hariel: Conf Call to discuss expert report - 1 hour | $ 360 |
| 4/15/21 - Hariel: Updates to report; review Mertie depo transcript; new exhibit on cost incurred; review/reconcile interrogatory payment amounts to other payment representations - 4 hours | $1,440 |
| 4/19/21 - Hariel: Conf call to discuss expert report; review additional depo; additional research and revisions - 2 hours | $ 720 |

*Carr, Riggs & Ingram, LLC*
*Mitchell McNutt & Sams*
*Invoice No.   17129760*                                    Page 2

---

| | |
|---|---|
| 4/19/21 - Hariel: Review additional depositions and regulations - 5 hours | $1,800 |
| 4/21/21 - Hariel: Mock depo/prep - 3 hours | $1,080 |
| 4/22/21 - Hariel: Prep for depo - 1.5 hours | $ 540 |
| 4/22/21 - Hariel: Reading additional depo; review testimony - 2.5 hours | $ 900 |
| 4/24/21 - Hariel: Deposition - 5 hours | $1,800 |
| 4/27/21 - Hariel: Review depo - 1.5 hours | $ 540 |
| 4/28/21 - Hariel: Depo corrections - 0.5 hours | $ 360 |

Total Hours: 59

Current Amount Due        $     21,240.00

Less Retainer paid:                             ($5,000)

**Total Due:**        **$16,240**