# EXHIBIT A

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Benesch Friedlander |
| Office: | Cleveland |
| Invoice Number: | 535835 |
| Date of Invoice: | 12/06/2019 |
| Billing Period: | 11/01/2019 - 11/30/2019 |
| Date Posted: | 12/09/2019 |
| Invoice Description/Comment: | U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al. |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$4,680.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 12/27/2019 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $4,680.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $4,680.00 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $4,680.00 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Benesch Friedlander
200 Public Sq #2300
Cleveland, Ohio 44114-2378

Tel: 216-363-4500
Fax: 216-363-4588

*Remittance Address*
Same as mail address
Vendor Tax ID: 34-6596918
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

### *Other Invoice and Firm Information*

Regulatory Statements:  --

### *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$4,680.00** |
| Invoice Currency: | USD |
| Billed Fees | $4,680.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $4,680.00 |

### *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| BENESCH Billing | Posted | 12/09/2019 | $4,680.00 | |
| Davena Morgan Thurmond | Approved | 12/11/2019 | $4,680.00 | |
| Pamela Roberts | Approved | 12/27/2019 | $4,680.00 | |
| Lisa Lowther | AP Batch Run | 12/27/2019 | $4,680.00 | Batch ID: 006000323 (Sent to AP: 12/27/2019 12:45:31 PM) |

### *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000001772 |
| Name of Invoice File in .Zip: | Benesch Friedlander - 535835.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

### *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action  (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

Law Firm Matter No.: 49894.00006

Country (in Matter): United States

---

***Invoice Line Items:***

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|------|-------------|-----------|------------|-------|------|--------|-------|----------|--------|
| 11/15/2019 | - | Email with D. Thurmond and P. Roberts re Complaint and litigation hold | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 11/15/2019 | - | Review and analyze Complaint | North,Lily A. | 0.5 | $450.00 | | | | $225.00 |
| 11/16/2019 | - | Draft litigation hold | North,Lily A. | 1 | $450.00 | | | | $450.00 |
| 11/18/2019 | - | Email and telephone conference with P. Roberts re case strategy, ███████ strategy, and group call on 11/19/19 | North,Lily A. | 0.7 | $450.00 | | | | $315.00 |
| 11/19/2019 | - | Prepare for and telephone conference with P. Roberts, R. Salcido, B. Dillard, and P. Killeen re case strategy | North,Lily A. | 1.1 | $450.00 | | | | $495.00 |
| 11/19/2019 | - | Research ███████ in False Claims Act cases and email with P. Roberts re same | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 11/19/2019 | - | Review and Revise litigation hold notice and email with P. Robert re same | North,Lily A. | 1.5 | $450.00 | | | | $675.00 |
| 11/20/2019 | - | Review R. Salcido research on ███████ in False Claims Act cases, research same under the Fifth Circuit law | North,Lily A. | 2.4 | $450.00 | | | | $1,080.00 |
| 11/20/2019 | - | Email with P. Roberts and co-counsel re ███████ research and strategy | North,Lily A. | 0.5 | $450.00 | | | | $225.00 |
| 11/21/2019 | - | Email with P. Roberts re 11/22 call re case strategy | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 11/22/2019 | - | Email with P. Roberts and M. Phillips re local representation of Drumm and R. Silva | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 11/22/2019 | - | Prepare for and telephone conference with P. Roberts, P. Killeen, and R. Salcido re ███████ strategy | North,Lily A. | 0.8 | $450.00 | | | | $360.00 |
| 11/22/2019 | - | Draft and email with R. Silva re ███████ strategy recommendation | North,Lily A. | 1.1 | $450.00 | | | | $495.00 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Benesch Friedlander |
| Office: | Cleveland |
| Invoice Number: | 538051 |
| Date of Invoice: | 01/13/2020 |
| Billing Period: | 12/01/2019 - 12/31/2019 |
| Date Posted: | 01/13/2020 |
| Invoice Description/Comment: | U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al. |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$2,703.55** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 02/04/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $2,655.00 |
| Approved Expenses | $48.55 |
| Approved Total (excl. Tax) | $2,703.55 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $2,703.55 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Benesch Friedlander
200 Public Sq #2300
Cleveland, Ohio 44114-2378

