# EXHIBIT A

Paul Killeen
Attorney and Mediator
115 NW Creek Dr
Stevensville MD 21666

**For services rendered** during the month of January, 2021

In the Matter of Jehl v. GGNSC Southaven LLC et al

January 4, 2021
Review depo notices, communications with Gratz and Almefty re preparations; review witness prep materials and follow up:    2.5 hours

January 5, 2021
Work on additional briefing memo to Gratz re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; emails with Almefty; communications ▮▮▮▮▮▮▮▮▮▮; email Salcido re ▮▮▮▮▮▮▮▮▮; emails with Pam:  3 hours

January 6, 2021
Review and edit draft answer with Salcido: 2 hours

January 7, 2021
Review cost reports and related documents from Gratz and comment to her ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮; review subpoenae served on affiliates, research ▮▮▮▮▮ and extensive comments to Pam re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and review conference agenda : 3 hours

January 8, 2021
Participate in weekly team call and follow up with Almefty re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ : 2.5 hours

January 11, 2021
Prepare for and conduct ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; do follow up information request to Davena; review depo of Silva to determine ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ : 5 hours

January 13,2021
Emails with Salcido re ▮▮▮▮▮▮▮▮ : .25 hour

January 14, 2021
Email Almefty ▮▮▮▮▮▮; email to Brennan re ▮▮▮▮▮▮▮▮▮; review materials from ▮▮▮▮▮▮▮▮▮ and send to Almefty and counsel with lengthy explanation : 4 hours

January 15, 2021
Review and respond to emails with Gratz and participate in lengthy team call : 2 hours

January 19, 2021
Email with Salcido : .25 hours

January 20, 2021  Follow up ████████████████ ; forward emails about Tallamante; review new depo notices by P and make extensive comments on same for counsel: 2 hours

January 21, 2021
Follow up with ████████████████, forward documents and comment: .25 hours

January 29. 2021
Emails re scheduling issues, depo and meetings: .25 hours


Total hours charged: 27
Hourly rate: $300

Total Due:  $8100

Paul Killeen

Attorney and Mediator

115 NW Creek Dr

Stevensville MD 21666

**For services rendered** during the month of February, 2021

In the Matter of Jehl v. GGNSC Southaven LLC et al

February 3, 2021

Correspondence with Margaret re Troffort depo and ▮▮▮▮: .25 hr.

February 9, 2021

Work on ▮▮▮▮, telcon Margaret Hardy, report to client re same: 1 hr.

February 12, 2021

Comment to counsel re ▮▮▮▮: .25 hr.

February 16, 2021

Respond to inquiry about ▮▮▮▮, advice re ▮▮▮▮ work on ▮▮▮▮: 2hrs.

February 19, 2021

Comment to counsel re spreadsheets: .25 hr.

February 25, 2021

Participate in telcon with Salcido and expert Gregory about ▮▮▮▮: 1.25 hr.

February 26, 2021

Comment on issue concerning ▮▮▮▮; correspond with expert Gregory: .5hr.

Total Hours: 4.5

@ $300/hour rate

Total Due For February= $1250

Case: 3:19-cv-00091-NBB-JMV Doc #: 356-11 Filed: 04/27/23 5 of 7 PageID #: 5239

Paul Killeen

Attorney and Mediator

115 NW Creek Dr

Stevensville MD 21666

**For services rendered** during the month of March, 2021

In the Matter of Jehl v. GGNSC Southaven LLC et al

March 1, 2021

Extensive assistance to Ms. Gratz in preparation of ███████████, answers to questions about company practices and other discovery responses: **3 hours**

March 2, 2021

Further extensive work on historical research about ████████████████████████████████████, suggestions to Ms. Gratz re ██████████████████████████████████████████: **3 hours**

March 3, 2021

Review list of ████████████ prepared by Ms. Gratz and comment on same; identify documents and assist re: ███████████ : **1 hour**

March 4, 2021

Assistance to Ms. Gratz re ██████████████████████████ : **.25 hours**

March 8, 2021

Review new collection of historical documents not previously provided top me. Explanations and comments to Ms. Gratz, along with annotation of document to seek Ms. Pope's input : **1.5 Hours**

March 9, 2021

Review lengthy business office manual to assist Ms. Gratz in preparing 30(b)6 and other discovery responses about how billing was done; comment to various parties; prepare for meeting with Ms. Almefty : **3 hours**

March 10, 2021

Assist in identifying compliance team members, continue research re ████████████████████; follow up on various open discovery topics : **2 hours**

March 11, 2019

Participate in call to prepare Ms. Almefty; message to Mr. Salcido re ▮▮▮▮▮; follow up on prep session : **4 hours**

March 12, 202021

Participate in emails re ▮▮▮▮▮ : .**5 Hours**

March 15, 2021

Read and respond to email re ▮▮▮▮▮ : **.25 hours**

March 16, 2021

Extensive research and email about issue of ▮▮▮▮▮. Interview Ms. Franklin re same. Summarize information in emails and telcons to principal parties. ▮▮▮▮▮ :**4.75 hours**

March 17, 2021

Review and comment on Ms. Gratz's opposition to discovery motion. Review and comment on subpoena to CMS; **1 hour**

March 18, 2021

Follow up with Ms. Gratz re ▮▮▮▮▮ : **1 hour**

March 24, 2021

Review and lengthy comment to Ms. Roberts on ▮▮▮▮▮. Telcon and opinions to Ron Silva : **1 hour**

March 31, 2021

Conduct lengthy review of chronological materials re ▮▮▮▮▮ : **3 hours**

**Total hours for month of March: 29.25**

**At agreed rate of $300/hour---Total Due : $8775**