# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. CAMERON JEHL,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN et al.**<br><br>**Defendants.** | Case No. 3:19cv091-MPM-JMV |

### DECLARATION OF KYNDA ALMEFTY IN SUPPORT OF DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES AND OTHER EXPENSES

I, Kynda Almefty, having personal knowledge of the facts contained in this Declaration and being competent to testify to them, hereby state as follows:

1. I am a Member at Hardin, Jesson & Terry, PLC in Little Rock, Arkansas. My practice focuses on defending health care providers and insurance companies in complex civil litigation.

2. I am a member in good standing of the Bar of the State of New York and the Bar of the State of Arkansas.

3. I formerly served as Assistant General Counsel Litigation at GGNSC Administrative Services, LLC.

4.	I was retained by GGNSC Administrative Services, LLC and its affiliates (collectively, "The Company") to provide advice on corporate issues and offer testimony as a 30(b)(6) witness in connection with this litigation.

5.	My firm currently charges $225 per hour for my services. That rate was similarly charged in 2020 and 2021 to Defendants in this matter and paid in full. This rate is consistent with rates billed by attorneys within the legal community with comparable experience.

6.	Our firm's billing statements detail the work that was done on this case. *See* Exhibit A. The number of hours expended on all legal tasks was reasonable, given the complexity, length, and importance of this case. In particular, this was a $30-million complex FCA action that necessitated extensive review and analysis of records and preparation to speak on behalf of the Company. Of note, entries labeled "NO CHARGE" on the statements were not included in this Application for fees.

7.	Our firm's billing statements also outline the expenses incurred to represent Defendants in the litigation which were charged and paid in full.

8.	The total amount of my time and expenses that was billed was $14,197.50

_____
Kynda Almefty

Executed on this ____ day of April, 2023

2