# EXHIBIT A

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hardin Jesson& Terry |
| Office: | Fort Smith |
| Invoice Number: | 200911 |
| Date of Invoice: | 06/19/2020 |
| Billing Period: | 04/01/2020 - 04/30/2020 |
| Date Posted: | 06/19/2020 |
| Invoice Description/Comment: | |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$315.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 08/03/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $315.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $315.00 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $315.00 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Hardin Jesson& Terry
Arvest Bank Building, Suite 500 5000 Rogers Avenue P.O. Box 10127
Fort Smith, Arkansas  72917-0127

Tel: (479) 452-2200
Fax: (479) 452-9097

*Remittance Address*
Same as mail address
Vendor Tax ID: 71-0326443
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## Other Invoice and Firm Information

Regulatory Statements: –

## Amount Billed

| | |
|---|---|
| **Billed Total** | **$315.00** |
| Invoice Currency: | USD |
| Billed Fees | $315.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $315.00 |

## Approval History

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Nichole Yates | Posted | 06/19/2020 | $315.00 | |
| Davena Morgan Thurmond | Approved | 06/22/2020 | $315.00 | |
| Pamela Roberts | Approved | 08/03/2020 | $315.00 | |
| Lisa Lowther | AP Batch Run | 08/04/2020 | $315.00 | Batch ID: 006000331 (Sent to AP: 08/04/2020 6:31:39 AM) |

## Additional Financial Information

Office Vendor Number 1: 000000722
Name of Invoice File in .Zip: Hardin Jesson& Terry - 200911.html
Comments to Firm:
AP Route: Beverly AP

## Matter Information

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit: Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66
Practice group: Litigation > Miscellaneous

| | |
|---|---|
| Law Firm Matter No.: | 2756-737 |
| Country (in Matter): | United States |

*Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/2020 | - | TELECONFERENCE WITH PAUL KILLEEN RE CASE | Almefty, Kynda | 0.8 | $225.00 | | | | $180.00 |
| 04/29/2020 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE DISCOVERY | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 04/29/2020 | - | REVIEW AND ANALYSIS ███████ | Almefty, Kynda | 0.4 | $225.00 | | | | $90.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hardin Jesson& Terry |
| Office: | Fort Smith |
| Invoice Number: | 201554 |
| Date of Invoice: | 10/30/2020 |
| Billing Period: | 08/01/2020 - 08/31/2020 |
| Date Posted: | 10/30/2020 |
| Invoice Description/Comment: | |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$360.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 11/03/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $360.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $360.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $360.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Hardin Jesson& Terry
Arvest Bank Building, Suite 500 5000 Rogers Avenue P.O. Box 10127
Fort Smith, Arkansas  72917-0127

Tel: (479) 452-2200
Fax: (479) 452-9097

*Remittance Address*
Same as mail address
Vendor Tax ID: 71-0326443
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$360.00** |
| Invoice Currency: | USD |
| Billed Fees | $360.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $360.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Nichole Yates | Posted | 10/30/2020 | $360.00 | |
| Davena Morgan Thurmond | Approved | 11/02/2020 | $360.00 | |
| Pamela Roberts | Approved | 11/03/2020 | $360.00 | |
| Lisa Lowther | AP Batch Run | 11/03/2020 | $360.00 | Batch ID: 006000334 (Sent to AP: 11/03/2020 12:20:18 PM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000000722 |
| Name of Invoice File in .Zip: | Hardin Jesson& Terry - 201554.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

| Law Firm Matter No.: | 2756-737 |
|---|---|
| Country (in Matter): | United States |

## *Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/24/2020 | - | TELECONFERENCE WITH CINDY DUGHETTI | Almefty, Kynda | 0.4 | $225.00 | | | | $90.00 |
| 08/24/2020 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE CINDY DUGHETTI | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 08/25/2020 | - | TELECONFERENCE WITH CINDY DUGHETTI | Almefty, Kynda | 0.6 | $225.00 | | | | $135.00 |
| 08/25/2020 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE TIMELINE | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 08/26/2020 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE CINDY DUGHETTI | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hardin Jesson& Terry |
| Office: | Fort Smith |
| Invoice Number: | 202036 |
| Date of Invoice: | 12/22/2020 |
| Billing Period: | 11/01/2020 - 11/30/2020 |
| Date Posted: | 12/22/2020 |
| Invoice Description/Comment: | |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$202.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 12/28/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $202.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $202.50 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $202.50 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Hardin Jesson& Terry
Arvest Bank Building, Suite 500 5000 Rogers Avenue P.O. Box 10127
Fort Smith, Arkansas  72917-0127

