# **EXHIBIT A**

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | QPWB |
| Office: | Miami |
| Invoice Number: | 952544 |
| Date of Invoice: | 04/01/2021 |
| Billing Period: | 02/01/2021 - 02/28/2021 |
| Date Posted: | 04/01/2021 |
| Invoice Description/Comment: | Cameron Jehl v Golden Living |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$1,999.80** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 05/03/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $1,999.80 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $1,999.80 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $1,999.80 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

QPWB
9300 South Dadeland Boulevard, 4th Floor
Miami, Florida  33156

Tel: (305) 670-1101
Fax: (305) 670-1161

*Remittance Address*
PO Box 4120
Woburn, Massachusetts  01888-4120

Vendor Tax ID: 59-3502785
VAT ID: --
GST ID: --

HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$1,999.80** |
| Invoice Currency: | USD |
| Billed Fees | $1,999.80 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $1,999.80 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Quintairos Billing | Posted | 04/01/2021 | $1,999.80 | |
| Davena Morgan Thurmond | Approved | 04/27/2021 | $1,999.80 | |
| Pamela Roberts | Approved | 05/03/2021 | $1,999.80 | |
| Lisa Lowther | AP Batch Run | 05/04/2021 | $1,999.80 | Batch ID: 006000340 (Sent to AP: 05/04/2021 7:19:50 AM) |

## *Additional Financial Information*

Office Vendor Number 1: 000001632
Name of Invoice File in .Zip: Quintairos, Prieto - 952544.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly

| | |
|---|---|
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 155865 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/04/2021 | - | Second review of responsive emails and ▮ | Jan Ahrens | 3.8 | $198.00 | | | | $752.40 |
| 02/07/2021 | - | Redact 285 responsive documents as needed to reflect order. | Jan Ahrens | 0.4 | $198.00 | | | | $79.20 |
| 02/08/2021 | - | Telephone call with ▮ with Relativity related to problems with imaged documents | Jan Ahrens | 0.4 | $198.00 | | | | $79.20 |
| 02/12/2021 | - | Final review and redaction of emails for production. | Jan Ahrens | 5.5 | $198.00 | | | | $1,089.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | QPWB |
| Office: | Miami |
| Invoice Number: | 970865 |
| Date of Invoice: | 05/14/2021 |
| Billing Period: | 04/01/2021 - 04/30/2021 |
| Date Posted: | 05/14/2021 |
| Invoice Description/Comment: | Cameron Jehl v Golden Living Final Invoice. |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$4,455.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 06/02/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $4,455.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $4,455.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $4,455.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

QPWB
9300 South Dadeland Boulevard, 4th Floor
Miami, Florida  33156

Tel: (305) 670-1101
Fax: (305) 670-1161

*Remittance Address*
PO Box 4120
Woburn, Massachusetts  01888-4120

Vendor Tax ID: 59-3502785
VAT ID: --

GST ID: --
HST ID: --
PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$4,455.00** |
| Invoice Currency: | USD |
| Billed Fees | $4,455.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $4,455.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Quintairos Billing | Posted | 05/14/2021 | $4,455.00 | |
| Davena Morgan Thurmond | Approved | 05/20/2021 | $4,455.00 | |
| Pamela Roberts | Approved | 06/02/2021 | $4,455.00 | |
| Lisa Lowther | AP Batch Run | 06/02/2021 | $4,455.00 | Batch ID: 006000341 (Sent to AP: 06/02/2021 12:39:03 PM) |

## *Additional Financial Information*

Office Vendor Number 1: 000001632
Name of Invoice File in .Zip: Quintairos, Prieto - 970865.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141

| | |
|---|---|
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 155865 |
| Country (in Matter): | United States |

*Invoice Line Items:*

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | - | Determine scope of project; emails to review and work with BLDiscovery to obtain access to platform. | Jan Ahrens | 2.5 | $198.00 | | | | $495.00 |
| 04/22/2021 | - | Review emails related to matter for responsiveness to order (4800 total to review). | Jan Ahrens | 8.5 | $198.00 | | | | $1,683.00 |
| 04/22/2021 | - | Continue review of emails for responsiveness to order. | Jan Ahrens | 5.5 | $198.00 | | | | $1,089.00 |
| 04/23/2021 | - | Finalize review of 4800 documents and redact pursuant to court order. | Jan Ahrens | 6 | $198.00 | | | | $1,188.00 |