# **EXHIBIT 1**

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Vandeventer Black |
| Office: | Norfolk |
| Invoice Number: | 451573 |
| Date of Invoice: | 06/04/2020 |
| Billing Period: | 04/24/2020 - 05/31/2020 |
| Date Posted: | 06/05/2020 |
| Invoice Description/Comment: | For Services Rendered |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$3,741.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 06/30/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $3,741.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $3,741.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $3,741.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Vandeventer Black
101 West Main Street
Suite 500
Norfolk, Virginia 23510-1699

Tel: 757-446-8600
Fax: 757-446-8670

*Remittance Address*
Same as mail address
Vendor Tax ID: 54-1294386
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: --

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$3,741.00** |
| Invoice Currency: | USD |
| Billed Fees | $3,741.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $3,741.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Donna Groves | Posted | 06/05/2020 | $3,741.00 | |
| Davena Morgan Thurmond | Approved | 06/09/2020 | $3,741.00 | |
| Pamela Roberts | Approved | 06/30/2020 | $3,741.00 | |
| Lisa Lowther | AP Batch Run | 07/01/2020 | $3,741.00 | Batch ID: 006000330 (Sent to AP: 07/01/2020 12:27:58 PM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000000960 |
| Name of Invoice File in .Zip: | Vandeventer Black - 451573.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 031375-000156 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/24/2020 | - | Review file materials re: new matter on JEHL. | Mark S. Brennan | 3 | $225.00 | | | | $675.00 |
| 04/24/2020 | - | Receipt and review of new assignment from client; identify ▮▮▮▮ to draft FOIA. | Patricia Gitlin | 0.4 | $115.00 | | | | $46.00 |
| 04/24/2020 | - | Online multi-state search and download of additional reported/public information regarding ▮▮▮▮ | Patricia Gitlin | 0.8 | $115.00 | | | | $92.00 |
| 04/27/2020 | - | Draft FOIA request to Virginia Department of Health. | Patricia Gitlin | 1 | $115.00 | | | | $115.00 |
| 04/27/2020 | - | Communications with client regarding FOIA draft; review edits; prepare in final for service. | Patricia Gitlin | 0.2 | $115.00 | | | | $23.00 |
| 04/27/2020 | - | Research FOIA and edit FOIA request draft. | Mark S. Brennan | 3 | $225.00 | | | | $675.00 |
| 04/29/2020 | - | Review chronology. | Mark S. Brennan | 0.4 | $225.00 | | | | $90.00 |
| 05/05/2020 | - | Review ▮▮▮▮ | Mark S. Brennan | 2 | $225.00 | | | | $450.00 |
| 05/07/2020 | - | FOIA edits. | Mark S. Brennan | 2 | $225.00 | | | | $450.00 |
| 05/08/2020 | - | Review FOIA materials produced and communicate same to Mr.. Killeen. | Mark S. Brennan | 2 | $225.00 | | | | $450.00 |
| 05/11/2020 | - | Draft second FOIA Request. | Mark S. Brennan | 3 | $225.00 | | | | $675.00 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Vandeventer Black |
| Office: | Norfolk |
| Invoice Number: | 452398 |
| Date of Invoice: | 07/02/2020 |
| Billing Period: | 05/11/2020 - 06/30/2020 |
| Date Posted: | 07/08/2020 |
| Invoice Description/Comment: | For Services Rendered |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$1,665.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 08/03/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $1,665.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $1,665.50 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $1,665.50 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Vandeventer Black
101 West Main Street
Suite 500
Norfolk, Virginia  23510-1699

