# EXHIBIT 1

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hagwood & Tipton |
| Office: | Jackson |
| Invoice Number: | 60760 |
| Date of Invoice: | 01/03/2020 |
| Billing Period: | 12/05/2019 - 01/03/2020 |
| Date Posted: | 01/09/2020 |
| Invoice Description/Comment: | |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$1,704.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 02/04/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $1,704.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $1,704.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $1,704.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Hagwood & Tipton
213 Draperton Drive, Suite A
P.O. Box 14188
Jackson, Mississippi  39236-4188

Tel: 601-608-6300
Fax: 601-362-3642

*Remittance Address*
Same as mail address
Vendor Tax ID: 46-1397945
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: --

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$1,704.00** |
| Invoice Currency: | USD |
| Billed Fees | $1,704.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $1,704.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Monica Degruise | Posted | 01/09/2020 | $1,704.00 | |
| Davena Morgan Thurmond | Approved | 01/15/2020 | $1,704.00 | |
| Pamela Roberts | Approved | 02/04/2020 | $1,704.00 | |
| Lisa Lowther | AP Batch Run | 02/04/2020 | $1,704.00 | Batch ID: 006000325 (Sent to AP: 02/04/2020 12:17:21 PM) |

## *Additional Financial Information*

Office Vendor Number 1: 000002143
Name of Invoice File in .Zip: Hagwood Adelman - 60760.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit: Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 196364 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/05/2019 | - | emails to/from P Roberts re new Qui Tam lawsuit involving the former Southaven facility | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 12/05/2019 | - | attended conf call with P Roberts, D Morgan, and L North re Qui Tam case | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 12/05/2019 | - | emails to/from L North and B Dillard re ▓▓▓▓ y motions to file related to Drumm and Silva | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 12/06/2019 | - | emails to/from B Dillard re motion to substitute; finalized and filed same | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 12/06/2019 | - | drafted motion for PHV application; emailed same to L North for completion | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 12/06/2019 | - | drafted motion to substitute counsel; emailed same to B Dillard for approval | Michael E. Phillips | 0.6 | $240.00 | | | | $144.00 |
| 12/12/2019 | - | emails to/from D. Meadows re PHV application of L North | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 12/12/2019 | - | received and reviewed L North's cert of good standing | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/12/2019 | - | emails to/from L North re order on motion to sub | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 12/12/2019 | - | received and reviewed order allowing substitution of counsel | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/12/2019 | - | email from court admin re motion to sub | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/12/2019 | - | emails to/from R Salcido and L North re finalizing disp motion | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 12/12/2019 | - | emails to/from L North re PHV application | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 12/12/2019 | - | received and reviewed from R Salcido revised draft of MTD | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 12/13/2019 | - | email from B Dillard re communication with C. Dughetti, former admin | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/13/2019 | - | email from P Roberts re MTD | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/13/2019 | - | emails to/from P Roberts re MTD | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 12/13/2019 | - | phone call and email from L North re filing MTD as a joint motion | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 12/13/2019 | - | emails to/from R Salcido re revisions to MTD | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 12/13/2019 | - | emails to/from B Dillard re revisions to MTD and ▓▓▓▓ joint motion | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 12/13/2019 | - | finalized and filed PHV application for L North | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 12/16/2019 | - | email to L North re PHV admission | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/16/2019 | - | received and reviewed filed MTD | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/16/2019 | - | received and reviewed order approving L North's PHV application | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/19/2019 | - | emails to/from PC re request for 3 week extension | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 12/20/2019 | - | email from B Dillard re motion for ext of time | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/20/2019 | - | received and reviewed P's motion for ext of time (unopposed) | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/20/2019 | - | email from Judge Mills office re ▓▓▓▓ proposed order | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/20/2019 | - | received and reviewed proposed order re ext of time | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 12/20/2019 | - | email from PC re motion for ext of time | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/23/2019 - | received and reviewed order re motion for ext of time | Michael E. Phillips | 0.1 | $240.00 | $24.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hagwood & Tipton |
| Office: | Jackson |
| Invoice Number: | 62819 |
| Date of Invoice: | 02/13/2020 |
| Billing Period: | 12/13/2019 - 02/13/2020 |
| Date Posted: | 10/22/2020 |
| Invoice Description/Comment: | |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$1,872.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 11/03/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $1,872.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $1,872.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $1,872.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Hagwood & Tipton
213 Draperton Drive, Suite A
P.O. Box 14188
Jackson, Mississippi  39236-4188

