# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CAMERON JEHL, <br><br>Plaintiffs, <br><br>v. <br><br>GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN et al. <br><br>Defendants. | Case No. 3:19cv091-NBB-JMV |

### DECLARATION OF HOLLY RASMUSSEN-JONES IN SUPPORT OF DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES AND OTHER EXPENSES

I, Holly Rasmussen-Jones, having personal knowledge of the facts contained in this Declaration and being competent to testify to them, hereby state as follows:

**A. Background**

1. I have worked in various capacities for Golden Living and its affiliates (collectively, the "Company") since July 1991, including as Vice President of Transactions.

2. Before 2016, when it began to wind down its operations as a nationwide operator of skilled nursing facilities ("SNFs"), Golden Living and its affiliates (collectively, the "Company") operated more than 300 SNFs nationwide, including GGNSC Southaven, LLC, a Defendant in this action.

3. Since October 1, 2019, the Company has not been involved in operating any SNFs.

**B. Legal Work Performed in Connection with this Litigation**

4. In my role, I have been involved in overseeing the work performed by law firms including Akin Gump Strauss Hauer & Feld LLP ("Akin"); Mitchell, McNutt & Sams, PA; Hardin, Jesson & Terry, PLC; Vandeventer Black, LLC; Hagwood and Tipton, PC; Benesch, Friedlander, Coplan & Aronoff, LLP; Quintairos, Prieto, Wood & Boyer, PA; and Paul Killeen in connection with this litigation.

5. The Company first retained Robert Salcido and Akin to defend False Claims Act ("FCA") litigation in 2008. Over the years, he has taken the lead for us on multiple FCA investigations and lawsuits. Mr. Salcido's expertise on FCA matters has proven invaluable in these matters, and it has been necessary to ensure we are able to handle complex FCA matters.

6. We retained Mitchell, McNutt & Sams, P.A. to assist with discovery matters and disputes for which Mr. Salcido's FCA expertise was not needed. Margaret Sams Gratz has extensive experience with litigation in this district, and her expertise has also been necessary for our defense in this case.

7. We retained Kynda Almefty of Hardin, Jesson & Terry, PLC (former Assistant General Counsel of Litigation for Golden Living) to provide necessary assistance on corporate issues and offer testimony as a corporate representative in this matter.

8. We retained Mark S. Brennan of Vandeventer Black, PLC to provide necessary assistance in investigating the licensure of Nurse Lionelle Trofort in response to allegations raised by Relator in this case.

2

9. We retained Michael E. Phillips of Hagwood and Tipton, PC to provide necessary assistance in seeking the dismissal of Defendants Drumm Merger Co. and Ronald E. Silva.

10. We retained Lily A. North of Benesch, Friedlander, Coplan & Aronoff, LLP to provide necessary assistance in representing Defendants Drumm Merger Co. and Ronald E. Silva.

11. We retained Quintairos, Prieto, Wood & Boyer, PA to provide necessary assistance in reviewing electronic data to determine the documents that would be responsive to the Court Order.

12. We retained Paul Killeen, former SVP of Litigation for the Company, to assist with necessary extensive pre-trial preparation in this case.

13. All invoices received by attorneys retained in this case were promptly paid after the Company confirmed that time spent on legal tasks was reasonable and adequately documented.

C. **E-Discovery in Connection with this Litigation**

14. As part of this litigation, we have been required to make extensive document productions to Relator. The need to process and store a massive volume of documents required us to contract with e-discovery KLDiscovery Ontrack, LLC ("KLD") to enable us to host and process documents through the platform Relativity.

15. As of January 1, 2021, we have utilized KLD for e-discovery services related to this case, including the processing of documents, e-discovery hosting via Relativity and the provision of project management and technical professional services. True copies of KLD's invoices are attached at Ex. A. Services provided by KLD have been used exclusively

3

for hosting and processing documents to review them for production during the course of this investigation, and they were reasonable and necessary for the Company to comply with Relator's extensive discovery requests.

_____
Holly Rasmussen-Jones

Executed on this 26th day of April, 2023

4