# EXHIBIT A



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

GGNSC Administrative Services LLC
Attention: Erin Pope
6400 Pinecrest, Suite 200
Plano, TX 75024-7111
United States

| | |
|---|---|
| Invoice Number: | P0100167713 |
| Invoice Date: | 02/10/2021 |
| Service Dates: | 01/01/2021 - 01/31/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 1,435.21 USD |

Account Manager: Slaby, Richard        Payment Terms: Net 30 Days        Due Date: 03/12/2021

| PROCESSING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Selective ESI Processing - Data Ingestion | 0.97 | Units | 25.0000 | Y | 24.25 | USD |
| **TOTAL PROCESSING** | | | | | **24.25** | |

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 1.61 | Units | 10.0000 | Y | 16.10 | USD |
| User Access - Relativity | 6 | Units | 75.0000 | Y | 450.00 | USD |
| **TOTAL HOSTING** | | | | | **466.10** | |

| PROFESSIONAL SERVICES | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Professional Services - Project Management | 2.5 | Units | 195.0000 | N | 487.50 | USD |
| Professional Services - Technical Solutions | 3.4 | Units | 125.0000 | N | 425.00 | USD |
| **TOTAL PROFESSIONAL SERVICES** | | | | | **912.50** | |

| | | |
|---|---|---|
| Subtotal | 1,402.85 | |
| **Tax** (8.25%) | **32.36** | |
| **Invoice Amount Due** | **1,435.21** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100171975 |
| Invoice Date: | 03/10/2021 |
| Service Dates: | 02/01/2021 - 02/28/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 716.10 USD |

**Bill To Customer:**

GGNSC Administrative Services LLC
Attention: Erin Pope
6400 Pinecrest, Suite 200
Plano, TX 75024-7111
United States

Account Manager: Slaby, Richard    Payment Terms: Net 30 Days    Due Date: 04/09/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 1.67 | Units | 10.0000 | Y | 16.70 | USD |
| User Access - Relativity | 4 | Units | 75.0000 | Y | 300.00 | USD |
| **TOTAL HOSTING** | | | | | **316.70** | |

| PROFESSIONAL SERVICES | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Professional Services - Project Management | 1.3 | Units | 195.0000 | N | 253.50 | USD |
| Professional Services - Technical Solutions | 1 | Units | 125.0000 | N | 125.00 | USD |
| **TOTAL PROFESSIONAL SERVICES** | | | | | **378.50** | |

| | | |
|---|---|---|
| **Subtotal** | 695.20 | |
| **Tax** (8.25%) | 20.90 | |
| **Invoice Amount Due** | 716.10 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

GGNSC Administrative Services LLC
Attention: Erin Pope
6400 Pinecrest, Suite 200
Plano, TX 75024-7111
United States

| | |
|---|---|
| Invoice Number: | P0100176717 |
| Invoice Date: | 04/08/2021 |
| Service Dates: | 03/01/2021 - 03/31/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 337.60 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 05/08/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 1.67 | Units | 10.0000 | Y | 16.70 | USD |
| User Access - Relativity | 4 | Units | 75.0000 | Y | 300.00 | USD |
| **TOTAL HOSTING** | | | | | 316.70 | |

| | | |
|---|---|---|
| **Subtotal** | 316.70 | |
| **Tax** (8.25%) | 20.90 | |
| **Invoice Amount Due** | 337.60 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

GGNSC Administrative Services LLC
Attention: Erin Pope
6400 Pinecrest, Suite 200
Plano, TX 75024-7111
United States

| | |
|---|---|
| Invoice Number: | P0100181619 |
| Invoice Date: | 05/06/2021 |
| Service Dates: | 04/01/2021 - 04/30/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 1,944.74 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 06/05/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | Y | 412.70 | USD |
| User Access - Relativity | 4 | Units | 75.0000 | Y | 300.00 | USD |
| **TOTAL HOSTING** | | | | | **712.70** | |

| PROFESSIONAL SERVICES | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Professional Services - Project Management | 3 | Units | 195.0000 | N | 585.00 | USD |
| Professional Services - Technical Solutions | 4.8 | Units | 125.0000 | N | 600.00 | USD |
| **TOTAL PROFESSIONAL SERVICES** | | | | | **1,185.00** | |

| | | |
|---|---|---|
| **Subtotal** | 1,897.70 | |
| **Tax** (8.25%) | 47.04 | |
| **Invoice Amount Due** | 1,944.74 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

|  |  |
|---|---|
| Invoice Number: | P0100186476 |
| Invoice Date: | 06/09/2021 |
| Service Dates: | 05/01/2021 - 05/31/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: |  |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 679.79 USD |

