**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) | |
| CAMERON JEHL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:19-cv-091-NBB-JMV |
| ) | |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN ) | |
| LIVINGCENTER-SOUTHAVEN; GGNSC ) | |
| ADMINISTRATIVE SERVICES LLC D/B/A ) | |
| GOLDEN VENTURES; AND GGNSC ) | |
| CLINICAL SERVICES LLC D/B/A GOLDEN ) | |
| CLINICAL SERVICES, ) | |
| ) | |
| Defendants. ) | |

**RELATOR'S MOTION FOR FOUR DAY EXTENSION TO RESPOND TO DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

The relator was hoping to respond to the defendants' motion and memo for an award of attorneys' fees and expenses, docket 356-357, within the 14 days provided by the local rules. But as the undersigned continued working on the response late on the night of the 13th day, addressing the request for over two million dollars in fees and expenses and the accompanying 21 exhibits and a 22-page memorandum, he realized that four more days would allow the relator to submit a more thorough response that would better assist the Court in resolving the manifold issues raised by the fee request. Accordingly, the relator respectfully requests an extension from the current due date of Thursday, May 11, 2023, to Monday, May 15, 2023.

The undersigned has emailed counsel for the defendants to determine if they have any objection to this extension. Because of the late hour, they likely will not respond until the morning.

Once they do, the undersigned will submit a supplement to the motion and indicate whether the defendants oppose the motion or not.

          Respectfully submitted,

          /s/ *Robert B. McDuff*
          Robert B. McDuff (MSB # 2532
          Law Office of Robert B. McDuff
          767 North Congress Street
          Jackson, MS 39202
          601.259.8484 (Telephone)
          rbm@mcdufflaw.com

          Richard R. Barrett (MSB #99108)
          Law Office of Richard R. Barrett, PLLC
          2086 Old Taylor Road
          Suite 1011
          Oxford, MS 38655
          662.380.5018 (Telephone)
          rrb@rrblawfirm.net

          Philip N. Elbert (admitted *pro hac vice)*
          Kendra E. Samson (admitted *pro hac vice*)
          Nathan C. Sanders (admitted *pro hac vice*)
          NEAL & HARWELL, PLC
          1201 Demonbreun Street, Suite 1000
          Nashville, TN  37203
          (615) 244-1713 – Telephone
          pelbert@nealharwell.com
          ksamson@nealharwell.com
          nsanders@nealharwell.com

          *Counsel for Relator*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, the foregoing was served on the following counsel by operation of the Court's electronic filing system:

| | |
|---|---|
| Margaret Sams Gratz, Esq.<br>Mitchell, McNutt & Sams, P.A.<br>P. O. Box 7120<br>Tupelo, MS 38802-7120<br>mgratz@mitchellmcnutt.com<br><br>Robert Salcido, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Tower<br>2001 K Street NW<br>Washington, DC 20006-1037<br>rsalcido@akingump.com<br><br>*Counsel for Defendants* | J. Harland Webster, Assistant U.S. Attorney<br>Office of the United States Attorney<br>Northern District of Mississippi<br>900 Jefferson Avenue<br>Oxford, MS 38655-3608<br>joseph.webster@usdoj.gov<br><br>*Counsel for the United States of America* |

/s/ *Robert B. McDuff*