**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel.** | ) | |
| **CAMERON JEHL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:19-cv-091-NBB-JMV** |
| | ) | |
| **GGNSC SOUTHAVEN LLC D/B/A GOLDEN** | ) | |
| **LIVINGCENTER-SOUTHAVEN; GGNSC** | ) | |
| **ADMINISTRATIVE SERVICES LLC D/B/A** | ) | |
| **GOLDEN VENTURES; AND GGNSC** | ) | |
| **CLINICAL SERVICES LLC D/B/A GOLDEN** | ) | |
| **CLINICAL SERVICES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**SUPPLEMENT TO UNOPPOSED
RELATOR'S MOTION FOR FOUR DAY EXTENSION TO RESPOND TO
DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

---

The undersigned has spoken with opposing counsel who indicates she has no objection to the requested extension of four days to file the relator's response to the defendant's motion for fees, moving the due date from Thursday, May 11, 2023, to Monday, May 15, 2023. Opposing counsel stated that the defendants would also like an extra four days for their reply, meaning it would be due 11 days after the relator's response is filed. The relator has no objection to that request.

Respectfully submitted,

/s/ *Robert B. McDuff*
Robert B. McDuff (MSB # 2532
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
601.259.8484 (Telephone)
rbm@mcdufflaw.com

Richard R. Barrett (MSB #99108)
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, MS 38655
662.380.5018 (Telephone)
rrb@rrblawfirm.net

Philip N. Elbert (admitted *pro hac vice)*
Kendra E. Samson (admitted *pro hac vice*)
Nathan C. Sanders (admitted *pro hac vice*)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
pelbert@nealharwell.com
ksamson@nealharwell.com
nsanders@nealharwell.com

*Counsel for Relator*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, the foregoing was served on the following

counsel by operation of the Court's electronic filing system:

Margaret Sams Gratz, Esq.
Mitchell, McNutt & Sams, P.A.
P. O. Box 7120
Tupelo, MS 38802-7120
mgratz@mitchellmcnutt.com

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006-1037
rsalcido@akingump.com

*Counsel for Defendants*

J. Harland Webster, Assistant U.S. Attorney
Office of the United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655-3608
joseph.webster@usdoj.gov

*Counsel for the United States of America*

/s/ *Robert B. McDuff*