IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**CAMERON JEHL**                                                                         **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 3:19-cv-091-NBB-JMV**

**GGNSC SOUTHAVEN, LLC,**
**doing business as Golden Living Center**
**– Southaven; GGNSC ADMINISTRATIVE**
**SERVICES, LLC, doing business as**
**Golden Ventures, and GGNSC CLINICAL**
**SERVICES**                                                         **DEFENDANTS**

## ORDER GRANTING EXTENSION OF TIME

Presently before the court are the relator's motion for extension of time to respond to defendants' motion for attorneys' fees and expenses and his supplemental motion. The relator requests an additional four days to respond to defendants' motion. Upon due consideration, for good cause shown, and finding that the defendants do not oppose the motions, the court finds that the motion and supplemental motion are well taken and that they should be, and the same are hereby, **GRANTED**.

Further, as stated in the supplemental motion, the defendants request an additional four days to file their rebuttal to the relator's response, and the relator does not oppose this request. The court will, therefore, allow the defendants an additional four days to reply, granting them eleven days, as requested, rather than the standard seven.

**SO ORDERED** this 11th day of May, 2023.

                                                               /s/ Neal Biggers
                                                               NEAL B. BIGGERS, JR.
                                                               UNITED STATES DISTRICT JUDGE