**3:15-cv-00127-MPM-JMV** United States of America ex rel. Kevin Gray v. Mitias Orthopaedics, PLLC
Michael P. Mills, presiding
Jane M. Virden, referral
**Date filed:** 07/31/2015
**Date terminated:** 10/11/2022
**Date of last filing:** 02/27/2023

# Attorneys

| | | |
|---|---|---|
| **Joseph Luke Benedict**<br>U.S. ATTORNEY'S OFFICE<br>900 Jefferson Avenue<br>Oxford, MS 38655<br>662-234-3351<br>luke.benedict@usdoj.gov<br> *Assigned: 08/15/2019*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **United States of America**<br>*(Intervenor)* |
| **Julie Bracker**<br>Bracker & Marcus LLC<br>3355 Lenox Road<br>Suite 660<br>Atlanta, GA 30326<br>770-988-5035<br>Julie@FCACounsel.com<br> *Assigned: 03/13/2020*<br> *LEAD ATTORNEY*<br> *PRO HAC VICE*<br> *ATTORNEY TO BE NOTICED* | representing | **United States of America ex rel. Kevin Gray**<br>*(Plaintiff)* |
| **Hugh Ruston Comley**<br>WATKINS & EAGER<br>P. O. Box 650<br>Jackson, MS 39205-0650<br>601-965-1941<br>rcomley@watkinseager.com<br> *Assigned: 02/14/2020*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Mitias Orthopaedics, PLLC**<br>*(Defendant)* |
| | | **M.D. Hanna M. Mitias**<br>*(Defendant)* |
| | | **Champion Orthopaedics Desoto PLLC**<br>6518 Goodman Rd., Ste. 104<br>Olive Branch, MS 38654<br>*(Defendant)* |

| | | |
|---|---|---|
| **Jason Scott Gilbert**<br>WATKINS & EAGER<br>400 East Capitol Street<br>Jackson, MS 39201<br>601-965-1922<br>sgilbert@watkinseager.com<br> *Assigned: 02/14/2020*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Mitias Orthopaedics, PLLC**<br>*(Defendant)* |
| | | **M.D. Hanna M. Mitias**<br>*(Defendant)* |
| | | **Champion Orthopaedics Desoto PLLC**<br>6518 Goodman Rd., Ste. 104<br>Olive Branch, MS 38654<br>*(Defendant)* |
| **Sidney E. Lampton**<br>Watkins & Eager PLLC<br>400 East Capitol St.<br>Jackson, MS 39201<br>601-965-1900<br>601-965-1901 (fax)<br>slampton@watkinseager.com<br> *Assigned: 03/24/2022*<br> *ATTORNEY TO BE NOTICED* | representing | **Mitias Orthopaedics, PLLC**<br>*(Defendant)* |
| | | **M.D. Hanna M. Mitias**<br>*(Defendant)* |
| | | **Champion Orthopaedics Desoto PLLC**<br>6518 Goodman Rd., Ste. 104<br>Olive Branch, MS 38654<br>*(Defendant)* |
| **Katie Camille Lyons**<br>Watkins and Eager PLLC<br>400 E Capitol St<br>Jackson, MS 39202<br>601-395-1661<br>klyons@watkinseager.com<br> *Assigned: 03/27/2020*<br> *ATTORNEY TO BE NOTICED* | representing | **Mitias Orthopaedics, PLLC**<br>*(Defendant)* |
| | | **M.D. Hanna M. Mitias**<br>*(Defendant)* |

|  |  |  |
|---|---|---|
|  |  | **Champion Orthopaedics Desoto PLLC**<br>6518 Goodman Rd., Ste. 104<br>Olive Branch, MS 38654<br>*(Defendant)* |
| **Jason Marcus**<br>Bracker & Marcus LLC<br>3355 Lenox Road<br>Ste 660<br>Atlanta, GA 30326<br>770-988-5035<br>Jason@FCACounsel.com<br> *Assigned: 03/13/2020*<br> *LEAD ATTORNEY*<br> *PRO HAC VICE*<br> *ATTORNEY TO BE NOTICED* | representing | **United States of America ex rel. Kevin Gray**<br>*(Plaintiff)* |
| **J. Brad Pigott**<br>PIGOTT REEVES JOHNSON & MINOR, PA<br>P.O. Box 22725<br>Jackson, MS 39202<br>(601) 354-2121<br>bpigott@pjlawyers.com<br> *Assigned: 07/31/2015*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **United States of America ex rel. Kevin Gray**<br>*(Plaintiff)* |
| **Joseph Harland Webster**<br>UNITED STATES ATTORNEY'S OFFICE<br>900 Jefferson Avenue<br>Oxford, MS 38655<br>662-238-7629<br>joseph.webster@usdoj.gov<br> *Assigned: 02/18/2020*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **United States of America**<br>*(Intervenor)* |
| **Feleica L. Wilson**<br>U.S. ATTORNEY'S OFFICE<br>900 Jefferson Avenue<br>Oxford, MS 38655-3608<br>(662) 234-3351<br>feleica.wilson@usdoj.gov<br> *Assigned: 09/30/2015*<br> *TERMINATED: 02/21/2020*<br> *ATTORNEY TO BE NOTICED* | representing | **United States of America**<br>*(Intervenor)* |

**PACER Service Center**

5/9/23, 9:29 AM
Case: 3:19-cv-00091-NBB-JMV Doc #: 362-1 Filed: 05/15/23 4 of 4 PageID #: 5400
CM/ECF-LIVE - U.S. District Court for the Northern District of Mississippi

| Transaction Receipt ||||
|---|---|---|---|
| 05/09/2023 09:20:43 ||||
| **PACER Login:** | robmcduff | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 3:15-cv-00127-MPM-JMV |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |