**1:16-cv-00038-HSO-BWR** United States of America et al v. Performance Accounts Receivable, LLC, et al
Halil S. Ozerden, presiding
Bradley W. Rath, referral
**Date filed:** 02/08/2016
**Date of last filing:** 04/10/2023

# Attorneys

| | | |
|---|---|---|
| **Paul Manion Anderson**<br>MCHARD, MCHARD, ANDERSON & ASSOCIATES, PLLC<br>140 Mayfair Road, Suite 1500<br>Hattiesburg, MS 39402<br>601-450-1715<br>601-450-1719 (fax)<br>manderson@mchardlaw.com<br> Assigned: 04/25/2019<br> TERMINATED: 06/23/2021 | representing | **Performance Accounts Receivable, LLC**<br>*(Defendant)* |
| | | **Performance Capital Leasing, LLC**<br>*(Defendant)* |
| | | **Wade Walters**<br># 21647-043<br><br>FCI Coleman Low<br>846 N.E. 54th Terrace<br>Sumterville, FL 33521<br>*(Defendant)*<br>PRO SE |
| **Jean Cooper Bertas**<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC - Jackson<br>One Eastover Center<br>100 Vision Drive, Suite 400<br>P. O. Box 14167 (39236-4167)<br>Jackson, MS 39211<br>601/351-2444<br>601/592-2444 (fax)<br>jbertas@bakerdonelson.com<br> Assigned: 04/05/2022<br> ATTORNEY TO BE NOTICED | representing | **Wayne Walters**<br>*(Defendant)* |
| **Carol Ann Estes Bustin**<br>BUSTIN LAW FIRM - Hattiesburg<br>6641 U.S. Highway 98, Suite 202<br>Hattiesburg, MS 39402 | representing | **Hope Thomley**<br>*TERMINATED: 06/11/2021*<br>*(Defendant)* |

601-268-6551
601-909-0499 (fax)
cbustin@netdoor.com
 Assigned: 12/13/2017
 TERMINATED: 06/11/2021
 LEAD ATTORNEY

**Michael D. Chase**
MITCHELL, MCNUTT & SAMS, PA - Tupelo
P. O. Box 7120
105 South Front Street (38804)
Tupelo, MS 38802-7120
662-842-3871
662-842-8450 (fax)
mchase@mitchellmcnutt.com
 Assigned: 10/07/2021
 TERMINATED: 11/09/2022

representing

**Watkins Ward & Stafford PLLC**
TERMINATED: 11/09/2022
*(Defendant)*

**Deidre L. Colson-Federal Gov**
U. S. ATTORNEY'S OFFICE - Gulfport
1575 20th Avenue
Gulfport, MS 39501
228-563-7266
deidre.colson@usdoj.gov
 Assigned: 02/19/2021
 LEAD ATTORNEY
 ATTORNEY TO BE NOTICED

representing

**United States of America**
*(Plaintiff)*

**Charles E. Cowan**
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
601/968-5514
601/968-5519 (fax)
cec@wisecarter.com
 Assigned: 09/02/2022
 ATTORNEY TO BE NOTICED

representing

**Sunflower Management Holding Company LLC**
*(Defendant)*

**Donald J. Blackwood, II**
*(Defendant)*

**Randall E. Day**
COPELAND, COOK, TAYLOR & BUSH, PA - Ridgeland
P. O. Box 6020
600 Concourse, Suite 200
1076 Highland Colony Parkway (39157)
Ridgeland, MS 39158-6020
601-856-7200

representing

**CAH Management Franklin Services LLC**
*(Defendant)*

Case: 3:19-cv-00091-NBB-JMV Doc #: 362-2 Filed: 05/15/23 3 of 9 PageID #: 5403

601-856-7626 (fax)
rday@cctb.com
  Assigned: 08/12/2021
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

|  |  |  |
|---|---|---|
|  |  | **Revenue Cycle Management Franklin LLC**<br>*(Defendant)* |
|  |  | **Wayne Walters**<br>*(Defendant)* |
| **Toby J. Gammill**<br>DEREK L. HALL, PC<br>370 Towne Center Blvd.<br>Ridgeland, MS 39157<br>601-202-2222<br>601-981-4717 (fax)<br>Toby@dlhattorneys.com<br>  Assigned: 07/12/2021<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Performance Accounts Receivable, LLC**<br>*(Defendant)* |
|  |  | **Performance Capital Leasing, LLC**<br>*(Defendant)* |
| **Dudley Collier Graham, Jr.**<br>WISE, CARTER, CHILD & CARAWAY, PA - Jackson<br>401 East Capitol Street, Suite 600<br>P. O. Box 651 (39205-0651)<br>Jackson, MS 39201<br>601-968-5500<br>601-944-7738 (fax)<br>dcg@wisecarter.com<br>  Assigned: 09/16/2021<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Billy Nerren Marlow , Jr.**<br>*(Defendant)* |
| **Andrew A. Hatten**<br>BRYAN NELSON, PA - Hattiesburg<br>109 Fairfield Drive<br>P. O. Drawer 18109 (39404)<br>Hattiesburg, MS 39402<br>601/261-4100<br>601/261-4106 (fax)<br>ahatten@bnlawfirm.com | representing | **Piercon, Inc.**<br>*TERMINATED: 03/21/2018*<br>*(Defendant)* |

