Summary and Detailed Listing of Akin's Vague Time Entries

|  | **Akin Vague Hours Summary** | | |
|---|---|---|---|
| Timekeeper | Time Period | Total Hours By Timekeeper | Total Fees (D.C. Rates) |
| SALCIDO | 4/19/2021 to Conclusion of Case | 33.1 | $ 25,487.00 |
| SALCIDO | Beginning to 12/14/2020 | 68 | $ 52,360.00 |
| SALCIDO | Entire Case | 154.1 | $ 118,657.00 |
| GERRY | 4/19/2021 to Conclusion of Case | 56.9 | $ 28,450.00 |
| GERRY | Beginning to 12/14/2020 | 0 | $ - |
| GERRY | Entire Case | 56.9 | $ 28,450.00 |
| CREELY | 4/19/2021 to Conclusion of Case | 0 | $ - |
| CREELY | Beginning to 12/14/2020 | 1.1 | $ 792.00 |
| CREELY | Entire Case | 1.1 | $ 792.00 |

The first two time periods conform to the alternative arguments in the Relator's memo regarding exclusion of time periods. In the first of these, Relator contends that the only time period for which Defendants should be compensated is the time after Defendant notified Relator of the CMS guidance. In the second, Relator contends alternatively that if the Court believes Relator should nevertheless have been aware of the CMS guidance, Defendants should only be compensated for the time spent prior to the denial of the motion to dismiss given that the Defendants believe the guidance was dispositive yet failed to include it in that motion.

This chart lists the number of hours from vague time entries during those time periods so they can be subtracted if the Court agrees with Relator's position on either. Further calculations regarding the hours for which Defendants should be credited under these scenarios minus these vagueness reductions and other reductions are contained at the end of the Relator's memo.

The "entire case" listing lists the number of hours that should be subtracted from the firm's total if the Court does not agree with either of these alternatives and if the defendants are awarded fees for the entirety of the litigation. That calculation is also included at the end of the Relator's memo.

## Summary and Detailed Listing of Akin's Vague Time Entries

Vague Timekeeping by Salcido

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 11/20/2019 | Reviewed case law to "redacted" | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 11/21/2019 | Reviewed case law to "redacted" | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 11/22/2019 | Participated in call. | SALCIDO,ROBERT | 0.4 | $ 770.00 | $ 308.00 |
| 11/22/2019 | Reviewed case law to "redacted" | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 11/23/2019 | Reviewed "redacted" to "redacted" | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 11/24/2019 | Reviewed "redacted" to draft section on motion to dismiss. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 11/25/2019 | Reviewed "redacted" to draft revisions to motion to dismiss. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 11/26/2019 | Reviewed "redacted" to draft section of brief | SALCIDO,ROBERT | 6.7 | $ 770.00 | $ 5,159.00 |
| 11/28/2019 | Reviewed "redacted" to draft section on motion to dimiss. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 3/11/2020 | Assessed strategy "redacted" | SALCIDO,ROBERT | 0.2 | $ 770.00 | $ 154.00 |
| 3/24/2020 | Reviewed documents realted to lawsuit "redacted". | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 3/25/2020 | Reviewed case law "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 4/8/2020 | Reviewed case law "redacted". | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 4/10/2020 | Evaluated case law "redacted" | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 4/13/2020 | Reviewed relator?s complaint "redacted". | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 4/16/2020 | Researched "redacted". | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 4/17/2020 | Reviewed "redacted" to evaluate "redacted". | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 4/18/2020 | Reviewed case law "redacted". | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 6/4/2020 | Reviewed documents received "redacted". | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 6/5/2020 | Review Documents "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 6/6/2020 | Review case law "redacted". | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 6/8/2020 | Drafted communication to client regarding "redacted" | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 6/8/2020 | Review case law "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 7/22/2020 | Reviewed documents "redacted". | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 8/19/2020 | Reviewed case law to "redacted". | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 8/20/2020 | Reviewed communications "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 8/21/2020 | Reviewed communications "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 11/17/2020 | Participated in call regarding "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 12/3/2020 | Reviewed "redacted" to evaluate "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 12/8/2020 | Evaluated case law related to "redacted". | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 12/14/2020 | Evaluated strategy "redacted". | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 12/15/2020 | Evaluated strategy "redacted". | SALCIDO,ROBERT | 0.8 | $ 770.00 | $ 616.00 |
| 1/2/2021 | Reviewed relator?s documents to draft "redacted". | SALCIDO,ROBERT | 3 | $ 770.00 | $ 2,310.00 |

