Summary and Detailed Listing of McNutt's Vague Time Entries

| Mitchell McNutt Vague Hours Summary | | |
|---|---|---|
| Time Period | Total Hours | Total Fees (MS Rates) |
| Beginning to 12/14/2020 | 68.2 | $ 8,392.20 |
| 4/19/21 to Conclusion of Case | 63.6 | $ 11,430.00 |
| Enitre Case | 173 | $ 26,489.20 |
| | | |

The first two time periods conform to the alternative arguments in the Relator's memo regarding exclusion of time periods. In the first of these, Relator contends that the only time period for which Defendants should be compensated is the time after Defendant notified Relator of the CMS guidance.   In the second, Relator contends alternatively that if the Court believes Relator should nevertheless have been aware of the CMS guidance, Defendants should only be compensated for the time spent prior to the denial of the motion to dismiss given that the Defendants believe the guidance was dispositive yet failed to include it in that motion.

This chart lists the number of hours from vague time entries during those time periods so they can be subtracted if the Court agrees with Relator's position on either.  Further calculations regarding the hours for which Defendants should be credited under these scenarios minus these vagueness reductions and other reductions are contained at the end of the Relator's memo.

The "entire case" listing lists the number of hours that should be subtracted from the firm's total if the Court does not agree with either of these alternatives and if the defendants are awarded fees for the entirety of the litigation.  That calculation is also included at the end of the Relator's memo.

Summary and Detailed Listing of McNutt's Vague Time Entries

Mitchell McNutt Vague Hours

| Date | Narrative | Timekeeper | Units | Rate | Total |
|------|-----------|------------|-------|------|-------|
| 11/14/2019 | Work on qui tam suit | Dillard, Sr., L. Bradley | 1.3 | $ 160.00 | $ 208.00 |
| 11/20/2019 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 0.8 | $ 160.00 | $ 128.00 |
| 11/20/2019 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 0.6 | $ 160.00 | $ 96.00 |
| 11/20/2019 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 3.3 | $ 160.00 | $ 528.00 |
| 11/21/2019 | Work on analysis of "redacted" | Dillard, Sr., L. Bradley | 2.2 | $ 160.00 | $ 352.00 |
| 11/22/2019 | Analyze "redacted". | Dillard, Sr., L. Bradley | 0.3 | $ 160.00 | $ 48.00 |
| 12/2/2019 | Work on Serengeti report | Dillard, Sr., L. Bradley | 0.2 | $ 160.00 | $ 32.00 |
| 12/3/2019 | Work on "redacted" on Salccido, North | Dillard, Sr., L. Bradley | 0.4 | $ 160.00 | $ 64.00 |
| 12/5/2019 | Work on "redacted" issue | Dillard, Sr., L. Bradley | 0.3 | $ 160.00 | $ 48.00 |
| 12/6/2019 | Work on "redacted" issues | Dillard, Sr., L. Bradley | 0.3 | $ 160.00 | $ 48.00 |
| 12/11/2019 | Work on "redacted" issues | Dillard, Sr., L. Bradley | 0.4 | $ 160.00 | $ 64.00 |
| 12/12/2019 | Work on "redacted" issues | Dillard, Sr., L. Bradley | 0.9 | $ 160.00 | $ 144.00 |
| 12/12/2019 | Work on "redacted" issues | Dillard, Sr., L. Bradley | 0.9 | $ 160.00 | $ 144.00 |
| 12/13/2019 | Receipt and review of Lily North pro hac application and material | Dillard, Sr., L. Bradley | 0.2 | $ 160.00 | $ 32.00 |
| 12/30/2019 | Analysis of "redacted" | Burgess, Casey N | 1.6 | $ 160.00 | $ 256.00 |
| 1/14/2020 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 0.2 | $ 160.00 | $ 32.00 |
| 1/15/2019 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 0.3 | $ 160.00 | $ 48.00 |
| 1/27/2019 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 0.9 | $ 160.00 | $ 144.00 |
| 2/3/2020 | Work on "redacted" issue | Dillard, Sr., L. Bradley | 0.8 | $ 160.00 | $ 128.00 |
| 2/4/2020 | Work on "redacted" | Dillard, Sr., L. Bradley | 0.9 | $ 160.00 | $ 144.00 |
| 2/4/2020 | Work on "redacted" | Dillard, Sr., L. Bradley | 0.7 | $ 160.00 | $ 112.00 |
| 2/6/2020 | Work on "redacted" issue | Dillard, Sr., L. Bradley | 0.3 | $ 160.00 | $ 48.00 |
| 2/13/2020 | Work on "redacted" issue | Dillard, Sr., L. Bradley | 0.4 | $ 160.00 | $ 64.00 |
| 2/13/2020 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 0.6 | $ 160.00 | $ 96.00 |
| 2/20/2020 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 1.2 | $ 160.00 | $ 192.00 |
| 2/20/2020 | Research "redacted" | Burgess, Casey N | 2.6 | $ 67.00 | $ 174.20 |
| 2/20/2020 | Research "redacted" | Burgess, Casey N | 2.1 | $ 67.00 | $ 140.70 |
| 3/4/2020 | Receipt and analysis of "redacted" | Dillard, Sr., L. Bradley | 0.3 | $ 160.00 | $ 48.00 |
| 3/12/2020 | Analysis of "redacted" | Dillard, Sr., L. Bradley | 0.3 | $ 160.00 | $ 48.00 |
| 4/4/2020 | Email to Robert Salcido regarding "redacted" issues | Armistead, Sr., William G. | 0.2 | $ 160.00 | $ 32.00 |
| 4/13/2020 | Update Serengeti status report | Burgess, Casey N | 0.3 | $ 67.00 | $ 20.10 |
| 4/22/2020 | Research T"redacted". | Burgess, Casey N | 2.2 | $ 67.00 | $ 147.40 |
| 4/22/2020 | Research and analyze note o"redacted"r"redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 160.00 | $ 48.00 |

