Duplicative Deposition Coverage

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 3/4/2021 | Participated in defending deposition of witness. | SALCIDO,ROBERT | 7 | $ 770.00 | $ 5,390.00 |
| 3/4/2021 | Attend and defend deposition of Cyndi Dughetti | *Gratz, Mary Margaret Sams | 8 | $200.00 | $1,600.00 |
| 3/5/2021 | Participated in defending Rule 30(b)(6) deposition. | SALCIDO,ROBERT | 6.2 | $ 770.00 | $ 4,774.00 |
| 3/5/2021 | Attend and defend 30(b)(6) deposition of GGNSC Southaven, LLC | *Gratz, Mary Margaret Sams | 6.5 | $200.00 | $1,300.00 |
| 3/16/2021 | Participated in defending Rule 30(b)(6) deposition. | SALCIDO,ROBERT | 5.4 | $ 770.00 | $ 4,158.00 |
| 3/16/2021 | Attend and defend deposition of Kynda Almfety as 30(b)(6) representative for GGNSC Administrative Services and fo GGNSC Clinical Services and Southaven, LLC on selected topics | *Gratz, Mary Margaret Sams | 5.6 | $200.00 | $1,120.00 |
| 4/6/2021 | Participated in taking deposition of Relator?s expert. | *SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 4/6/2021 | Attend and participate in deposition of plaintiff's expert, Scott Mertie | Gratz, Mary Margaret Sams | 2.3 | $200.00 | $460.00 |
| 4/9/2021 | Participated in deposition of relator?s expert witness. | *SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 4/9/2021 | Attend and participate in deposition of Dan West | Gratz, Mary Margaret Sams | 3 | $200.00 | $600.00 |
| 4/12/2021 | Deposed relator?s expert. | *SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |

Duplicative Deposition Coverage

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 4/12/2021 | Attend and participate in deposition of Ms. Mwakipake, expert for realtor | Gratz, Mary Margaret Sams | 5.5 | $200.00 | $1,100.00 |
| 4/23/2021 | Participated in defending expert's deposition. | *SALCIDO,ROBERT | 4.5 | $ 770.00 | $ 3,465.00 |
| 4/23/2021 | Attend and participate in deposition of Shane Hariel | Gratz, Mary Margaret Sams | 5 | $200.00 | $1,000.00 |
| 4/28/2021 | Participated in defending expert deposition. | *SALCIDO,ROBERT | 4.8 | $ 770.00 | $ 3,696.00 |
| 4/28/2021 | Attend and participate in deposition of expert Rick Harris | Gratz, Mary Margaret Sams | 3 | $200.00 | $600.00 |
| 4/30/2021 | Defended expert witness deposition. | *SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 4/30/2021 | Attend and participate in deposition of Bob Lane | Gratz, Mary Margaret Sams | 2.7 | $200.00 | $540.00 |
| | | | | | |
| | * - Attorney who took or defended deposition. | **Duplicative Hours to Exclude from Salcido Total (D.C. Rates)** | 18.6 | | $ 14,322.00 |
| | | **Duplicative Hours to Exclude from Gratz Total (MS Rates)** | 21.5 | | $4,300.00 |