Time Keepers Not Mentioned in Salcido Affidavit

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL (DC Rates) |
|---|---|---|---|---|---|
| 12/23/2020 | Reviewed court filings; draft answer to second amended complaint. | BLOCK,SAMANTHA | 6.7 | $ 520.00 | $ 3,484.00 |
| 12/24/2020 | Reviewed court filings ; draft answer to second amended complaint | BLOCK,SAMANTHA | 1.5 | $ 520.00 | $ 780.00 |
| 12/26/2020 | Draft answer to second amended complaint. | BLOCK,SAMANTHA | 0.3 | $ 520.00 | $ 156.00 |
| 3/17/2021 | Call with M. McDonald to discuss subpoena. | BLOCK,SAMANTHA | 0.2 | $ 520.00 | $ 104.00 |
| 3/17/2021 | Draft subpoena. | BLOCK,SAMANTHA | 1.3 | $ 520.00 | $ 676.00 |
| 3/17/2021 | Research "redacted". | BLOCK,SAMANTHA | 0.5 | $ 520.00 | $ 260.00 |
| 1/4/2021 | Email correspondence with R. Salcido opining on "redacted". | CLEARY,KELLY | 0.8 | $ 770.00 | $ 616.00 |
| 1/4/2021 | Reviewed produced documents to draft deposition outline. | CLEARY,KELLY | 2.6 | $ 770.00 | $ 2,002.00 |
| 6/2/2021 | Confer with E. Gerry regarding brief re relator's expert witness. | CLEARY,KELLY | 0.4 | $ 770.00 | $ 308.00 |
| 1/31/2020 | Related research re: "redacted" | GRAVER DANIEL | 0.2 | $ 720.00 | $ 144.00 |
| 1/31/2020 | Analysis of "redacted" per R. Salcido. | GRAVER, DANIEL | 0.3 | $ 720.00 | $ 216.00 |
| 2/3/2020 | Draft summary of analysis and response to "redacted" | GRAVER, DANIEL | 0.8 | $ 720.00 | $ 576.00 |
| 2/3/2020 | Related research re "redacted" | GRAVER, DANIEL | 1.1 | $ 720.00 | $ 792.00 |
| 2/3/2020 | Communicate with R. Salcido re: same. | GRAVER, DANIEL | 0.3 | $ 720.00 | $ 216.00 |
| 7/13/2022 | Strategize with E. Gerry over record excerpts. | LOVELAND,KRISTINE | 0.4 | $ 770.00 | $ 308.00 |
| 3/21/2021 | Revise and edit same. | RICHARDS,JILLIE | 0.5 | $ 495.00 | $ 247.50 |
| 3/21/2021 | Conduct research regarding DOJ subpoena. | RICHARDS,JILLIE | 0.4 | $ 495.00 | $ 198.00 |
| 3/22/2021 | Revise and edit subpoena to DOJ. | RICHARDS,JILLIE | 0.3 | $ 495.00 | $ 148.50 |
| 3/22/2021 | Review rules relevant to same. | RICHARDS,JILLIE | 0.1 | $ 495.00 | $ 49.50 |
| 3/23/2021 | Review rules relevant to same. | RICHARDS,JILLIE | 0.5 | $ 495.00 | $ 247.50 |
| 3/23/2021 | Revise and edit subpoena. | RICHARDS,JILLIE | 0.9 | $ 495.00 | $ 445.50 |
| 3/23/2021 | Draft letter to DOJ regarding Touhy subpoena. | RICHARDS,JILLIE | 0.7 | $ 495.00 | $ 346.50 |
| 3/25/2021 | Revise same. | RICHARDS,JILLIE | 0.6 | $ 495.00 | $ 297.00 |
| 3/25/2021 | Review procedure for subpoena to DOJ. | RICHARDS,JILLIE | 0.2 | $ 495.00 | $ 99.00 |
| 12/4/2019 | Review and revise motion to dismiss. | SLAVIN, RISA | 2 | $ 280.00 | $ 560.00 |
| 12/5/2019 | Cite check and revise motion to dismiss. | SLAVIN, RISA | 3.7 | $ 280.00 | $ 1,036.00 |
| 6/2/2021 | Cite check, proofread, and revise replies re motion to exclude and motion for summary judgment. | SLAVIN,RISA | 3.8 | $ 280.00 | $ 1,064.00 |
| 5/3/2022 | Cite check, proofread, and revise reply in support of motion for attorneys fees. | SLAVIN,RISA | 4.4 | $ 445.00 | $ 1,958.00 |
| 5/23/2022 | Cite check, proofread, and revise opposition to motion to tax costs. | SLAVIN,RISA | 2 | $ 445.00 | $ 890.00 |
| 7/11/2022 | Commence cite checking and revising appellate brief. | SLAVIN,RISA | 4.2 | $ 445.00 | $ 1,869.00 |
| 7/12/2022 | Continue cite checking and revising appellate brief. | SLAVIN,RISA | 6.5 | $ 445.00 | $ 2,892.50 |
| | | Totals: | 48.2 | | $ 22,986.50 |