Tel: 216-363-4500
Fax: 216-363-4588

*Remittance Address*
Same as mail address
Vendor Tax ID: 34-6596918
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

### *Other Invoice and Firm Information*

Regulatory Statements: **–**

### *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$2,703.55** |
| Invoice Currency: | USD |
| Billed Fees | $2,655.00 |
| Billed Expenses | $48.55 |
| Billed Total (excl. Tax) | $2,703.55 |

### *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| BENESCH Billing | Posted | 01/13/2020 | $2,703.55 | |
| Davena Morgan Thurmond | Approved | 01/24/2020 | $2,703.55 | |
| Pamela Roberts | Approved | 02/04/2020 | $2,703.55 | |
| Lisa Lowther | AP Batch Run | 02/04/2020 | $2,703.55 | Batch ID: 006000325 (Sent to AP: 02/04/2020 12:17:21 PM) |

### *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000001772 |
| Name of Invoice File in .Zip: | Benesch Friedlander - 538051.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

### *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action  (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

Law Firm Matter No.:  49894.00006

Country (in Matter):  United States

---

### Invoice Line Items:

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|------|-------------|-----------|------------|-------|------|--------|-------|----------|--------|
| 12/03/2019 | - | Review and revise draft motion to dismiss brief and email w/ P. Roberts and co-counsel re same | North,Lily A. | 3.4 | $450.00 | | | | $1,530.00 |
| 12/04/2019 | - | Email w/ P. Roberts, B. Dillard, and M. Phillips re ████████ for Drumm and Silva | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 12/05/2019 | - | Telephone conference with P. Roberts and M. Phillips re representation of Drumm and Silva | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 12/05/2019 | - | Email w/ B. Dillard and M. Phillips re ████████ for Drumm and Silva and draft Pro Hac Vice application for L. North | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 12/06/2019 | - | Email with M. Phillips re pro hac vice application | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 12/09/2019 | - | Email with R. Salcido and M. Phillips re motion to dismiss and pending order to substitute counsel for Defendants Drumm and Silva | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 12/10/2019 | - | Email with R. Salcido and M. Phillips re motion to dismiss and pending order to substitute counsel for Defendants Drumm and Silva | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 12/10/2019 | - | Review pro hac vice application for L. North | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 12/10/2019 | - | Email with M. Phillips re pro hac vice application for L. North | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 12/11/2019 | - | Email with M. Phillips re pro hac vice motion | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 12/12/2019 | - | Email with R. Salcido, B. Dillard, P. Roberts, and M. Phillips re motion to ████████ and motion to dismiss | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 12/13/2019 | - | Email and telephone conference with P. Roberts, B. Dillard, R. Salcido, and M. Phillips re moving to dismiss ████████ | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 12/16/2019 | - | Email with co-counsel re filing of Motion to Dismiss | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 12/20/2019 | - | Email with co-counsel re extension of deadline for relator to file opposition | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 12/12/2019 | E107 - Delivery Services/Messengers | FedEx 12/12/19Michael Phillips/San Francisco M | | 1 | $48.55 | | | | $48.55 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Benesch Friedlander |
| Office: | Cleveland |
| Invoice Number: | 540118 |
| Date of Invoice: | 02/07/2020 |
| Billing Period: | 01/01/2020 - 01/31/2020 |
| Date Posted: | 02/07/2020 |
| Invoice Description/Comment: | U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al. |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$1,150.63** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 03/03/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $1,125.00 |
| Approved Expenses | $25.63 |
| Approved Total (excl. Tax) | $1,150.63 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $1,150.63 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Benesch Friedlander
200 Public Sq #2300
Cleveland, Ohio 44114-2378