Tel: (479) 452-2200
Fax: (479) 452-9097

*Remittance Address*
Same as mail address
Vendor Tax ID: 71-0326443
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## Other Invoice and Firm Information

Regulatory Statements: --

## Amount Billed

| | |
|---|---|
| **Billed Total** | **$202.50** |
| Invoice Currency: | USD |
| Billed Fees | $202.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $202.50 |

## Approval History

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Nichole Yates | Posted | 12/22/2020 | $202.50 | |
| Davena Morgan Thurmond | Approved | 12/22/2020 | $202.50 | |
| Pamela Roberts | Approved | 12/28/2020 | $202.50 | |
| Lisa Lowther | AP Batch Run | 12/28/2020 | $202.50 | Batch ID: 006000336 (Sent to AP: 12/28/2020 12:13:21 PM) |

## Additional Financial Information

Office Vendor Number 1: 000000722
Name of Invoice File in .Zip: Hardin Jesson& Terry - 202036.html
Comments to Firm:
AP Route: Beverly AP

## Matter Information

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit: Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66
Practice group: Litigation > Miscellaneous

| | |
|---|---|
| Law Firm Matter No.: | 2756-737 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/19/2020 | - | TELECONFERENCE WITH PAUL KILLEEN | Almefty, Kynda | 0.9 | $225.00 | | | | $202.50 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hardin Jesson& Terry |
| Office: | Fort Smith |
| Invoice Number: | 210211 |
| Date of Invoice: | 02/16/2021 |
| Billing Period: | 12/01/2020 - 02/16/2021 |
| Date Posted: | 02/16/2021 |
| Invoice Description/Comment: | |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$4,162.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 03/02/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $4,162.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $4,162.50 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $4,162.50 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Hardin Jesson& Terry
Arvest Bank Building, Suite 500 5000 Rogers Avenue P.O. Box 10127
Fort Smith, Arkansas  72917-0127

Tel: (479) 452-2200
Fax: (479) 452-9097

*Remittance Address*
Same as mail address
Vendor Tax ID: 71-0326443
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$4,162.50** |
| Invoice Currency: | USD |
| Billed Fees | $4,162.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $4,162.50 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Nichole Yates | Posted | 02/16/2021 | $4,162.50 | |
| Davena Morgan Thurmond | Approved | 03/01/2021 | $4,162.50 | |
| Pamela Roberts | Approved | 03/02/2021 | $4,162.50 | |
| Lisa Lowther | AP Batch Run | 03/02/2021 | $4,162.50 | Batch ID: 006000338 (Sent to AP: 03/02/2021 7:48:10 AM) |

## *Additional Financial Information*

Office Vendor Number 1: 000000722
Name of Invoice File in .Zip: Hardin Jesson& Terry - 210211.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit: Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66
Practice group: Litigation > Miscellaneous

| | |
|---|---|
| Law Firm Matter No.: | 2756-737 |
| Country (in Matter): | United States |