Tel: 757-446-8600
Fax: 757-446-8670

*Remittance Address*
Same as mail address
Vendor Tax ID: 54-1294386
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$1,665.50** |
| Invoice Currency: | USD |
| Billed Fees | $1,665.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $1,665.50 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Donna Groves | Posted | 07/08/2020 | $1,665.50 | |
| Davena Morgan Thurmond | Approved | 07/21/2020 | $1,665.50 | |
| Pamela Roberts | Approved | 08/03/2020 | $1,665.50 | |
| Lisa Lowther | AP Batch Run | 08/04/2020 | $1,665.50 | Batch ID: 006000331 (Sent to AP: 08/04/2020 6:31:39 AM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000000960 |
| Name of Invoice File in .Zip: | Vandeventer Black - 452398.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 031375-000156 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/2020 | - | Review of follow-up questions from client; respond to same with ▇▇▇▇▇▇▇▇▇▇▇▇ | Patricia Gitlin | 0.3 | $115.00 | | | | $34.50 |
| 05/13/2020 | - | Call to VDHP to follow-up and request to talk to someone other than records custodian that can answer questions regarding records sent by FOIA. | Patricia Gitlin | 0.2 | $115.00 | | | | $23.00 |
| 05/13/2020 | - | Review and analyze all records obtained from VDHP in response to our FOIA, review of timeline sent by client, review all to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Patricia Gitlin | 1.3 | $115.00 | | | | $149.50 |
| 05/15/2020 | - | Communications with VDHP regarding follow-up questions from client and attempt to speak to me. | Patricia Gitlin | 0.1 | $115.00 | | | | $11.50 |
| 05/18/2020 | - | Call to VDHP requesting to speak with someone other than records custodian to follow-up on specific client questions. | Patricia Gitlin | 0.1 | $115.00 | | | | $11.50 |
| 05/19/2020 | - | Draft follow-up FOIA request to VDHP to inquire regarding specific additional inquiries not found in previous FOIA response; prepare for client review. | Patricia Gitlin | 1 | $115.00 | | | | $115.00 |
| 05/19/2020 | - | Review of limited records found on the multi-state nursing website to see if any additional data was provided to assist with answering clients additional questions. | Patricia Gitlin | 0.4 | $115.00 | | | | $46.00 |
| 05/20/2020 | - | Edit FOIA follow-up letter to VDHP; prepare in final. | Patricia Gitlin | 0.4 | $115.00 | | | | $46.00 |
| 05/20/2020 | - | Communications with client regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Patricia Gitlin | 0.1 | $115.00 | | | | $11.50 |
| 05/20/2020 | - | Review of new records ▇▇▇▇▇▇▇▇ received from client; use to edit follow-up FOIA to VDHP. | Patricia Gitlin | 0.8 | $115.00 | | | | $92.00 |
| 06/11/2020 | - | Review supplemental response sent to client. | Mark S. Brennan | 2 | $225.00 | | | | $450.00 |
| 06/15/2020 | - | Final review re: FOIA information. | Mark S. Brennan | 3 | $225.00 | | | | $675.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Vandeventer Black |
| Office: | Norfolk |
| Invoice Number: | 453580 |
| Date of Invoice: | 08/04/2020 |
| Billing Period: | 06/04/2020 - 07/31/2020 |
| Date Posted: | 08/04/2020 |
| Invoice Description/Comment: | For Services Rendered |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$368.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 08/31/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $368.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $368.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $368.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Vandeventer Black
101 West Main Street
Suite 500
Norfolk, Virginia 23510-1699

Tel: 757-446-8600
Fax: 757-446-8670

*Remittance Address*
Same as mail address
Vendor Tax ID: 54-1294386
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$368.00** |
| Invoice Currency: | USD |
| Billed Fees | $368.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $368.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Donna Groves | Posted | 08/04/2020 | $368.00 | |
| Davena Morgan Thurmond | Approved | 08/08/2020 | $368.00 | |
| Pamela Roberts | Approved | 08/31/2020 | $368.00 | |
| Lisa Lowther | AP Batch Run | 09/02/2020 | $368.00 | Batch ID: 006000332 (Sent to AP: 09/02/2020 11:28:07 AM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000000960 |
| Name of Invoice File in .Zip: | Vandeventer Black - 453580.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 031375-000156 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/04/2020 | - | Review of new materials received from VDH-Board of Nursing in response to our follow-up FOIA. | Patricia Gitlin | 1.3 | $115.00 | | | | $149.50 |
| 06/04/2020 | - | Draft summary based on review of new materials from VDH-Board of Nursing. | Patricia Gitlin | 0.4 | $115.00 | | | | $46.00 |
| 06/11/2020 | - | Per local GL outside counsel (Rob Salcido's) request; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Patricia Gitlin | 1.1 | $115.00 | | | | $126.50 |
| 06/16/2020 | - | Continued communications and assistance to GL's local outside counsel regarding each FOIA and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | Patricia Gitlin | 0.4 | $115.00 | | | | $46.00 |

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Vandeventer Black |
| Office: | Norfolk |
| Invoice Number: | 462042 |
| Date of Invoice: | 03/22/2021 |
| Billing Period: | 01/14/2021 - 02/28/2021 |
| Date Posted: | 03/22/2021 |
| Invoice Description/Comment: | For Services Rendered |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$149.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 03/31/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $149.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $149.50 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $149.50 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Vandeventer Black
101 West Main Street
Suite 500
Norfolk, Virginia  23510-1699

Tel: 757-446-8600
Fax: 757-446-8670

*Remittance Address*
Same as mail address
Vendor Tax ID: 54-1294386
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$149.50** |
| Invoice Currency: | USD |
| Billed Fees | $149.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $149.50 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Donna Groves | Posted | 03/22/2021 | $149.50 | |
| Davena Morgan Thurmond | Approved | 03/29/2021 | $149.50 | |
| Pamela Roberts | Approved | 03/31/2021 | $149.50 | |
| Lisa Lowther | AP Batch Run | 04/01/2021 | $149.50 | Batch ID: 006000339 (Sent to AP: 04/01/2021 6:16:49 AM) |