Tel: 601-608-6300
Fax: 601-362-3642

*Remittance Address*
Same as mail address
Vendor Tax ID: 46-1397945
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: --

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$2,022.00** |
| Invoice Currency: | USD |
| Billed Fees | $1,872.00 |
| Billed Expenses | $150.00 |
| Billed Total (excl. Tax) | $2,022.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Monica Degruise | Posted | 10/22/2020 | $2,022.00 | |
| Davena Morgan Thurmond | Approved | 11/02/2020 | $1,872.00 | |
| Pamela Roberts | Approved | 11/03/2020 | $1,872.00 | |
| Lisa Lowther | AP Batch Run | 11/03/2020 | $1,872.00 | Batch ID: 006000334 (Sent to AP: 11/03/2020 12:20:18 PM) |

## *Additional Financial Information*

Office Vendor Number 1: 000002143
Name of Invoice File in .Zip: Hagwood Adelman - 62819.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly
Organizational unit: Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 196364 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | - | emails to/from PC and B Dillard re agreed extension | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 01/15/2020 | - | received and reviewed P's motion for ext of time | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/19/2020 | - | received and reviewed order granting motion for ext of time | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/27/2020 | - | received and reviewed P's vol dismissal of certain claims and Defs | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 01/27/2020 | - | emails to/from L North re reply to P's response | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 01/27/2020 | - | email from R Salcido re P's ▮▮▮▮ amended complaint | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/27/2020 | - | email from P Roberts re P's email re amending the complaint | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/27/2020 | - | email from B Dillard re P's email re ▮▮▮▮ amended complaint | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/27/2020 | - | email from PC re ▮▮▮▮ amended complaint | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/27/2020 | - | received and reviewed P's Notice of Vol Dismissal without prejudice | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/28/2020 | - | received and reviewed P's response to MTD and accompanying exhibits | Michael E. Phillips | 1.2 | $240.00 | | | | $288.00 |
| 01/28/2020 | - | emails to/from P Roberts re dismissal of Drumm and Silva | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 01/29/2020 | - | received and reviewed order of dismissal without prejudice | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/29/2020 | - | emails to/from PC re ▮▮▮▮ amended complaint | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 01/30/2020 | - | email from B Dillard re P's brief in response to MTD | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/30/2020 | - | email from P Roberts re dismissal of Drumm and Silva | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 01/30/2020 | - | emails to/from L North dismissal of Drumm and Silva | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2020 - | email from R Salcido re amended complaint | Michael E. Phillips | 0.2 | $240.00 | $48.00 |
| 01/30/2020 - | email from L North re ▇ amended complaint | Michael E. Phillips | 0.2 | $240.00 | $48.00 |
| 01/30/2020 - | reviewed and analyzed from PC a copy of the ▇ amended complaint | Michael E. Phillips | 0.5 | $240.00 | $120.00 |
| 01/31/2020 - | email from P Roberts re ▇ amended complaint and our initial MTD | Michael E. Phillips | 0.2 | $240.00 | $48.00 |
| 01/31/2020 - | email from L North re response to motion to amend | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | reviewed and analyzed draft of reply to opposition to MTD | Michael E. Phillips | 0.6 | $240.00 | $144.00 |
| 01/31/2020 - | emails to/from PC re amended complaint | Michael E. Phillips | 0.2 | $240.00 | $48.00 |
| 01/31/2020 - | reviewed P's memo in support of motion to amend | Michael E. Phillips | 0.2 | $240.00 | $48.00 |
| 01/31/2020 - | received and reviewed P's motion for leave to file an amended complaint | Michael E. Phillips | 0.3 | $240.00 | $72.00 |
| 01/31/2020 - | email from P Roberts re ▇ amended complaint and response to same | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | email from P Killeen re response to motion to amend | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | email from P Killeen re ▇ amended complaint ▇ | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | email from D Thurmond re atty in the W Chatmon matter | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | email from D Thurmond re resident W. Chatmon | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | email from L North, forwarding ▇ amended complaint to the original complaint; analyzed ▇ | Michael E. Phillips | 0.6 | $240.00 | $144.00 |
| 01/31/2020 - | email from P Killeen re ▇ amended complaint | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | emails to/from L North re time to respond to amended complaint | Michael E. Phillips | 0.2 | $240.00 | $48.00 |
| 01/31/2020 - | email from P Killeen re C Jehl's involvement in multiple cases | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | email from B Dillard re atty rep P in the Chatmon matter | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 01/31/2020 - | email from R Salcido re ▇ amended complaint | Michael E. Phillips | 0.1 | $240.00 | $24.00 |