**Bill To Customer:**

GGNSC Administrative Services LLC
Attention: Erin Pope
6400 Pinecrest, Suite 200
Plano, TX 75024-7111
United States

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 07/09/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | Y | 412.70 | USD |
| User Access - Relativity | 3 | Units | 75.0000 | Y | 225.00 | USD |
| **TOTAL HOSTING** |  |  |  |  | **637.70** |  |

|  |  |  |
|---|---|---|
| **Subtotal** | 637.70 |  |
| **Tax** (8.25%) | 42.09 |  |
| **Invoice Amount Due** | 679.79 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

GGNSC Administrative Services LLC
Attention: Erin Pope
6400 Pinecrest, Suite 200
Plano, TX 75024-7111
United States

| | |
|---|---|
| Invoice Number: | P0100190170 |
| Invoice Date: | 07/08/2021 |
| Service Dates: | 06/01/2021 - 06/30/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 679.79 USD |

Account Manager: Slaby, Richard     Payment Terms: Net 30 Days     Due Date: 08/07/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | Y | 412.70 | USD |
| User Access - Relativity | 3 | Units | 75.0000 | Y | 225.00 | USD |
| **TOTAL HOSTING** | | | | | **637.70** | |

| | | |
|---|---|---|
| **Subtotal** | 637.70 | |
| **Tax** (8.25%) | 42.09 | |
| **Invoice Amount Due** | 679.79 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**
Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**
KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100196085 |
| Invoice Date: | 08/06/2021 |
| Service Dates: | 07/01/2021 - 07/31/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 679.79 USD |

**Bill To Customer:**

GGNSC Administrative Services LLC
Attention: Erin Pope
6400 Pinecrest, Suite 200
Plano, TX 75024-7111
United States

Account Manager: Slaby, Richard    Payment Terms: Net 30 Days    Due Date: 09/05/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | Y | 412.70 | USD |
| User Access - Relativity | 3 | Units | 75.0000 | Y | 225.00 | USD |
| **TOTAL HOSTING** | | | | | **637.70** | |

| | | |
|---|---|---|
| **Subtotal** | 637.70 | |
| **Tax** (8.25%) | 42.09 | |
| **Invoice Amount Due** | 679.79 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100200080 |
| Invoice Date: | 09/08/2021 |
| Service Dates: | 08/01/2021 - 08/31/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 487.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 10/08/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| User Access - Relativity | 1 | Units | 75.0000 | N | 75.00 | USD |
| **TOTAL HOSTING** | | | | | **487.70** | |

| | | |
|---|---|---|
| Subtotal | 487.70 | |
| **Tax** (0.00%) | **0.00** | |
| **Invoice Amount Due** | **487.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100204148 |
| Invoice Date: | 10/06/2021 |
| Service Dates: | 09/01/2021 - 09/30/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 487.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 11/05/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| User Access - Relativity | 1 | Units | 75.0000 | N | 75.00 | USD |
| **TOTAL HOSTING** | | | | | **487.70** | |

| | | |
|---|---|---|
| Subtotal | 487.70 | |
| **Tax** (0.00%) | **0.00** | |
| **Invoice Amount Due** | **487.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100208544 |
| Invoice Date: | 11/03/2021 |
| Service Dates: | 10/01/2021 - 10/31/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 12/03/2021

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100213219 |
| Invoice Date: | 12/06/2021 |
| Service Dates: | 11/01/2021 - 11/30/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard         Payment Terms: Net 30 Days         Due Date: 01/05/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100218559 |
| Invoice Date: | 01/11/2022 |
| Service Dates: | 12/01/2021 - 12/31/2021 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 02/10/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to KLD_Support@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100221955 |
| Invoice Date: | 02/06/2022 |
| Service Dates: | 01/01/2022 - 01/31/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard                    Payment Terms: Net 30 Days                    Due Date: 03/08/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100225698 |
| Invoice Date: | 03/02/2022 |
| Service Dates: | 02/01/2022 - 02/28/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 04/01/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100230499 |
| Invoice Date: | 04/04/2022 |
| Service Dates: | 03/01/2022 - 03/31/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 05/04/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100234990 |
| Invoice Date: | 05/03/2022 |
| Service Dates: | 04/01/2022 - 04/30/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