  Assigned: 01/11/2018
  TERMINATED: 03/21/2018

| | | **Dennis L. Pierce**<br>TERMINATED: 03/21/2018<br>*(Defendant)* |
|---|---|---|

**Robert Mark Hodges**
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
601/968-5500
601/968-5519 (fax)
rmh@wisecarter.com
  Assigned: 09/02/2022
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

representing

**Sunflower Management Holding Company LLC**
*(Defendant)*

| | | **Donald J. Blackwood, II**<br>*(Defendant)* |
|---|---|---|

**Kimberly Nelson Howland**
WISE, CARTER, CHILD & CARAWAY
P. O. Box 651
Jackson, MS 39205-0651
(601) 968-5500
knh@wisecarter.com
  Assigned: 02/01/2023
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

representing

**Sunflower Management Holding Company LLC**
*(Defendant)*

**Crane D. Kipp**
WISE, CARTER, CHILD & CARAWAY, PA - Jackson
401 East Capitol Street, Suite 600
P. O. Box 651 (39205-0651)
Jackson, MS 39201
601/968-5500
601/968-5519 (fax)
cdk@wisecarter.com
  Assigned: 09/16/2021
  ATTORNEY TO BE NOTICED

representing

**Billy Nerren Marlow , Jr.**
*(Defendant)*

**Helen Virginia Kramer**
LAW OFFICE OF H. VIRGINIA KRAMER, PLLC
P. O. Box 903
106 South Archusa Ave.
Quitman, MS 39355
601/776-0108

representing

**Performance Accounts Receivable, LLC**
*(Defendant)*

| | | |
|---|---|---|
| virginia@kramerattorney.com<br>  *Assigned: 02/23/2018*<br>  *TERMINATED: 10/26/2018* | | |
| | | **Performance Capital Leasing, LLC**<br>*(Defendant)* |
| | | **Wade Walters**<br># 21647-043<br><br>FCI Coleman Low<br>846 N.E. 54th Terrace<br>Sumterville, FL 33521<br>*(Defendant)*<br>PRO SE |
| **Sidney E. Lampton**<br>WISE, CARTER, CHILD & CARAWAY, PA - Jackson<br>401 East Capitol Street, Suite 600<br>P. O. Box 651 (39205-0651)<br>Jackson, MS 39201<br>601-965-1900<br>601-965-1901 (fax)<br>slampton@watkinseager.com<br>  *Assigned: 09/16/2021*<br>  *ATTORNEY TO BE NOTICED* | representing | **Billy Nerren Marlow , Jr.**<br>*(Defendant)* |
| **Samuel S. McHard**<br>MCHARD, MCHARD, ANDERSON & ASSOCIATES, PLLC<br>140 Mayfair Road, Suite 1500<br>Hattiesburg, MS 39402<br>601/450-1715<br>601/450-1719 (fax)<br>smchard@mchardlaw.com<br>  *Assigned: 11/21/2017*<br>  *TERMINATED: 06/23/2021* | representing | **Performance Accounts Receivable, LLC**<br>*(Defendant)* |
| | | **Performance Capital Leasing, LLC**<br>*(Defendant)* |
| | | **Wade Walters**<br># 21647-043<br><br>FCI Coleman Low<br>846 N.E. 54th Terrace<br>Sumterville, FL 33521 |

|  |  |  |
|---|---|---|
|  |  | *(Defendant)*<br>PRO SE |
| **Jeffrey Scott Newton**<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC - Jackson<br>One Eastover Center<br>100 Vision Drive, Suite 400<br>P. O. Box 14167 (39236-4167)<br>Jackson, MS 39211<br>601/351-8914<br>601/351-2424 (fax)<br>snewton@bakerdonelson.com<br>  *Assigned: 12/18/2017*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Stepping Stones Healthcare, LLC**<br>*TERMINATED: 01/26/2022*<br>*(Defendant)* |
|  |  | **Clayton V. Deardorff**<br>*TERMINATED: 01/26/2022*<br>*(Defendant)* |
|  |  | **Wayne Walters**<br>*(Defendant)* |
| **Rick D. Norton**<br>BRYAN NELSON, PA - Hattiesburg<br>204 West Front Street<br>P. O. Drawer 18109 (39404)<br>Hattiesburg, MS 39401<br>601/261-4100<br>rnorton@bnlawfirm.com<br>  *Assigned: 10/18/2017*<br>  *TERMINATED: 03/21/2018* | representing | **Piercon, Inc.**<br>*TERMINATED: 03/21/2018*<br>*(Defendant)* |
|  |  | **Dennis L. Pierce**<br>*TERMINATED: 03/21/2018*<br>*(Defendant)* |
| **J. Brad Pigott**<br>PIGOTT & JOHNSON, P.A.<br>775 North Congress Street<br>Jackson, MS 39202<br>601/354-2121<br>601/354-7854 (fax)<br>bpigott@prjlawyers.com<br>  *Assigned: 02/08/2016*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Mitchell D. Monsour**<br>*(Plaintiff)* |