Summary and Detailed Listing of Akin's Vague Time Entries

Vague Timekeeping by Salcido

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 1/9/2021 | Drafted "redacted" outline regarding "redacted". | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 1/11/2021 | Drafted "redacted". | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 1/11/2021 | Revised Answer "redacted". | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 1/12/2021 | Drafted outline for "redacted". | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 1/15/2021 | Reviewed case law regarding "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 1/17/2021 | Reviewed allegations to assess "redacted". | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 1/18/2021 | Reviewed Relator?s briefing to evaluate "redacted". | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 1/19/2021 | Reviewed "redacted" case law to evaluate "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 1/20/2021 | Reviewed "redacted" case law to evaluate "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 1/22/2021 | Drafted "redacted" memos. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 1/23/2021 | Reviewed documents to provide an outline "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 1/24/2021 | Drafted "redacted" outline "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 1/25/2021 | Drafted outline for "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 1/27/2021 | Reviewed documents to "redacted". | SALCIDO,ROBERT | 0.4 | $ 770.00 | $ 308.00 |
| 1/27/2021 | Drafted "redacted" outline "redacted". | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 1/30/2021 | Drafted outline of "redacted". | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 1/31/2021 | Drafted outline "redacted". | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 2/1/2021 | Drafted "redacted" outine regarding "redacted". | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 2/1/2021 | Reviewed documents produced to draft "redacted" outline. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 2/2/2021 | Reviewed documents associated with "redacted" to prepare "redacted". | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 2/2/2021 | Drafted "redacted" outline. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 2/19/2021 | Participated in call with co-counsel and client regarding "redacted". | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 3/1/2021 | Drafted summary of case law regarding "redacted". | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 3/2/2021 | Evaluated arguments "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 3/3/2021 | Participated in "redacted" session. | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 3/3/2021 | Reviewed documents to prepare "redacted" session "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 3/19/2021 | Participated in call with client regarding "redacted". | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 3/19/2021 | Prepared for call with client and co-counsel regarding "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 4/21/2021 | Prepared "redacted". | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 4/22/2021 | Prepared "redacted". | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 4/26/2021 | Prepared "redacted". | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 4/27/2021 | Reviewed documents to prepare "redacted". | SALCIDO,ROBERT | 3.6 | $ 770.00 | $ 2,772.00 |
| 4/29/2021 | Prepared for "redacted" by reading "redacted" documents. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |

# Summary and Detailed Listing of Akin's Vague Time Entries

## Vague Timekeeping by Salcido

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 4/29/2021 | Participated in "redacted" call. | SALCIDO,ROBERT | 1 | $ 770.00 | $ 770.00 |
| 5/27/2021 | Reviewed case law to assess "redacted". | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 5/27/2021 | Reviewed case law to assess "redacted". | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 6/16/2021 | Participated in call regarding "redacted". | SALCIDO,ROBERT | 0.6 | $ 770.00 | $ 462.00 |
| 6/24/2021 | Reviewed legal basis to challenge "redacted". | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 6/26/2021 | Reviewed case law to evaluate "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 6/27/2021 | Drafted communication to co-counsel regarding "redacted". | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 6/27/2021 | Evaluated strategy to pursue regarding "redacted". | SALCIDO,ROBERT | 0.4 | $ 770.00 | $ 308.00 |
| 6/28/2021 | Reviewed prior filings and case law to assess "redacted". | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 7/1/2021 | Reviewed case law to evaluate "redacted". | SALCIDO,ROBERT | 2 | $ 770.00 | $ 1,540.00 |
| 7/15/2021 | Evaluated court order to evaluate "redacted". | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 1/25/2021 | Reviewed documents produced to "redacted". | SALCIDO,ROBERT | 2.2 | $ 770.00 | $ 1,694.00 |
| | | Totals: | 154.1 | | $ 118,657.00 |

Summary and Detailed Listing of Akin's Vague Time Entries

Vague Timekeeping by Gerry

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 5/7/2021 | Research "redacted" precedent on "redacted". | GERRY,EMILY | 1.8 | $ 500.00 | $ 900.00 |
| 5/19/2021 | Review case law on "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |
| 5/20/2021 | Draft argument "redacted". | GERRY,EMILY | 1.9 | $ 500.00 | $ 950.00 |
| 5/20/2021 | Research case law on "redacted". | GERRY,EMILY | 0.9 | $ 500.00 | $ 450.00 |
| 5/21/2021 | Draft argument on "redacted". | GERRY,EMILY | 2 | $ 500.00 | $ 1,000.00 |
| 5/24/2021 | Research "redacted". | GERRY,EMILY | 0.5 | $ 500.00 | $ 250.00 |
| 5/24/2021 | Research "redacted". | GERRY,EMILY | 0.4 | $ 500.00 | $ 200.00 |
| 5/24/2021 | Research "redacted" cases regarding "redacted". | GERRY,EMILY | 0.7 | $ 500.00 | $ 350.00 |
| 5/24/2021 | Research "redacted" cases on "redacted". | GERRY,EMILY | 0.6 | $ 500.00 | $ 300.00 |
| 5/25/2021 | Research "redacted" cases on "redacted". | GERRY,EMILY | 0.1 | $ 500.00 | $ 50.00 |
| 5/25/2021 | Research "redacted" cases regarding "redacted". | GERRY,EMILY | 0.3 | $ 500.00 | $ 150.00 |
| 5/25/2021 | Research 'redacted". | GERRY,EMILY | 0.6 | $ 500.00 | $ 300.00 |
| 5/25/2021 | Research "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |
| 5/26/2021 | Research "redacted" citations for "redacted". | GERRY,EMILY | 2 | $ 500.00 | $ 1,000.00 |
| 5/27/2021 | Research case law around "redacted". | GERRY,EMILY | 1.5 | $ 500.00 | $ 750.00 |
| 5/28/2021 | Research case law on "redacted". | GERRY,EMILY | 2.5 | $ 500.00 | $ 1,250.00 |
| 5/29/2021 | Research case law on "redacted". | GERRY,EMILY | 2.3 | $ 500.00 | $ 1,150.00 |
| 5/30/2021 | Research case law on "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |
| 5/31/2021 | Research "redacted". | GERRY,EMILY | 1.8 | $ 500.00 | $ 900.00 |
| 5/31/2021 | Research "redacted". | GERRY,EMILY | 1.9 | $ 500.00 | $ 950.00 |
| 7/1/2021 | Conference with R. Salcido re "redacted". | GERRY,EMILY | 0.6 | $ 500.00 | $ 300.00 |
| 7/1/2021 | Research "redacted" case law regarding "redacted". | GERRY,EMILY | 1.4 | $ 500.00 | $ 700.00 |
| 7/2/2021 | Research "redacted" case law re "redacted". | GERRY,EMILY | 5.5 | $ 500.00 | $ 2,750.00 |
| 7/3/2021 | Research "redacted" case law re" Redacted"s. | GERRY,EMILY | 2.6 | $ 500.00 | $ 1,300.00 |
| 7/4/2021 | Research "redacted" case law re" Redacted". | GERRY,EMILY | 4.1 | $ 500.00 | $ 2,050.00 |
| 8/13/2021 | Locate "redacted" records "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |

Summary and Detailed Listing of Akin's Vague Time Entries

Vague Timekeeping by Gerry

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/24/2022 | Draft exhibits to response to objection to costs (2.6). Revise response to objection to costs (0.6). **Review "redacted" (0.6). Follow up with Accounting re "redacted" (0.5)**. Revise exhibits to response to objection to costs (3.0). Teleconference with R. Salcido re revising exhibits to response to objection to costs (0.8). Teleconference with R. Salcido re revision to response to objection to costs (0.1 ). | GERRY,EMILY | 1.1 | $ 500.00 | $ 550.00 |
| 5/13/2022 | Research "redacted" case law on "redacted". | GERRY,EMILY | 4.4 | $ 500.00 | $ 2,200.00 |
| 5/16/2022 | Research "redacted" case law on "redacted". | GERRY,EMILY | 2.5 | $ 500.00 | $ 1,250.00 |
| 5/18/2022 | Research "redacted" case law on "redacted". | GERRY,EMILY | 3 | $ 500.00 | $ 1,500.00 |
| 5/19/2022 | **Research "redacted" case law on "redacted" (3.5)**. Teleconference with R. Salcido re response to objection to costs (0.5). Draft response to objection to costs ( 1.9). | GERRY,EMILY | 3.5 | $ 500.00 | $ 1,750.00 |
| | | Totals: | 56.9 | | $ 28,450.00 |

Summary and Detailed Listing of Akin's Vague Time Entries

Vague Timekeeping by Creely

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 1/27/2020 | Analysis regarding potential grounds for "redacted". | CREELY, CATHERINE | 0.4 | $ 720.00 | $ 288.00 |
| 2/14/2020 | Develop arguments for "redacted". | CREELY, CATHERINE | 0.7 | $ 720.00 | $ 504.00 |
| | | Totals: | 1.1 | | $ 792.00 |