## Summary and Detailed Listing of McNutt's Vague Time Entries

Mitchell McNutt Vague Hours

| Date | Narrative | Timekeeper | Units | Rate | Total |
|------|-----------|-----------|-------|------|-------|
| 4/24/2020 | Research and analysis of "redacted" | Burgess, Casey N | 1.2 | $ 67.00 | $ 80.40 |
| 4/24/2020 | Research and analysis of "redacted" | Burgess, Casey N | 1.7 | $ 67.00 | $ 113.90 |
| 4/27/2020 | Analysis of "redacted" | Burgess, Casey N | 3.8 | $ 67.00 | $ 254.60 |
| 5/1/2020 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.2 | $ 160.00 | $ 32.00 |
| 5/11/2020 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 160.00 | $ 48.00 |
| 5/20/2020 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 160.00 | $ 48.00 |
| 6/3/2020 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 160.00 | $ 48.00 |
| 6/12/2020 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 160.00 | $ 48.00 |
| 6/23/2020 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.5 | $ 160.00 | $ 80.00 |
| 6/25/2020 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.6 | $ 160.00 | $ 96.00 |
| 7/1/2020 | Read and analysis "redacted" | Gratz, Mary Margaret Sams | 0.2 | $ 160.00 | $ 32.00 |
| 8/17/2020 | Review and analyze "redacted" | Gratz, Mary Margaret Sams | 1.6 | $ 160.00 | $ 256.00 |
| 8/17/2020 | Review and analyze "redacted" | Gratz, Mary Margaret Sams | 1.1 | $ 160.00 | $ 176.00 |
| 8/20/2020 | Read and analyze "redacted"n "readcated" | Gratz, Mary Margaret Sams | 2.5 | $ 160.00 | $ 400.00 |
| 8/25/2020 | Analysis of "redacted" | Burgess, Casey N | 2.9 | $ 67.00 | $ 194.30 |
| 8/26/2020 | Continue analysis of documents | Burgess, Casey N | 4.1 | $ 67.00 | $ 274.70 |
| 9/11/2020 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.5 | $ 160.00 | $ 80.00 |
| 9/16/2020 | Analysis of e"redacted" | Burgess, Casey N | 2.2 | $ 67.00 | $ 147.40 |
| 9/17/2020 | Research "redacted" s "redacted" | Burgess, Casey N | 0.9 | $ 67.00 | $ 60.30 |
| 10/5/2020 | Review and analysis of "redacted" | Gratz, Mary Margaret Sams | 3.3 | $ 160.00 | $ 528.00 |
| 10/8/2020 | Research firm database for "redacted" | Burgess, Casey N | 1.9 | $ 67.00 | $ 127.30 |
| 10/12/2020 | Receive, read and analyze "redacted" | Gratz, Mary Margaret Sams | 1.4 | $ 160.00 | $ 224.00 |
| 10/14/2020 | Read and analysis of documents "redacted" | Gratz, Mary Margaret Sams | 1.4 | $ 160.00 | $ 224.00 |
| 10/14/2020 | Read and analysis of documents "redacted" | Gratz, Mary Margaret Sams | 0.6 | $ 160.00 | $ 96.00 |
| 10/26/2020 | Read and analyze document "redacted" | Gratz, Mary Margaret Sams | 0.4 | $ 160.00 | $ 64.00 |
| 10/30/2020 | Attempt to contact "redacted" | Burgess, Casey N | 0.1 | $ 67.00 | $ 6.70 |
| 10/30/2020 | Telephone call to "redacted" | Burgess, Casey N | 0.1 | $ 67.00 | $ 6.70 |
| 10/30/2020 | Telephone call with "redacted" | Burgess, Casey N | 0.3 | $ 67.00 | $ 20.10 |
| 10/30/2020 | Telephone call to "redacted" | Burgess, Casey N | 0.1 | $ 67.00 | $ 6.70 |
| 10/30/2020 | Telephone call to "redacted" | Burgess, Casey N | 0.1 | $ 67.00 | $ 6.70 |
| 11/2/2020 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.6 | $ 160.00 | $ 96.00 |
| 11/3/2020 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.5 | $ 160.00 | $ 80.00 |
| 11/4/2020 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 160.00 | $ 48.00 |

Summary and Detailed Listing of McNutt's Vague Time Entries

Mitchell McNutt Vague Hours

| Date | Narrative | Timekeeper | Units | Rate | Total |
|------|-----------|-----------|-------|------|-------|
| 11/17/2020 | Analysis of "redacted" | Gratz, Mary Margaret Sams | 1.3 | $ 160.00 | $ 208.00 |
| 11/24/2020 | Reviewed and analyzed "redacted" | Burch, Amanda L. | 0.3 | $ 140.00 | $ 42.00 |
| 11/30/2020 | Research (continued) "redacted" | Burch, Amanda L. | 2 | $ 140.00 | $ 280.00 |
| 12/21/2020 | Analysis of "redacted" | Burgess, Casey N | 2.7 | $ 90.00 | $ 243.00 |
| 12/28/2020 | Study spreadsheet "redacted" | Gratz, Mary Margaret Sams | 0.4 | $ 200.00 | $ 80.00 |
| 1/18/2021 | Analysis of documents "redacted" | Burgess, Casey N | 2.4 | $ 90.00 | $ 216.00 |
| 2/2/2021 | Prepare notes regarding team conference call | Burgess, Casey N | 0.9 | $ 90.00 | $ 81.00 |
| 2/5/2021 | Continue work on documents related by Relator | Burgess, Casey N | 2.1 | $ 90.00 | $ 189.00 |
| 2/15/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.8 | $ 200.00 | $ 360.00 |
| 2/16/2021 | Read and analyze a"redacted" | Gratz, Mary Margaret Sams | 5.2 | $ 200.00 | $ 1,040.00 |
| 2/19/2021 | Participation in team conference call | Burgess, Casey N | 1 | $ 90.00 | $ 90.00 |
| 2/26/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.4 | $ 200.00 | $ 280.00 |
| 3/1/2021 | Research "redacted" | Gratz, Mary Margaret Sams | 2.9 | $ 200.00 | $ 580.00 |
| 3/5/2021 | Researched "redacted")"redacted" | Burch, Amanda L. | 0.3 | $ 160.00 | $ 48.00 |
| 3/6/2021 | Read and analyze s"redacted" | Gratz, Mary Margaret Sams | 2.2 | $ 200.00 | $ 440.00 |
| 3/6/2021 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 2.8 | $ 200.00 | $ 560.00 |
| 3/9/2021 | Review and analyze "redacted" | Gratz, Mary Margaret Sams | 1.6 | $ 200.00 | $ 320.00 |
| 3/12/2021 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.7 | $ 200.00 | $ 140.00 |
| 3/12/2021 | Research "redacted" | Burgess, Casey N | 4 | $ 90.00 | $ 360.00 |
| 3/15/2021 | Receive, read and analyze s"redacted" | Gratz, Mary Margaret Sams | 0.5 | $ 200.00 | $ 100.00 |
| 3/21/2021 | Receive, read and analyze "redacted" | Gratz, Mary Margaret Sams | 0.6 | $ 200.00 | $ 120.00 |
| 3/16/2021 | Reviewed and analyzed "redacted" | Burch, Amanda L. | 1.5 | $ 160.00 | $ 240.00 |
| 3/16/2021 | Research "redacted" | Burch, Amanda L. | 1.5 | $ 160.00 | $ 240.00 |
| 3/23/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.9 | $ 200.00 | $ 180.00 |
| 3/23/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.9 | $ 200.00 | $ 180.00 |
| 3/23/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.8 | $ 200.00 | $ 160.00 |
| 3/30/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.5 | $ 200.00 | $ 100.00 |
| 3/31/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 200.00 | $ 60.00 |
| 4/13/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.5 | $ 200.00 | $ 100.00 |
| 4/14/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.8 | $ 200.00 | $ 160.00 |
| 5/3/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.1 | $ 200.00 | $ 220.00 |
| 5/6/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 2.2 | $ 200.00 | $ 440.00 |

Summary and Detailed Listing of McNutt's Vague Time Entries

Mitchell McNutt Vague Hours

| Date | Narrative | Timekeeper | Units | Rate | Total |
|---|---|---|---|---|---|
| 5/7/2021 | Researched, reviewed, and analyzed "redacted"i"redacted" | Burch, Amanda L. | 1 | $ 160.00 | $ 160.00 |
| 5/10/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 3.2 | $ 200.00 | $ 640.00 |
| 5/10/2021 | Researched,reviewed, and analyzed "redacted" | Burch, Amanda L. | 2 | $ 160.00 | $ 320.00 |
| 5/10/2021 | Researched, reviewed, and analyzed "redacted" | Burch, Amanda L. | 1 | $ 160.00 | $ 160.00 |
| 5/10/2021 | Researched, reviewed, and analyzed "redacted" | Burch, Amanda L. | 1.5 | $ 160.00 | $ 240.00 |
| 5/11/2021 | Researched, reviewed, and analyzed "redacted" | Burch, Amanda L. | 2.5 | $ 160.00 | $ 400.00 |
| 5/11/2021 | Researched, reviewed, and analyzed "redacted"f | Burch, Amanda L. | 0.7 | $ 160.00 | $ 112.00 |
| 5/11/2021 | Researched, reviewed, and analyzed "redacted" | Gratz, Mary Margaret Sams | 1.5 | $ 200.00 | $ 300.00 |
| 5/14/2021 | Researched, reviewed, and analyze a"redacted" | Burch, Amanda L. | 1.8 | $ 160.00 | $ 288.00 |
| 5/14/2021 | Reviewed and analyze "redacted" | Burch, Amanda L. | 1.2 | $ 160.00 | $ 192.00 |
| 5/15/2021 | Read, analyze and study "redacted" | Gratz, Mary Margaret Sams | 4.2 | $ 200.00 | $ 840.00 |
| 5/15/2021 | Read, analyze and study "redacted" | Gratz, Mary Margaret Sams | 1.2 | $ 200.00 | $ 240.00 |
| 5/17/2021 | Reviewed and analyzed "redacted" | Burch, Amanda L. | 1 | $ 160.00 | $ 160.00 |
| 5/17/2021 | Researched, reviewed, and analyze a"redacted" | Burch, Amanda L. | 0.8 | $ 160.00 | $ 128.00 |
| 5/17/2021 | Researched, reviewed, and analyze a"redacted" | Burch, Amanda L. | 1.2 | $ 160.00 | $ 192.00 |
| 5/26/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 200.00 | $ 60.00 |
| 5/27/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.1 | $ 200.00 | $ 220.00 |
| 5/27/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 2.5 | $ 200.00 | $ 500.00 |
| 5/27/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.3 | $ 200.00 | $ 260.00 |
| 5/28/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.1 | $ 200.00 | $ 220.00 |
| 5/28/2021 | Read and analysis o"redacted" | Gratz, Mary Margaret Sams | 1.8 | $ 200.00 | $ 360.00 |
| 6/2/2021 | Analysis "redacted" | Gratz, Mary Margaret Sams | 2.2 | $ 200.00 | $ 440.00 |
| 6/3/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.1 | $ 200.00 | $ 220.00 |
| 6/12/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 2.2 | $ 200.00 | $ 440.00 |
| 6/28/2021 | Review and analyze "redacted" | Gratz, Mary Margaret Sams | 3.2 | $ 200.00 | $ 640.00 |
| 6/28/2021 | Finalize review and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.1 | $ 200.00 | $ 220.00 |
| 6/29/2021 | Research documentation relating to "redacted" | Burgess, Casey N | 2 | $ 90.00 | $ 180.00 |
| 7/1/2021 | Read and analysis o"redacted" | Gratz, Mary Margaret Sams | 1.3 | $ 200.00 | $ 260.00 |
| 7/6/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.1 | $ 200.00 | $ 220.00 |
| 8/4/2021 | Read and analysis of R"redacted" | Gratz, Mary Margaret Sams | 1.3 | $ 200.00 | $ 260.00 |
| 8/9/2021 | Analysis of f"redacted"r"redacted" | Burgess, Casey N | 1.1 | $ 90.00 | $ 99.00 |
| 8/10/2021 | Review and analysis "redacted"a"redacted" | Burch, Amanda L. | 0.4 | $ 160.00 | $ 64.00 |

Summary and Detailed Listing of McNutt's Vague Time Entries

Mitchell McNutt Vague Hours

| Date | Narrative | Timekeeper | Units | Rate | Total |
|------|-----------|------------|-------|------|-------|
| 8/10/2021 | Review and analysis "redacted"l"redacted" | Burch, Amanda L. | 0.5 | $ 160.00 | $ 80.00 |
| 8/11/2021 | Review and analysis o"redacted" | Burch, Amanda L. | 0.3 | $ 160.00 | $ 48.00 |
| 8/11/2021 | Review and analysis of P"redacted" | Burch, Amanda L. | 0.3 | $ 160.00 | $ 48.00 |
| 8/11/2021 | Review and analysis of "redacted" | Burch, Amanda L. | 0.3 | $ 160.00 | $ 48.00 |
| 8/11/2021 | Review and analysis o"redacted" | Burch, Amanda L. | 0.3 | $ 160.00 | $ 48.00 |
| 8/11/2021 | Review and analysis of "redacted" | Burch, Amanda L. | 0.3 | $ 160.00 | $ 48.00 |
| 8/11/2021 | Review and analysis of "redacted" | Burch, Amanda L. | 0.3 | $ 160.00 | $ 48.00 |
| 8/12/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.3 | $ 200.00 | $ 60.00 |
| 8/24/2021 | Read and analyze "redacted" | Gratz, Mary Margaret Sams | 1.2 | $ 200.00 | $ 240.00 |
| 8/24/2021 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.8 | $ 200.00 | $ 160.00 |
| 2/18/2022 | Analyze "redacted" and email to Margaret Gratz regarding same | Burgess, Casey N | 0.4 | $ 90.00 | $ 36.00 |
| 4/5/2022 | Work on obtaining and analyzing e"redacted" | Burgess, Casey N | 1.9 | $ 90.00 | $ 171.00 |
| 5/4/2022 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 1.2 | $ 200.00 | $ 240.00 |
| 5/10/2022 | Read and analysis "redacted" | Gratz, Mary Margaret Sams | 0.8 | $ 200.00 | $ 160.00 |
| 5/25/2022 | Read and analysis of "redacted"n | Gratz, Mary Margaret Sams | 0.9 | $ 200.00 | $ 180.00 |
| 12/7/2022 | Read and analysis of "redacted" | Gratz, Mary Margaret Sams | 0.6 | $ 200.00 | $ 120.00 |
| | | **Totals:** | **173** | | **$ 26,489.20** |

Summary and Detailed Listing of McNutt's Vague Time Entries

| | Vague Hours Where Rate and Units Are Redacted | | | | |
|---|---|---|---|---|---|
| Date | Narrative | Timekeeper | Units | MS Rate | Total |
| 10/30/2020 | Telephone call to "redacted" | Burgess, Casey N | "redacted" | "redacted" | "redacted" |
| 5/12/2021 | Research case law "redacted" | Gratz, Mary Margaret Sams | "redacted" | "redacted" | "redacted" |