Tel: 216-363-4500
Fax: 216-363-4588

*Remittance Address*
Same as mail address
Vendor Tax ID: 34-6596918
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: **–**

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$1,150.63** |
| Invoice Currency: | USD |
| Billed Fees | $1,125.00 |
| Billed Expenses | $25.63 |
| Billed Total (excl. Tax) | $1,150.63 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| BENESCH Billing | Posted | 02/07/2020 | $1,150.63 | |
| Davena Morgan Thurmond | Approved | 02/21/2020 | $1,150.63 | |
| Pamela Roberts | Approved | 03/03/2020 | $1,150.63 | |
| Lisa Lowther | AP Batch Run | 03/03/2020 | $1,150.63 | Batch ID: 006000326 (Sent to AP: 03/03/2020 12:22:46 PM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000001772 |
| Name of Invoice File in .Zip: | Benesch Friedlander - 540118.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action  (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

Law Firm Matter No.:    49894.00006

Country (in Matter):    United States

---

### *Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|------|-------------|-----------|------------|-------|------|--------|-------|----------|--------|
| 01/14/2020 | - | Email with co-counsel re extension of deadline ███████ | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 01/27/2020 | - | Email with P. Roberts and co-counsel re opposition ██████ and voluntary dismissal of Silva and Drumm | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 01/28/2020 | - | Email with R. Silva re voluntary dismissal | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 01/29/2020 | - | Review and analyze proposed Amended Complaint | North,Lily A. | 0.8 | $450.00 | | | | $360.00 |
| 01/29/2020 | - | Email and telephone conference with P. Roberts, M. Phillips, and others re ██████ ███████ | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 01/30/2020 | - | Review draft reply brief and email with P. Roberts, P. Killeen, and co-counsel re same | North,Lily A. | 0.6 | $450.00 | | | | $270.00 |
| 01/31/2020 | - | Review motion to for leave to file amended complaint and telephone call with P. Roberts re same | North,Lily A. | 0.5 | $450.00 | | | | $225.00 |
| 01/15/2020 | E123 - Other Professionals | Outside Professional Services - Vendor: STATE BAR OF CALIFORNIA for Certificate of Good Standing needed for out of state Pro Hac Vice Application | | 1 | $25.63 | | | | $25.63 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Benesch Friedlander |
| Office: | Cleveland |
| Invoice Number: | 544573 |
| Date of Invoice: | 03/24/2020 |
| Billing Period: | 02/01/2020 - 02/29/2020 |
| Date Posted: | 03/25/2020 |
| Invoice Description/Comment: | U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al. |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$630.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 05/05/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $630.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $630.00 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $630.00 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Benesch Friedlander
200 Public Sq #2300
Cleveland, Ohio  44114-2378

Tel: 216-363-4500
Fax: 216-363-4588

*Remittance Address*
Same as mail address
Vendor Tax ID: 34-6596918
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: **–**

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$630.00** |
| Invoice Currency: | USD |
| Billed Fees | $630.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $630.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| BENESCH Billing | Posted | 03/25/2020 | $630.00 | |
| Davena Morgan Thurmond | Approved | 03/26/2020 | $630.00 | |
| Pamela Roberts | Approved | 05/05/2020 | $630.00 | |
| Lisa Lowther | AP Batch Run | 05/05/2020 | $630.00 | Batch ID: 006000328 (Sent to AP: 05/05/2020 11:57:21 AM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000001772 |
| Name of Invoice File in .Zip: | Benesch Friedlander - 544573.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

Law Firm Matter No.:    49894.00006

Country (in Matter):    United States

*Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|------|-------------|-----------|------------|-------|------|--------|-------|----------|--------|
| 02/03/2020 | - | Email with P. Roberts and co-counsel re filing reply in support of MTD | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/04/2020 | - | Email with P. Roberts re opposing motion for leave to amend | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/05/2020 | - | Email with co-counsel re opposition to motion for leave to amend | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/06/2020 | - | Email with co-counsel re motion to amend complaint | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/08/2020 | - | Email with local counsel M. Phillips re Rule 26(f) conference on February 10 | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/12/2020 | - | Review draft opposition to motion for leave to amend | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/12/2020 | - | Review correspondence from relator's counsel to magistrate judge re filing corrected motion for leave to amend | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/12/2020 | - | Email with co-counsel re strategy ██████████████████ ██████████████ | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 02/13/2020 | - | Review emails and docket entries re filing of corrected motion for leave to amend | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 02/14/2020 | - | Review email from relator's counsel and docket notifications re filing of corrected motion to amend the complaint | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/18/2020 | - | Review relator's emails re case management statement | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/24/2020 | - | Review email from co-counsel re Initial Disclosures | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Benesch Friedlander |
| Office: | Cleveland |
| Invoice Number: | 574193 |
| Date of Invoice: | 02/24/2021 |
| Billing Period: | 01/01/2021 - 01/31/2021 |
| Date Posted: | 02/24/2021 |
| Invoice Description/Comment: | U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al. |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$7,484.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 03/02/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $7,290.00 |
| Approved Expenses | $194.00 |
| Approved Total (excl. Tax) | $7,484.00 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $7,484.00 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Benesch Friedlander
200 Public Sq #2300
Cleveland, Ohio  44114-2378

Tel: 216-363-4500
Fax: 216-363-4588

*Remittance Address*
Same as mail address
Vendor Tax ID: 34-6596918
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: **–**

## *Amount Billed*

**Billed Total**          **$7,484.00**

| | |
|---|---|
| Invoice Currency: | USD |
| Billed Fees | $7,290.00 |
| Billed Expenses | $194.00 |
| Billed Total (excl. Tax) | $7,484.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| BENESCH Billing | Posted | 02/24/2021 | $7,484.00 | |
| Davena Morgan Thurmond | Approved | 03/01/2021 | $7,484.00 | |
| Pamela Roberts | Approved | 03/02/2021 | $7,484.00 | |
| Lisa Lowther | AP Batch Run | 03/02/2021 | $7,484.00 | Batch ID: 006000338 (Sent to AP: 03/02/2021 7:48:10 AM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000001772 |
| Name of Invoice File in .Zip: | Benesch Friedlander - 574193.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

Law Firm Matter No.:  49894.00006

Country (in Matter):  United States

---

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|------|-------------|-----------|------------|-------|------|--------|-------|----------|--------|
| 01/08/2021 | - | Review and analyze subpoena to Drumm | North,Lily A. | 0.5 | $450.00 | | | | $225.00 |
| 01/08/2021 | - | Email with P. Roberts re same | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 01/11/2021 | - | Email with P. Roberts re subpoena to Drumm | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 01/13/2021 | - | Telephone call with P. Roberts and D. Morgan re response to Drumm subpoena | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 01/13/2021 | - | Research for response to Drumm Subpoena | North,Lily A. | 0.3 | $450.00 | | | | $135.00 |
| 01/14/2021 | - | Research ██████████████ | North,Lily A. | 1.9 | $450.00 | | | | $855.00 |
| 01/15/2021 | - | Research and draft objection letter to Drumm subpoena | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 01/16/2021 | - | Research and draft objection letter to Drumm subpoena | North,Lily A. | 3 | $450.00 | | | | $1,350.00 |
| 01/17/2021 | - | Research and draft objection letter to Drumm subpoena | North,Lily A. | 2.2 | $450.00 | | | | $990.00 |
| 01/18/2021 | - | Draft emails to E. Pope and R. Silva | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 01/18/2021 | - | Email P. Roberts re objection letter to Drumm subpoena | North,Lily A. | 0.3 | $450.00 | | | | $135.00 |
| 01/18/2021 | - | Research and draft objection letter to Drumm subpoena | North,Lily A. | 1.5 | $450.00 | | | | $675.00 |
| 01/19/2021 | - | Email with P. Roberts and D. Thurmond re objection letter to Drumm subpoena and party discovery | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 01/19/2021 | - | Email with R. Silva and P. Roberts re response to Drumm subpoena | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 01/19/2021 | - | Email with E. Pope re searching ESI | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 01/20/2021 | - | Finalize and serve objection letter | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 01/25/2021 | - | Email with P. Roberts and D. Thurmond re subpoenas | North,Lily A. | 0.3 | $450.00 | | | | $135.00 |

| Date | | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/25/2021 | - | Draft correspondence to plaintiff's counsel requesting extension of time to respond to subpoenas | North,Lily A. | 0.4 | $450.00 | $180.00 |
| 01/25/2021 | - | Research and draft objection letters to subpoenas | North,Lily A. | 1.2 | $450.00 | $540.00 |
| 01/28/2021 | - | Telephone conference and email with P. Roberts and D. Thurmond re draft objection letters to subpoenas | North,Lily A. | 0.5 | $450.00 | $225.00 |
| 01/28/2021 | - | Revise draft objection letters to subpoenas | North,Lily A. | 1.5 | $450.00 | $675.00 |
| 01/29/2021 | - | Email with P. Roberts and R. Salcido re objection letters to subpoenas | North,Lily A. | 0.1 | $450.00 | $45.00 |
| 01/14/2021 | E106 - Online Research | Computer Research - Lexis | | 1 | $194.00 | $194.00 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Benesch Friedlander |
| Office: | Cleveland |
| Invoice Number: | 575246 |
| Date of Invoice: | 03/10/2021 |
| Billing Period: | 02/01/2021 - 02/28/2021 |
| Date Posted: | 03/10/2021 |
| Invoice Description/Comment: | U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al. |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$3,240.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 03/31/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $3,240.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $3,240.00 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $3,240.00 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Benesch Friedlander
200 Public Sq #2300
Cleveland, Ohio 44114-2378

Tel: 216-363-4500
Fax: 216-363-4588

*Remittance Address*
Same as mail address
Vendor Tax ID: 34-6596918
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: **–**

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$3,240.00** |
| Invoice Currency: | USD |
| Billed Fees | $3,240.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $3,240.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| BENESCH Billing | Posted | 03/10/2021 | $3,240.00 | |
| Davena Morgan Thurmond | Approved | 03/17/2021 | $3,240.00 | |
| Pamela Roberts | Approved | 03/31/2021 | $3,240.00 | |
| Lisa Lowther | AP Batch Run | 04/01/2021 | $3,240.00 | Batch ID: 006000339 (Sent to AP: 04/01/2021 6:16:49 AM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000001772 |
| Name of Invoice File in .Zip: | Benesch Friedlander - 575246.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action  (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

Law Firm Matter No.:    49894.00006

Country (in Matter):    United States

---

*Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|------|-------------|-----------|------------|-------|------|--------|-------|----------|--------|
| 02/09/2021 | - | Review Drumm subpoena meet and confer email from plaintiff's counsel and email with P. Roberts re same | North,Lily A. | 0.3 | $450.00 | | | | $135.00 |
| 02/10/2021 | - | Review and analyze ███████████████ email and draft letter responding to same | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |
| 02/11/2021 | - | Email with P. Roberts and counsel re party discovery | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 02/11/2021 | - | Email with plaintiff's counsel re meet and confer | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/11/2021 | - | Research and draft letter responding to plaintiff's deficiency letter | North,Lily A. | 0.9 | $450.00 | | | | $405.00 |
| 02/12/2021 | - | Telephone conference with Defendant's Counsel re party discovery and review correspondence re same | North,Lily A. | 0.6 | $450.00 | | | | $270.00 |
| 02/12/2021 | - | Email with P. Roberts re responding to Drumm subpoena deficiency email | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 02/15/2021 | - | Email with P. Roberts re ████████ strategy | North,Lily A. | 0.3 | $450.00 | | | | $135.00 |
| 02/15/2021 | - | Review discovery correspondence and revise meet and confer letter | North,Lily A. | 0.7 | $450.00 | | | | $315.00 |
| 02/15/2021 | - | Email with N. Sanders re meet and confer | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/16/2021 | - | Email with N. Sanders re meet and confer | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/17/2021 | - | Email with N. Sanders re meet and confer | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/18/2021 | - | Email with P. Roberts meet and confer re Drumm subpoena | North,Lily A. | 0.2 | $450.00 | | | | $90.00 |
| 02/19/2021 | - | Telephone conference and email with P. Roberts re meet and confer re Drumm subpoena | North,Lily A. | 0.3 | $450.00 | | | | $135.00 |
| 02/19/2021 | - | Email with N. Sanders re meet and confer | North,Lily A. | 0.1 | $450.00 | | | | $45.00 |
| 02/22/2021 | - | Prepare for and telephone conference with N. Sanders re Drumm subpoena | North,Lily A. | 0.7 | $450.00 | | | | $315.00 |
| 02/22/2021 | - | Telephone conference and email with P. Roberts re meet and confer re Drumm subpoena | North,Lily A. | 0.4 | $450.00 | | | | $180.00 |

| Date | | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/22/2021 | - | Email with N. Sanders re meet and confer re Drumm subpoena | North,Lily A. | 0.2 | $450.00 | $90.00 |
| 02/22/2021 | - | Draft email to P. Roberts summarizing meet and confer re Drumm Subpoena | North,Lily A. | 0.4 | $450.00 | $180.00 |
| 02/23/2021 | - | Email with P. Roberts re meet and confer re Drumm subpoena | North,Lily A. | 0.2 | $450.00 | $90.00 |
| 02/24/2021 | - | Telephone conference and email with P. Roberts re Drumm subpoena and responding to N. Sanders | North,Lily A. | 0.5 | $450.00 | $225.00 |
| 02/28/2021 | - | Review email from N. Sanders re Drumm subpoena | North,Lily A. | 0.2 | $450.00 | $90.00 |

# INVOICE

### Invoice Information

| | |
|---|---|
| Firm/Vendor: | Benesch Friedlander |
| Office: | Cleveland |
| Invoice Number: | 578659 |
| Date of Invoice: | 04/20/2021 |
| Billing Period: | 03/01/2021 - 03/31/2021 |
| Date Posted: | 06/18/2021 |
| Invoice Description/Comment: | U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al. |

### Amount Approved

| | |
|---|---|
| **Approved Total** | **$45.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 06/30/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $45.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $45.00 |
| Comments to AP: | |

### Accounting Code Allocations

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $45.00 | 100% | |

### Vendor Address & Tax Information in Legal Tracker

Benesch Friedlander
200 Public Sq #2300
Cleveland, Ohio  44114-2378

Tel: 216-363-4500
Fax: 216-363-4588

*Remittance Address*
Same as mail address
Vendor Tax ID: 34-6596918
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

*Other Invoice and Firm Information*

Regulatory Statements: **–**

*Amount Billed*

**Billed Total**              **$45.00**
Invoice Currency:        USD
Billed Fees                  $45.00
Billed Expenses          $0.00
Billed Total (excl. Tax) $45.00

*Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Benesch Billing | Posted | 06/18/2021 | $45.00 | |
| Davena Morgan Thurmond | Approved | 06/25/2021 | $45.00 | |
| Pamela Roberts | Approved | 06/30/2021 | $45.00 | |
| Lisa Lowther | AP Batch Run | 07/01/2021 | $45.00 | Batch ID: 006000342 (Sent to AP: 07/01/2021 9:50:19 AM) |

*Additional Financial Information*

Office Vendor Number 1:      000001772
Name of Invoice File in .Zip: Benesch Friedlander - 578659.html
Comments to Firm:
AP Route:                    Beverly AP

*Matter Information*

Matter Name (Short):      GLC-Southaven/Qui Tam Action  (Jehl)
Matter ID:                201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit:      Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66
Practice group:           Litigation > Miscellaneous

Law Firm Matter No.:     49894.00006

Country (in Matter):     United States

*Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|------|-------------|-----------|------------|-------|------|--------|-------|----------|--------|
| 03/01/2021 | - | Email with N. Sanders re Drumm subpoena | Lily A. North | 0.1 | $450.00 | | | | $45.00 |

**FedEx** ®

| | | |
|---|---|---|
| **Ship Date:** Dec 12, 2019 | **Cust. Ref.:** 49894.6 Southaven | **Ref.#2:** |
| **Payor:** Shipper | **Ref.#3:** | |

Fuel Surcharge - FedEx has applied a fuel surcharge of 7.25% to this shipment.
Distance Based Pricing, Zone 8

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 777234076134 | San Francisco Mailroom | Michael Phillips |
| Service Type | FedEx Priority Overnight | Benesch, Friedlander Coplan Ar | Attorney at Law |
| Package Type | FedEx Envelope | 1 Montgomery St ste 2700 | 213 Draperton Dr., Suite A |
| Zone | 08 | SAN FRANCISCO CA 94104 US | RIDGELAND MS 39157 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Dec 13, 2019 09:35 | | |
| Svc Area | A4 | Transportation Charge | 45.27 |
| Signed by | S.SMITH | Fuel Surcharge | 3.28 |
| FedEx Use | 000000000/252/_ | **Total Charge** USD | **$48.55** |

**LexisNexis** PowerInvoice™

**Date Range**
01/14/2021 - 01/14/2021

**Report Date**
02/23/2021

## DETAIL BY CLIENT/USER/DATE/ACTIVITY DESCRIPTION/TYPE OF CHARGE

| CLIENT | USER NAME | USER ID | PLACE OF BUSINESS | TIME KEEPER ID | MASTER FIXTURE NAME | USER GROUP | MEMBER PROFILE NAME | DATE | PRICING CATEGORY | ACTIVITY DESCRIPTION | TYPE OF CHARGE | RESEARCH DESCRIPTION | OTHER DESCRIPTION | QUANTITY | CONTRACT USE CHARGES | TRANSACTIONAL USE | TOTAL ONLINE AND RELATED CHARGES | TAX | TOTAL CHARGES | BILLABLE Yes/No | NON-BILLABLE ZONE NAME | HIGH LEVEL CONTENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 499944 00006 | NORTH, LILY | LNORTH@BJNESCHLAW.COM | MONTGOMERY ST TOWER STE 2700, SAN FRANCISCO; CALIFORNIA; 94104-5527; UNITED STATES | 1914 | LEXIS® RESEARCH | ****NO USER GROUP DEFINED*** | ****NO MEMBER PROFILE NAME DEFINED*** | JAN-14-2021 | LEXIS | SEARCH | ACCESS CHARGE | ****NO RESEARCH DESCRIPTION**** | ****NO OTHER DESCRIPTION**** | 1 | $99.00 | $0.00 | $99.00 | $0.00 | $99.00 | YES | NO PAGE NAME IDENTIFIED | NVA |
| | | | | | | | | | PRIMARY LAW GROUP 1 | US CASES | DOC ACCESS | ****NO RESEARCH DESCRIPTION**** | ****NO OTHER DESCRIPTION**** | 1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | YES | NO PAGE NAME IDENTIFIED | US CASES |
| | | | | | | | | | TREATISES, SECONDARY MATERIALS, SCIENTIFIC, & FORMS GROUP 1 | US TREATISES | DOC ACCESS | ****NO RESEARCH DESCRIPTION**** | ****NO OTHER DESCRIPTION**** | 1 | $95.00 | $0.00 | $95.00 | $0.00 | $95.00 | YES | NO PAGE NAME IDENTIFIED | US ANALYTICAL MATERIALS |
| Sub-Total: | | | | | | | | | | | | | | | $194.00 | $0.00 | $194.00 | $0.00 | $194.00 | | | |
| Total: | | | | | | | | | | | | | | | $194.00 | $0.00 | $194.00 | $0.00 | $194.00 | | | |

**EXCHANGE RATE TO United States dollar**

| Date | Rate | From Currency | Base Currency |
|---|---|---|---|
| FEB-23-2021 | 1 | UNITED STATES DOLLAR | UNITED STATES DOLLAR |

Billing data reports include estimated taxes. The official invoice includes taxes based on actual usage for usage-based services or/and default location for non-usage-based services at invoice period end.



Golden Living
Attn: Davena Thurmond
1000 Fianna Way
Fort Smith, AR  72919

Invoice Number:     987859
Invoice Date:     04/19/23
Matter Number:     49894.00006
Terms: *Payable Upon Receipt*

### INVOICE # 987859 SUMMARY

| | |
|---|---|
| Total Fees | $990.00 |
| Total Costs | $0.00 |
| Total For Invoice # 987859 | $990.00 |

***REMIT TO:***

**Check Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

Attn:  Accounting Dept
200 Public Square #2300
Cleveland, OH 44114-2378
Reference: 987859

**Wire Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

PNC Bank
Cleveland, OH  44114
ABA: 041000124
Account: 4224589959
Reference: 987859
SWIFT PNCCUS33
Tax Identification Number:  34-6596918

**Credit Card Payments**
Benesch Friedlander
Coplan & Aronoff LLP

Visa, MasterCard or American Express
Please visit:
www.beneschlaw.com/payment



Golden Living
Attn: Davena Thurmond
1000 Fianna Way
Fort Smith, AR  72919

Invoice Number:      987859
Invoice Date:          04/19/23
Matter Number:      49894.00006
Terms: *Payable Upon Receipt*

---

Matter: 00006 U.S. A. ex rel. Cameron Jehl v. GGNSC Southaven LLC, et al.

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH April 19, 2023

| Date | Tkpr | Narrative | Hours | Amount |
|------|------|-----------|-------|--------|
| 04/12/23 | LAN | Draft fees declaration; email with H. Rasmussen-Jones regarding declaration in support of fees | 0.40 | $180.00 |
| 04/18/23 | LAN | Research and draft declaration in support of motion for fees | 1.20 | $540.00 |
| 04/19/23 | LAN | Research and draft declaration in support of motion for fees | 0.60 | $270.00 |

TIME SUMMARY

| Timekeeper | Hours | | Rate | Value |
|------------|-------|---|------|-------|
| Lily A. North | 2.20 | hours at | $450.00 | $990.00 |
| **Total** | **2.20** | | | **$990.00** |
| | | **Current Fees** | | **$990.00** |
| | | **TOTAL AMOUNT OF THIS INVOICE** | | **$990.00** |

Benesch, Friedlander, Coplan & Aronoff LLP

Golden Living
Matter Number: 49894.00006
Invoice Date: 04/19/23

Invoice Number: 987859
Page: 3

---

**Check Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

Attn:  Accounting Dept
200 Public Square #2300
Cleveland, OH 44114-2378
Reference: 987859

*REMIT TO:*
**Wire Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

PNC Bank
Cleveland, OH  44114
ABA: 041000124
Account: 4224589959
Reference: 987859
SWIFT PNCCUS33
Tax Identification Number:  34-6596918

**Credit Card Payments**
Benesch Friedlander
Coplan & Aronoff LLP

Visa, MasterCard or American Express
Please visit:
www.beneschlaw.com/payment