***Invoice Line Items:***

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/07/2020 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 12/07/2020 | - | RECEIVE AND REPLY TO EMAIL FROM MARGARET GRATE RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 12/10/2020 | - | REVIEW MEMO FROM PAUL KILLEEN RE ▮▮▮▮ | Almefty, Kynda | 0.4 | $225.00 | | | | $90.00 |
| 12/10/2020 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 01/04/2021 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE ▮▮▮▮ | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 01/04/2021 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE ▮▮▮▮ | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 01/05/2021 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE ▮▮▮▮ | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 01/05/2021 | - | REVIEW AND ANALYSIS OF ▮▮▮▮ | Almefty, Kynda | 1.8 | $225.00 | | | | $405.00 |
| 01/06/2021 | - | REVIEW AND ANALYSIS OF ▮▮▮▮ | Almefty, Kynda | 2.8 | $225.00 | | | | $630.00 |
| 01/07/2021 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 01/08/2021 | - | REVIEW AND ANALYSIS ▮▮▮▮ | Almefty, Kynda | 2.4 | $225.00 | | | | $540.00 |
| 01/11/2021 | - | PAM ROBERTS RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 01/11/2021 | - | TELECONFERENCE WITH PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 0.7 | $225.00 | | | | $157.50 |
| 01/12/2021 | - | REVIEW AND ANALYSIS OF ▮▮▮▮ | Almefty, Kynda | 1.7 | $225.00 | | | | $382.50 |
| 01/13/2021 | - | PREPARE TOPIC OUTLINE | Almefty, Kynda | 1.9 | $225.00 | | | | $427.50 |
| 01/13/2021 | - | REVIEW AND ANALYSIS OF ▮▮▮▮ | Almefty, Kynda | 0.6 | $225.00 | | | | $135.00 |
| 01/14/2021 | - | TELECONFERENCE WITH PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 1.5 | $225.00 | | | | $337.50 |
| 01/14/2021 | - | REVIEW AND ANALYSIS ▮▮▮▮ | Almefty, Kynda | 2.3 | $225.00 | | | | $517.50 |
| 01/21/2021 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE ENTITIES | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 01/21/2021 | - | REVIEW DOCUMENTS RE CORPORATE ENTITIES | Almefty, Kynda | 0.6 | $225.00 | | | | $135.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hardin Jesson& Terry |
| Office: | Fort Smith |
| Invoice Number: | 210639 |
| Date of Invoice: | 04/19/2021 |
| Billing Period: | 02/01/2021 - 02/28/2021 |
| Date Posted: | 04/20/2021 |
| Invoice Description/Comment: | |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$2,115.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 05/03/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $2,115.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $2,115.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $2,115.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Hardin Jesson& Terry
Arvest Bank Building, Suite 500 5000 Rogers Avenue P.O. Box 10127
Fort Smith, Arkansas  72917-0127

Tel: (479) 452-2200
Fax: (479) 452-9097

*Remittance Address*
Same as mail address
Vendor Tax ID: 71-0326443
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$2,115.00** |
| Invoice Currency: | USD |
| Billed Fees | $2,115.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $2,115.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Nichole Yates | Posted | 04/20/2021 | $2,115.00 | |
| Davena Morgan Thurmond | Approved | 04/27/2021 | $2,115.00 | |
| Pamela Roberts | Approved | 05/03/2021 | $2,115.00 | |
| Lisa Lowther | AP Batch Run | 05/04/2021 | $2,115.00 | Batch ID: 006000340 (Sent to AP: 05/04/2021 7:19:50 AM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000000722 |
| Name of Invoice File in .Zip: | Hardin Jesson& Terry - 210639.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

| | |
|---|---|
| Law Firm Matter No.: | 2756-737 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/11/2021 | - | RECEIVE AND REPLY TO EMAIL FROM MARGARET GRATZ RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 02/11/2021 | - | REVIEW AND ANALYSIS OF ▮▮▮▮▮▮▮▮▮▮ | Almefty, Kynda | 2.7 | $225.00 | | | | $607.50 |
| 02/15/2021 | - | REVIEW AND ANALYSIS OF ▮▮▮▮▮▮▮▮▮▮ | Almefty, Kynda | 2.4 | $225.00 | | | | $540.00 |
| 02/18/2021 | - | REVIEW DEPOSITION OF RON SILVA IN PREPARATION FOR DEPOSITION | Almefty, Kynda | 1.6 | $225.00 | | | | $360.00 |
| 02/24/2021 | - | RECEIVE AND REPLY TO EMAIL FROM MARGARET GRATZ RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 02/25/2021 | - | RECEIVE AND REPLY TO EMAIL FROM MARGARET GANTZ RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 02/25/2021 | - | REVIEW DOCUMENTS FROM MARGARET GRATZ | Almefty, Kynda | 1.7 | $225.00 | | | | $382.50 |
| 02/26/2021 | - | TELECONFERENCE WITH MARGARET GRATZ RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 02/26/2021 | - | RECEIVE AND REPLY TO EMAIL FROM MARGARET GRATZ RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hardin Jesson& Terry |
| Office: | Fort Smith |
| Invoice Number: | 210868 |
| Date of Invoice: | 05/18/2021 |
| Billing Period: | 03/01/2021 - 03/31/2021 |
| Date Posted: | 05/18/2021 |
| Invoice Description/Comment: | |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$7,042.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 06/02/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $7,042.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $7,042.50 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $7,042.50 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Hardin Jesson& Terry
Arvest Bank Building, Suite 500 5000 Rogers Avenue P.O. Box 10127
Fort Smith, Arkansas 72917-0127

Tel: (479) 452-2200
Fax: (479) 452-9097

*Remittance Address*
Same as mail address
Vendor Tax ID: 71-0326443
VAT ID: --
GST ID: --
HST ID: --
PST ID: --

Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$7,042.50** |
| Invoice Currency: | USD |
| Billed Fees | $7,042.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $7,042.50 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Nichole Yates | Posted | 05/18/2021 | $7,042.50 | |
| Davena Morgan Thurmond | Approved | 05/20/2021 | $7,042.50 | |
| Pamela Roberts | Approved | 06/02/2021 | $7,042.50 | |
| Lisa Lowther | AP Batch Run | 06/02/2021 | $7,042.50 | Batch ID: 006000341 (Sent to AP: 06/02/2021 12:39:03 PM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000000722 |
| Name of Invoice File in .Zip: | Hardin Jesson& Terry - 210868.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |

Law Firm Matter No.: 2756-737

Country (in Matter): United States

## Invoice Line Items:

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/05/2021 | - | REVIEW CORPORATE DOCUMENTS | Almefty, Kynda | 1.8 | $225.00 | | | | $405.00 |
| 03/09/2021 | - | RECEIVE AND REPLY TO EMAIL FROM MARGARET GRATZ RE STRUCTURE | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/09/2021 | - | REVIEW DOCUMENTS RE BILLING PROCESS | Almefty, Kynda | 0.7 | $225.00 | | | | $157.50 |
| 03/09/2021 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE BILLING | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/09/2021 | - | RECEIVE AND REPLY TO EMAIL FROM DAVENA MORGAN RE OFFICERS | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/09/2021 | - | TELECONFERENCE WITH MARGARET GRATZ AND PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 4.5 | $225.00 | | | | $1,012.50 |
| 03/10/2021 | - | RECEIVE AND REPLY TO EMAIL FROM PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/10/2021 | - | PREPARE FOR DEPOSITION | Almefty, Kynda | 1.9 | $225.00 | | | | $427.50 |
| 03/11/2021 | - | TELECONFERENCE WITH PAM ROBERTS AND PAUL KILLEEN RE DEPOSITION | Almefty, Kynda | 2.4 | $225.00 | | | | $540.00 |
| 03/12/2021 | - | RECEIVE AND REPLY TO EMAIL FROM EMAIL FROM PAUL KILLEEN RE OFFICERS | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/12/2021 | - | RECEIVE AND REPLY TO EMAIL FROM DAVENA MORGAN RE COST REPORTS | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/12/2021 | - | RECEIVE AND REPLY TO EMAIL FROM EMAIL FROM MARGARET GRATZ RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/12/2021 | - | PREPARE FOR DEPOSITION | Almefty, Kynda | 3.6 | $225.00 | | | | $810.00 |
| 03/14/2021 | - | PREPARE FOR DEPOSITION | Almefty, Kynda | 3.5 | $225.00 | | | | $787.50 |
| 03/15/2021 | - | PREPARE FOR DEPOSITION | Almefty, Kynda | 3.8 | $225.00 | | | | $855.00 |
| 03/15/2021 | - | RECEIVE AND REPLY TO EMAIL FROM MARGARET GRATZ RE DEPOSITION | Almefty, Kynda | 0.2 | $225.00 | | | | $45.00 |
| 03/16/2021 | - | ATTEND DEPOSITION PREPARATION AND DEPOSITION | Almefty, Kynda | 7.5 | $225.00 | | | | $1,687.50 |