## *Additional Financial Information*

Office Vendor Number 1: 000000960
Name of Invoice File in .Zip: Vandeventer Black - 462042.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit: Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 031375-000156 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/14/2021 | - | Communications with client regarding ▇▇▇ | Patricia Gitlin | 0.1 | $115.00 | | | | $11.50 |
| 01/14/2021 | - | Research ▇▇▇; email to same ▇▇▇ | Patricia Gitlin | 0.3 | $115.00 | | | | $34.50 |
| 01/19/2021 | - | Communications with ▇▇▇, per client's request. | Patricia Gitlin | 0.1 | $115.00 | | | | $11.50 |
| 01/19/2021 | - | Communications with client regarding ▇▇▇ | Patricia Gitlin | 0.1 | $115.00 | | | | $11.50 |
| 02/26/2021 | - | Receipt and review of new emails from DC counsel regarding ▇▇▇; review all emails and attachments. | Patricia Gitlin | 0.5 | $115.00 | | | | $57.50 |
| 02/26/2021 | - | Communications with client regarding ▇▇▇ | Patricia Gitlin | 0.2 | $115.00 | | | | $23.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Vandeventer Black |
| Office: | Norfolk |
| Invoice Number: | 462675 |
| Date of Invoice: | 04/07/2021 |
| Billing Period: | 03/12/2021 - 03/31/2021 |
| Date Posted: | 04/08/2021 |
| Invoice Description/Comment: | For Services Rendered |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$195.50** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 05/03/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $195.50 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $195.50 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $195.50 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Vandeventer Black
101 West Main Street
Suite 500
Norfolk, Virginia  23510-1699

Tel: 757-446-8600
Fax: 757-446-8670

*Remittance Address*
Same as mail address
Vendor Tax ID: 54-1294386
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$195.50** |
| Invoice Currency: | USD |
| Billed Fees | $195.50 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $195.50 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Donna Groves | Posted | 04/08/2021 | $195.50 | |
| Davena Morgan Thurmond | Approved | 04/26/2021 | $195.50 | |
| Pamela Roberts | Approved | 05/03/2021 | $195.50 | |
| Lisa Lowther | AP Batch Run | 05/04/2021 | $195.50 | Batch ID: 006000340 (Sent to AP: 05/04/2021 7:19:50 AM) |

## *Additional Financial Information*

Office Vendor Number 1: 000000960
Name of Invoice File in .Zip: Vandeventer Black - 462675.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit: Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 031375-000156 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/12/2021 | - | Review and analyze new communications from DC outside counsel, as well as new records obtained in discovery; review of same to determine ▮▮▮▮▮. | Patricia Gitlin | 0.9 | $115.00 | | | | $103.50 |
| 03/12/2021 | - | Draft detailed request to the VA Board of Nursing ▮▮▮▮▮ | Patricia Gitlin | 0.7 | $115.00 | | | | $80.50 |
| 03/12/2021 | - | Communications with client and DC outside counsel regarding ▮▮▮▮▮ | Patricia Gitlin | 0.1 | $115.00 | | | | $11.50 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Vandeventer Black |
| Office: | Norfolk |
| Invoice Number: | 464988 |
| Date of Invoice: | 06/04/2021 |
| Billing Period: | 03/22/2021 - 05/31/2021 |
| Date Posted: | 06/04/2021 |
| Invoice Description/Comment: | For Services Rendered |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$69.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 06/30/2021 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $69.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $69.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $69.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Vandeventer Black
101 West Main Street
Suite 500
Norfolk, Virginia  23510-1699

Tel: 757-446-8600
Fax: 757-446-8670

*Remittance Address*
Same as mail address
Vendor Tax ID: 54-1294386
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$69.00** |
| Invoice Currency: | USD |
| Billed Fees | $69.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $69.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Donna Groves | Posted | 06/04/2021 | $69.00 | |
| Davena Morgan Thurmond | Approved | 06/10/2021 | $69.00 | |
| Pamela Roberts | Approved | 06/30/2021 | $69.00 | |
| Lisa Lowther | AP Batch Run | 07/01/2021 | $69.00 | Batch ID: 006000342 (Sent to AP: 07/01/2021 9:50:19 AM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000000960 |
| Name of Invoice File in .Zip: | Vandeventer Black - 464988.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 031375-000156 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/2021 | - | Review of FOIA response from Virginia Board of Nursing; draft summary of same for outside counsel. | Patricia Gitlin | 0.6 | $115.00 | | | | $69.00 |