| Date | Code | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2020 | - | email from P Roberts re redlined complaint | Michael E. Phillips | 0.1 | $240.00 | $24.00 |
| 12/13/2019 | E112 - Court Fees | Court fees Courts/US DC-MSN | Michael E. Phillips | 1 | $150.00 | $150.00 |
| Line Adj. | | Exp - Billing guideline violation: "Receipt and/or invoice must be provided for all expenses. Please attach and resubmit this line item expense." - Davena Morgan Thurmond 11/02/2020 | | | ($150.00) | $0.00 |

# INVOICE

## *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hagwood & Tipton |
| Office: | Jackson |
| Invoice Number: | 62819A |
| Date of Invoice: | 02/13/2020 |
| Billing Period: | 12/13/2019 - 02/13/2020 |
| Date Posted: | 11/06/2020 |
| Invoice Description/Comment: | |

## *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$150.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 11/30/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $0.00 |
| Approved Expenses | $150.00 |
| Approved Total (excl. Tax) | $150.00 |
| Comments to AP: | |

## *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $150.00 | 100% | |

## *Vendor Address & Tax Information in Legal Tracker*

Hagwood & Tipton
213 Draperton Drive, Suite A
P.O. Box 14188
Jackson, Mississippi  39236-4188

Tel: 601-608-6300
Fax: 601-362-3642

*Remittance Address*
Same as mail address
Vendor Tax ID: 46-1397945
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$150.00** |
| Invoice Currency: | USD |
| Billed Fees | $0.00 |
| Billed Expenses | $150.00 |
| Billed Total (excl. Tax) | $150.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Monica Degruise | Posted | 11/06/2020 | $150.00 | |
| Davena Morgan Thurmond | Invoice Reset | 11/17/2020 | | Modified Invoice Approval Route in System Setup. |
| Davena Morgan Thurmond | Approved | 11/30/2020 | $150.00 | |
| Pamela Roberts | Approved | 11/30/2020 | $150.00 | |
| Lisa Lowther | AP Batch Run | 12/02/2020 | $150.00 | Batch ID: 006000335 (Sent to AP: 12/02/2020 8:20:53 AM) |

## *Additional Financial Information*

Office Vendor Number 1: 000002143
Name of Invoice File in .Zip: Hagwood Adelman - 62819A.html
Comments to Firm:
AP Route: Beverly AP

## *Matter Information*

Matter Name (Short): GLC-Southaven/Qui Tam Action (Jehl)
Matter ID: 201900141
Lead Company Person: Rasmussen-Jones, Holly

| | |
|---|---|
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 196364 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2019 | E112 - Court Fees | Appeal Court fees Courts/US DC-MSN | Michael E. Phillips | 1 | $150.00 | | | | $150.00 |

618-196364

**Sam Smith**

---

**From:** Shana Steed
**Sent:** Tuesday, January 28, 2020 1:06 PM
**To:** Sam Smith
**Subject:** FW: Activity in Case 3:19-cv-00091-MPM-JMV United States of America, ex rel. Cameron Jehl v. GGNSC Southaven LLC et al Motion to Appear Pro Hac Vice



Shana Steed | Legal Assistant
213 Draperton Drive | Suite A
Ridgeland, MS 39157
601 608 6300 ph | 601 608 6315 dr
855 608 6300 tf | 601 362 3642 fx
www.hatlawfirm.com

**From:** ecf_Information@msnd.uscourts.gov <ecf_Information@msnd.uscourts.gov>
**Sent:** Friday, December 13, 2019 9:20 AM
**To:** ecf_notice@msnd.uscourts.gov
**Subject:** Activity in Case 3:19-cv-00091-MPM-JMV United States of America, ex rel. Cameron Jehl v. GGNSC Southaven LLC et al Motion to Appear Pro Hac Vice

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of Mississippi**

**Notice of Electronic Filing**

The following transaction was entered by Phillips, Michael on 12/13/2019 at 9:20 AM CST and filed on 12/13/2019
**Case Name:** United States of America, ex rel. Cameron Jehl v. GGNSC Southaven LLC et al
**Case Number:** 3:19-cv-00091-MPM-JMV
**Filer:** Drumm Corp.

1

Ronald E. Silva

**Document Number:** 30

**Docket Text:**
**MOTION to Appear Pro Hac Vice ; Attorney Lily A. North,(Paid $150 PHV fee; receipt number 0537-1750024) by Drumm Corp., Ronald E. Silva. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing) (Phillips, Michael)**

**3:19-cv-00091-MPM-JMV Notice has been electronically mailed to:**

Lamar Bradley Dillard    bdillard@mitchellmcnutt.com, cburgess@mitchellmcnutt.com, kdoty@mitchellmcnutt.com

Lisa Paige Binder    lbinder@nealharwell.com, kculligan@nealharwell.com

Michael Earl Phillips    mphillips@hatlawfirm.com, kanderson@hatlawfirm.com, ssteed@hatlawfirm.com

Nathan Clay Sanders    nsanders@nealharwell.com, dgarrison@nealharwell.com

Philip N. Elbert    pelbert@nealharwell.com, rparrish@nealharwell.com

Robert S. Salcido    rsalcido@akingump.com, pjoseph@akingump.com

Stuart Davis    stuart.davis@usdoj.gov, RGarrett@usa.doj.gov, usamsn.ecf@usdoj.gov

**3:19-cv-00091-MPM-JMV Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=12/13/2019] [FileNumber=2114172-0] [87d926df139e66537883282837e445872690f8d0a1233e097c5440e34862f3d9b8 e015c73111f8cc5d2114872a75b45d84b676f1947cc93650f9f866d627c45f]]
**Document description:** Exhibit 1 - Certificate of Good Standing
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078244644 [Date=12/13/2019] [FileNumber=2114172-1] [237462289ae122204b7c070cbc42bd47a77bea05daf0c7185661724f7692149d96 b7be74f5269818cc141d0da0a04456e7cf37308b1f9bd08e95383b9054fba9]]

Confidentiality Note: This email and any attachments may be confidential and protected. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

# INVOICE

### *Invoice Information*

| | |
|---|---|
| Firm/Vendor: | Hagwood & Tipton |
| Office: | Jackson |
| Invoice Number: | 64710 |
| Date of Invoice: | 03/11/2020 |
| Billing Period: | 02/03/2020 - 03/11/2020 |
| Date Posted: | 03/11/2020 |
| Invoice Description/Comment: | |

### *Amount Approved*

| | |
|---|---|
| **Approved Total** | **$1,560.00** |
| **Invoice Currency:** | **USD** |
| Date Approved: | 04/01/2020 |
| Final Approver: | Pamela Roberts |
| Approved Fees | $1,560.00 |
| Approved Expenses | $0.00 |
| Approved Total (excl. Tax) | $1,560.00 |
| Comments to AP: | |

### *Accounting Code Allocations*

| Cost Center | GL Account | Other AP Code | Amount | Percentage | Comment |
|---|---|---|---|---|---|
| 00827 | 7617 | 000999 | $1,560.00 | 100% | |

### *Vendor Address & Tax Information in Legal Tracker*

Hagwood & Tipton
213 Draperton Drive, Suite A
P.O. Box 14188
Jackson, Mississippi  39236-4188

Tel: 601-608-6300
Fax: 601-362-3642

*Remittance Address*
Same as mail address
Vendor Tax ID: 46-1397945
VAT ID: --
GST ID: --
HST ID: --

PST ID: --
Sales Tax ID: --
QST ID: --
Withholding Tax ID: --

## *Other Invoice and Firm Information*

Regulatory Statements: –

## *Amount Billed*

| | |
|---|---|
| **Billed Total** | **$1,560.00** |
| Invoice Currency: | USD |
| Billed Fees | $1,560.00 |
| Billed Expenses | $0.00 |
| Billed Total (excl. Tax) | $1,560.00 |

## *Approval History*

| User | Action | Date | Amount | Comment |
|---|---|---|---|---|
| Monica Degruise | Posted | 03/11/2020 | $1,560.00 | |
| Davena Morgan Thurmond | Approved | 03/17/2020 | $1,560.00 | |
| Pamela Roberts | Approved | 04/01/2020 | $1,560.00 | |
| Lisa Lowther | AP Batch Run | 04/01/2020 | $1,560.00 | Batch ID: 006000327 (Sent to AP: 04/01/2020 1:07:31 PM) |

## *Additional Financial Information*

| | |
|---|---|
| Office Vendor Number 1: | 000002143 |
| Name of Invoice File in .Zip: | Hagwood Adelman - 64710.html |
| Comments to Firm: | |
| AP Route: | Beverly AP |

## *Matter Information*

| | |
|---|---|
| Matter Name (Short): | GLC-Southaven/Qui Tam Action (Jehl) |
| Matter ID: | 201900141 |
| Lead Company Person: | Rasmussen-Jones, Holly |
| Organizational unit: | Golden Living > Team 3 - Southeast > Mississippi > GLC Southaven - 0827 D66 |

| | |
|---|---|
| Practice group: | Litigation > Miscellaneous |
| Law Firm Matter No.: | 196364 |
| Country (in Matter): | United States |

**Invoice Line Items:**

| Date | Description | Narrative | Timekeeper | Units | Rate | Adjust | Taxes | TaxType% | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | - | email to/from L North re revisions to reply | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/03/2020 | - | email from B Dillard re revision to reply | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/03/2020 | - | email from P Roberts re ▓▓▓ revisions | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/03/2020 | - | received and reviewed filed copy of reply to response re MTD | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/03/2020 | - | reviewed R Salcido's revisions to def's reply to relator's opposition to joint motion to dismiss | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 02/04/2020 | - | email from P Killen re ▓▓▓ | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/04/2020 | - | email from R Salcido re para 52 of the amended complaint ▓▓▓ | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/04/2020 | - | email from B Dillard re ▓▓▓ rule 5.2 | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/05/2020 | - | received and reviewed initial order for rule 16.1 case mgmt. conf set for 3/3 | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/06/2020 | - | email from L North re opposition to motion for leave to amend | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/06/2020 | - | emails to/from PC re initial case mgmt. conf | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/07/2020 | - | emails to/from PC re case mgmt. conf | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/07/2020 | - | email to L North re case mgmt. conf | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/10/2020 | - | email to P Roberts re rule 26 call with PC | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 02/10/2020 | - | phone conf with B Dillard re P's motion to amend | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 02/10/2020 | - | prepared for and attended case mgmt. conf | Michael E. Phillips | 0.8 | $240.00 | | | | $192.00 |
| 02/10/2020 | - | emails to/from L North re case mgmt. conf | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/11/2020 | - | emails to/from R Salcido and L North re draft brief | Michael E. Phillips | 0.3 | $240.00 | | | | $72.00 |
| 02/12/2020 | - | email from H Webster re monitoring counsel for AUSA | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/12/2020 | - | reviewed joint response to realtor's motion to amend | Michael E. Phillips | 0.7 | $240.00 | | | | $168.00 |
| 02/12/2020 | - | email from PC re motion to amend; forwarded same to P Roberts | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/13/2020 | - | email from R Salcido re P's ▓▓▓ amended complaint | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/13/2020 | - | email from MJ Virden re opposition to ▓▓▓ amended complaint | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |
| 02/13/2020 | - | emails to/from R Salcido re P's ▓▓▓ amended complaint | Michael E. Phillips | 0.4 | $240.00 | | | | $96.00 |
| 02/13/2020 | - | received and reviewed P's corrected memo of law and ▓▓▓ amended complaint | Michael E. Phillips | 0.6 | $240.00 | | | | $144.00 |
| 02/13/2020 | - | received and reviewed from PC, ▓▓▓ CMO | Michael E. Phillips | 0.2 | $240.00 | | | | $48.00 |
| 02/14/2020 | - | received and reviewed P's motion for leave to file amended complaint | Michael E. Phillips | 0.1 | $240.00 | | | | $24.00 |