---

Account Manager: Slaby, Richard       Payment Terms: Net 30 Days       Due Date: 06/02/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100239058 |
| Invoice Date: | 06/02/2022 |
| Service Dates: | 05/01/2022 - 05/31/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 07/02/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100244443 |
| Invoice Date: | 07/05/2022 |
| Service Dates: | 06/01/2022 - 06/30/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 08/04/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100248129 |
| Invoice Date: | 08/02/2022 |
| Service Dates: | 07/01/2022 - 07/31/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 09/01/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



8201 Greensboro Drive, Suite 300
McLean, VA 22102
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100251736 |
| Invoice Date: | 09/03/2022 |
| Service Dates: | 08/01/2022 - 08/31/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 10/03/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



9023 Columbine Road
Eden Prairie, MN 55347
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100258564 |
| Invoice Date: | 10/04/2022 |
| Service Dates: | 09/01/2022 - 09/30/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 11/03/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| Subtotal | 412.70 | |
| **Tax** (0.00%) | **0.00** | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



9023 Columbine Road
Eden Prairie, MN 55347
Phone: (952) 937-1107

# INVOICE

|  |  |
|---|---|
| Invoice Number: | P0100261271 |
| Invoice Date: | 11/02/2022 |
| Service Dates: | 10/01/2022 - 10/31/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

Account Manager: Slaby, Richard    Payment Terms: Net 30 Days    Due Date: 12/02/2022

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

|  |  |  |
|---|---|---|
| Subtotal | 412.70 | |
| **Tax** (0.00%) | **0.00** | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

9023 Columbine Road
Eden Prairie, MN 55347
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100266416 |
| Invoice Date: | 12/02/2022 |
| Service Dates: | 11/01/2022 - 11/30/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard        Payment Terms: Net 30 Days        Due Date: 01/01/2023

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | **412.70** | |
| **Tax** (0.00%) | **0.00** | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



Page 1 of 1

9023 Columbine Road
Eden Prairie, MN 55347
Phone: (952) 937-1107

# INVOICE

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

| | |
|---|---|
| Invoice Number: | P0100271807 |
| Invoice Date: | 01/04/2023 |
| Service Dates: | 12/01/2022 - 12/31/2022 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

Account Manager: Slaby, Richard                 Payment Terms: Net 30 Days                 Due Date: 02/03/2023

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | **412.70** | |
| **Tax** (0.00%) | **0.00** | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*

Page 1 of 1



9023 Columbine Road
Eden Prairie, MN 55347
Phone: (952) 937-1107

# INVOICE

| | |
|---|---|
| Invoice Number: | P0100276242 |
| Invoice Date: | 02/02/2023 |
| Service Dates: | 01/01/2023 - 01/31/2023 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: | |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 03/04/2023

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | **412.70** | |
| **Tax** (0.00%) | **0.00** | |
| **Invoice Amount Due** | **412.70** | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*



9023 Columbine Road
Eden Prairie, MN  55347
Phone: (952) 937-1107

# INVOICE

|  |  |
|---|---|
| Invoice Number: | P0100281041 |
| Invoice Date: | 03/02/2023 |
| Service Dates: | 02/01/2023 - 02/28/2023 |
| Customer Number: | 5820331 |
| Job Number: | 7504879 |
| PO Number: |  |
| Matter Reference: | 201900141 - Jehl v Southaven |
| Invoice Amount Due: | 412.70 USD |

**Bill To Customer:**

Ggnsc Administrative Services, LLC
Attention: Erin Pope
1000 Fianna Way
Fort Smith, AR 72919
United States

Account Manager: Slaby, Richard          Payment Terms: Net 30 Days          Due Date: 04/01/2023

| HOSTING | Quantity | U of M | Rate | Taxable | Ext. Price | Currency |
|---|---|---|---|---|---|---|
| Active Hosting - Relativity | 41.27 | Units | 10.0000 | N | 412.70 | USD |
| **TOTAL HOSTING** | | | | | **412.70** | |

| | | |
|---|---|---|
| **Subtotal** | 412.70 | |
| **Tax** (0.00%) | 0.00 | |
| **Invoice Amount Due** | 412.70 | **USD** |

## Please Send Remittance to

**Electronic Payment Instructions:**

Bank: Bank of America
Account Name: KLDiscovery Ontrack, LLC
Account #: 4427195125
ACH ABA #: 111000012
Wire ABA #: 026009593
SWIFT: BOFAUS3N
Tax ID: 81-0787151

**Remittance Address:**

KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

*All invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107. LDiscovery, LDiscovery TX, and Kroll Ontrack ediscovery solutions are now brought to you by KLDiscovery Ontrack dba KLDiscovery*