| | | |
|---|---|---|
| | | **Walton Stephen Vaughan**<br>*(Plaintiff)* |
| **Nicholas A. Puckett**<br>MORGAN & MORGAN, PA - Jackson<br>4450 Old Canton Road, Suite 200<br>Jackson, MS 39211-5991<br>769-209-6468<br>769-209-6568 (fax)<br>npuckett@forthepeople.com<br>  Assigned: 02/24/2021<br>  TERMINATED: 04/01/2021 | representing | **Performance Accounts Receivable, LLC**<br>*(Defendant)* |
| | | **Performance Capital Leasing, LLC**<br>*(Defendant)* |
| | | **Wade Walters**<br># 21647-043<br><br>FCI Coleman Low<br>846 N.E. 54th Terrace<br>Sumterville, FL 33521<br>*(Defendant)*<br>PRO SE |
| **Lane B. Reed**<br>MCGEHEE, MCGEHEE & TORREY<br>P. O. Box 188<br>26 South First Street<br>Meadville, MS 39653-0188<br>601/384-2343<br>601/384-5442 (fax)<br>mmtlaw@mmtlaw.net<br>  Assigned: 04/24/2018<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Franklin County Memorial Hospital**<br>*TERMINATED: 05/15/2018*<br>*(Defendant)* |
| | | **Mike Boleware**<br>*TERMINATED: 05/15/2018*<br>*(Defendant)* |
| **Laken Hanna Ryals**<br>GAMMILL LAW GROUP, PLLC<br>1911 Dunbarton Drive<br>Jackson, MS 39216<br>601-487-2300<br>601-420-2426 (fax) | representing | **Performance Accounts Receivable, LLC**<br>*(Defendant)* |

laken.hanna@ago.ms.gov
  *Assigned: 10/20/2021*
  *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Robert F. Walker**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP - Jackson<br>1400 Meadowbrook Road<br>Suite 100<br>Jackson, MS 39211<br>601-499-8077<br>601-499-8078 (fax)<br>robert.walker@wilsonelser.com<br>  *Assigned: 12/18/2017*<br>  *TERMINATED: 07/23/2019* | representing | **Stepping Stones Healthcare, LLC**<br>*TERMINATED: 01/26/2022*<br>*(Defendant)* |
| | | **Clayton V. Deardorff**<br>*TERMINATED: 01/26/2022*<br>*(Defendant)* |
| **Joseph Lott Warren**<br>BUTLER SNOW, LLP - Ridgeland<br>1020 Highland Colony Parkway<br>Ste 1400<br>Ridgeland, MS 39157<br>601-985-4456<br>601-985-4500 (fax)<br>Lott.Warren@butlersnow.com<br>  *Assigned: 04/09/2021*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Stepping Stones Healthcare, LLC**<br>*TERMINATED: 01/26/2022*<br>*(Defendant)* |
| | | **Clayton V. Deardorff**<br>*TERMINATED: 01/26/2022*<br>*(Defendant)* |
| **John G. Wheeler**<br>MITCHELL, MCNUTT & SAMS<br>P. O. Box 7120<br>Tupelo, MS 38802-7120<br>662/842-3871<br>662/842-8450 (fax)<br>jwheeler@mitchellmcnutt.com<br>  *Assigned: 07/07/2021*<br>  *TERMINATED: 11/09/2022*<br>  *LEAD ATTORNEY* | representing | **Watkins Ward & Stafford PLLC**<br>*TERMINATED: 11/09/2022*<br>*(Defendant)* |
| **William Arthur Whitehead, Jr.**<br>BRYAN NELSON, PA - Hattiesburg | representing | **Piercon, Inc.**<br>*TERMINATED: 03/21/2018* |

| | | |
|---|---|---|
| 204 West Front Street<br>P. O. Drawer 18109 (39404)<br>Hattiesburg, MS 39401<br>601-261-4100<br>601-261-4106 (fax)<br>wwhitehead@bnlawfirm.com<br> Assigned: 12/11/2017<br> TERMINATED: 03/21/2018 | | *(Defendant)* |
| | | **Dennis L. Pierce**<br>TERMINATED: 03/21/2018<br>*(Defendant)* |
| **Angela Givens Williams-Federal Gov**<br>U. S. ATTORNEY'S OFFICE - Jackson<br>501 East Court Street<br>Suite 4.430<br>Jackson, MS 39201<br>601/973-2822<br>601/965-4032 (fax)<br>Angela.Williams3@usdoj.gov<br> Assigned: 06/17/2016<br> TERMINATED: 02/19/2021 | representing | **United States of America**<br>*(Plaintiff)* |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2023 09:32:26 | | | |
| **PACER Login:** | robmcduff | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 1:16-cv-00038-HSO-BWR |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |