Salcido Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 11/19/2019 | Review relator's complaint and case law to "redacted" | SALCIDO,ROBERT | 4 | $ 770.00 | $ 3,080.00 |
| 11/20/2019 | Reviewed case law to "redacted" | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 11/21/2019 | Reviewed case law to "redacted" | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 11/22/2019 | Reviewed case law to "redacted" | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 12/2/2019 | Reviewed case law to revise brief. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 12/9/2019 | Reviewed Motion to Dismiss and related case law to prepare for filing. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 12/16/2019 | Reviewed draft motion and case law to evaluate whether to make additional revisions to brief | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 1/29/2020 | Reviewed case law to draft Reply brief to Relator's opposition to motion to dismiss. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 1/30/2020 | Review case law to draft Reply brief. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 1/31/2020 | Reviewed case law to evaluate additional revisions to brief. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 2/1/2020 | Reviewed FCA case law to evaluate additional revisions to brief. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 2/3/2020 | Reviewed case law to revise brief. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 2/4/2020 | Review case law to draft Reply brief. | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 2/5/2020 | Reviewed case law to draft Response to Relator's motion to amend. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 2/6/2020 | Reviewed case law to draft response to Relator's motion to amend. | SALCIDO,ROBERT | 4.8 | $ 770.00 | $ 3,696.00 |
| 2/7/2020 | Reviewed case law to draft response to motion to amend. | SALCIDO,ROBERT | 5.9 | $ 770.00 | $ 4,543.00 |
| 2/9/2020 | Reviewed case law to draft opposition to Relator's motion to amend. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 2/10/2020 | Reviewed case law to draft opposition to motion to amend complaint. | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 2/11/2020 | Reviewed case law to revise draft brief | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 2/14/2020 | Reviewed case law to revise draft Response to motion to amend. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 2/18/2020 | Reviewed case law to draft opposition brief. | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 2/20/2020 | Reviewed case law to revise draft opposition. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 2/24/2020 | Reveiwed case law to draft revisions to opposition to motion to amend. | SALCIDO,ROBERT | 0.6 | $ 770.00 | $ 462.00 |
| 2/25/2020 | Reviewed case law to make additional revisions to the brief | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 2/27/2020 | Reviewed case law to draft response to relator's inquiry regarding initial disclosures. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 3/12/2020 | Reviewed applicable case law to revise motion to dismiss. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 3/13/2020 | Reviewed case law to draft re-renewed motion to dismiss relator's complaint. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 3/16/2020 | Reviewed case law to draft motion to dismiss. | SALCIDO,ROBERT | 2 | $ 770.00 | $ 1,540.00 |
| 3/17/2020 | Reviewed case law to revise draft motion to dismiss case. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 3/18/2020 | Reviewed case law to revise motion to dismiss. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 3/25/2020 | Reviewed case law "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |

Salcido Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 4/1/2020 | Reviewed prior briefing and case law to draft Reply brief. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 4/2/2020 | Reviewed case law to draft Reply brief | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 4/3/2020 | Reviewed case law to draft Reply brief | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 4/4/2020 | Reviewed cases Relator cited in opposition brief to draft Reply brief. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 4/6/2020 | Reviewed case law to draft Reply brief | SALCIDO,ROBERT | 5.2 | $ 770.00 | $ 4,004.00 |
| 4/7/2020 | Reviewed case law to draft Reply Brief | SALCIDO,ROBERT | 5.7 | $ 770.00 | $ 4,389.00 |
| 4/8/2020 | Reviewed case law "redacted". | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 4/10/2020 | Evaluated case law "redacted" | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 4/18/2020 | Reviewed case law "redacted". | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 4/20/2020 | Reviewed case law to draft motion for protective order. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 4/22/2020 | Reviewed case law to prepare for conference with court regarding staying discovery. | SALCIDO,ROBERT | 4.8 | $ 770.00 | $ 3,696.00 |
| 4/23/2020 | Reviewed case law to revise draft motion for protective order. | SALCIDO,ROBERT | 1 | $ 770.00 | $ 770.00 |
| 4/24/2020 | Reviewed case law to draft motion for protective order. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 4/27/2020 | Reviewed case law to revise motion for protective order. | SALCIDO,ROBERT | 2.2 | $ 770.00 | $ 1,694.00 |
| 4/28/2020 | Reviewed Fifth Circuit case to draft notice to court. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 4/28/2020 | Reviewed case law to revise draft motion for protective order. | SALCIDO,ROBERT | 4.8 | $ 770.00 | $ 3,696.00 |
| 4/29/2020 | Reviewed case law to revise brief. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 5/6/2020 | Reviewed case law to draft letter in opposition to relator?s letter to court. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 5/7/2020 | Reviewed case law to draft opposition letter to the court. | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 5/15/2020 | Reviewed case law to draft Reply brief. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 5/17/2020 | Reviewed case law to draft Reply brief. | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 5/18/2020 | Reviewed case law to draft opposition. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 5/19/2020 | Reviewed case law to draft Reply brief. | SALCIDO,ROBERT | 0.8 | $ 770.00 | $ 616.00 |
| 6/3/2020 | Reviewed case law to draft response to relator. | SALCIDO,ROBERT | 0.6 | $ 770.00 | $ 462.00 |
| 6/6/2020 | Review case law "redacted". | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 6/8/2020 | Review case law "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 6/9/2020 | Reviewed case law to draft communication to the government. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 6/19/2020 | Reviewed case law "redacted" draft communication to the government. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 6/22/2020 | Reviewed case law to draft communication to DOJ regarding why it should dismiss the action. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 6/23/2020 | Reviewed case law to draft opposition to Relator?s motion to amend. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 7/14/2020 | Reviewed case law to draft motion to dismiss. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |

Salcido Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 7/15/2020 | Reviewed case law to draft second amended complaint. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 7/16/2020 | Reviewed case law to draft motion to dismiss. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 7/17/2020 | Reviewed case law to draft motion to dismiss second amended complaint. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 7/20/2020 | Reviewed case law to draft motion to dismiss. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 7/21/2020 | Reviewed case law to draft motion to dismiss. | SALCIDO,ROBERT | 3.3 | $ 770.00 | $ 2,541.00 |
| 7/22/2020 | Reviewed case law to revise brief. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 7/24/2020 | Reviewed case law to make additional revisions to brief. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 7/31/2020 | Reviewed case law to outline Reply brief in support of motion to dismiss. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 7/31/2020 | Reviewed case law related to responding to relator's discovery objections. | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 8/1/2020 | Reviewed case law to draft Reply brief in support of defendants? motion to dismiss. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 8/2/2020 | Reviewed case law to draft Reply brief in support of motion to dismiss. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 8/3/2020 | Reviewed case law to draft responses to Relator?s objections to discovery responses. | SALCIDO,ROBERT | 3.3 | $ 770.00 | $ 2,541.00 |
| 8/4/2020 | Reviewed case law to draft Reply brief | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 8/5/2020 | Reviewed case law to prepare Reply brief to motion to dismiss. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 8/7/2020 | Reviewed case law to prepare Reply brief | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 8/8/2020 | Reviewed case law to draft Reply brief. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 8/11/2020 | Reviewed case law to draft Reply in support of motion to dismiss. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 8/12/2020 | Reviewed case law to draft Reply brief. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 8/13/2020 | Reviewed case law to draft Reply brief to motion to dismiss. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 8/14/2020 | Reviewed case law to incorporate additional revisions into Reply brief in support of motion to dismiss. | SALCIDO,ROBERT | 4.5 | $ 770.00 | $ 3,465.00 |
| 8/17/2020 | Reviewed case law to prepare objections to relator?s discovery requests. | SALCIDO,ROBERT | 0.6 | $ 770.00 | $ 462.00 |
| 8/19/2020 | Reviewed case law to "redacted". | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 11/6/2020 | Reviewed case law to draft objection to a relator discovery request. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 11/10/2020 | Reviewed case law to draft additional discovery requests "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 11/15/2020 | Reviewed case law to draft opposition to Relator?s motion to obtain tax information. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 11/17/2020 | Reviewed case law to revise draft response to motion to obtain tax records. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 11/23/2020 | Reviewed case law to draft response to relator regarding document production. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 11/29/2020 | Reviewed case law to draft comments to discovery responses. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |

Salcido Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 12/8/2020 | Evaluated case law related to "redacted". | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 12/9/2020 | Reviewed discovery and case law to prepare for meet and confer call with relator's counsel regarding discovery responses. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 12/10/2020 | Reviewed case law to draft deposition outline ofRelator in this action. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 12/11/2020 | Reviewed case law and court filings to draft deposition outline for Relator. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 12/18/2020 | Reviewed case law and relator?s documents to draft deposition outline of relator. | SALCIDO,ROBERT | 4.6 | $ 770.00 | $ 3,542.00 |
| 12/25/2020 | Reviewed "redacted" to identify expert witnesses for case. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 1/15/2021 | Reviewed case law regarding "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 1/19/2021 | Reviewed "redacted" case law to evaluate "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 1/20/2021 | Reviewed "redacted" case law to evaluate "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 2/3/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 2/4/2021 | Reviewed FCA case law to evaluate "redacted". | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 2/10/2021 | Reviewed FCA case law to evaluate "redacted". | SALCIDO,ROBERT | 0.8 | $ 770.00 | $ 616.00 |
| 2/11/2021 | Review case law to draft motion to dismiss. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 2/22/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 2/24/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 2/25/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 2/27/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 3/10/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 3/15/2021 | Reviewed case law to draft motion to dismiss. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 3/17/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 3/18/2021 | Reviewed cases to draft summary judgment brief. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 3/19/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 3/21/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 3/22/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 3/23/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 4/18/2021 | Reviewed FCA case law to draft summary judgment brief. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 4/24/2021 | Reviewed case law to assess summary judgment arguments to raise. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 4/29/2021 | Reviewed case law to draft summary judgment brief. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 5/4/2021 | Reviewed case law to draft brief to exclude Relator?s expert. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 5/8/2021 | Reviewed case law to draft summary judgment brief | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 5/11/2021 | Reviewed case law to draft revisions to Daubert brief. | SALCIDO,ROBERT | 4.6 | $ 770.00 | $ 3,542.00 |

Salcido Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 5/13/2021 | Reviewed case law to make additional revisions to summaiy judgment brief. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 5/13/2021 | Reviewed case law to make revisions to Daubert brief. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 5/18/2021 | Reviewed case law to draft an opposition to motion for summary judgment. | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 5/27/2021 | Reviewed case law to assess "redacted". | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 5/27/2021 | Reviewed case law to assess "redacted". | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 6/2/2021 | Reviewed case law and documents to revise summary judgment reply brief. | SALCIDO,ROBERT | 5.6 | $ 770.00 | $ 4,312.00 |
| 6/3/2021 | Reviewed case law to assess additional revisions to Daubert brief. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 6/3/2021 | Reviewed case law to assess additional revisions to summary judgment brief. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 6/26/2021 | Reviewed case law to evaluate "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 6/28/2021 | Reviewed prior filings and case law to assess "redacted". | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 7/1/2021 | Reviewed case law to evaluate "redacted". | SALCIDO,ROBERT | 2 | $ 770.00 | $ 1,540.00 |
| 7/2/2021 | Reviewed case law to draft opposition in support of Dockins? declaration. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 7/4/2021 | Reviewed case law to draft Reply to Relator?s Opposition to Defendants? objections to Dockins? Declaration. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 7/5/2021 | Researched case law to draft motion in opposition to Relator?s brief. | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 7/6/2021 | Reviewed Court?s Order issued in the case. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 7/6/2021 | Reviewed case law to draft revisions to the Relator?s brief. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 7/17/2021 | Reviewed case law to draft response to Court?s show cause Order. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 7/18/2021 | Reviewed case law to draft correspondence to Relator regarding why he should drop the lawsuit. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 7/21/2021 | Reviewed case law to draft response to Court?s show cause order. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 7/22/2021 | Reviewed case law to draft response to Court?s show cause order. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 7/26/2021 | Reviewed case law to draft opposition to Court?s show cause order. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 7/29/2021 | Reviewed case law to draft response to Court?s show cause order. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 7/30/2021 | Reviewed case law to draft opposition to Court?s show cause order. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 8/1/2021 | Reviewed case law to draft response to court?s show cause order. | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 8/6/2021 | Reviewed case law to draft opposition to Relator?s response to court?s show cause order. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 8/15/2021 | Reviewed case law to draft opposition to relator's reply to court's show cause order. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 8/22/2021 | Reviewed case law and prior briefs to draft response to court's show cause order. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 8/24/2021 | Reviewed case law to revise brief. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |

Salcido Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 4/9/2022 | Reviewed case law and court filings to draft petition for attorney fees. | SALCIDO,ROBERT | 4.8 | $ 770.00 | $ 3,696.00 |
| 4/10/2022 | Drafted petition for attorney fees (4.9). Reviewed case law to draft petition for attorney fees (0.3). | SALCIDO,ROBERT | 0.3 | $ 770.00 | $ 231.00 |
| 4/14/2022 | Review case law to evaluate defenses to raise in Reply brief. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 4/28/2022 | Reviewed case law to draft Reply brief in support of attorney fees. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 4/30/2022 | Researched case law to draft Reply Brief(3.2). Drafted Reply brief(4.2). | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 5/3/2022 | Drafted Reply brief(6.4). Researched case law to draft Reply brief in Support of AttorneyFees (1.9). | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 5/4/2022 | Reviewed and revised draft brief(5.8). Reviewed potential case law to insert into brief(0.7). | SALCIDO,ROBERT | 6.5 | $ 770.00 | $ 5,005.00 |
| 5/6/2022 | Reviewed case law associated with Relator's request to file a motion opposing costs (1.3). Communicated with client and co-counsel regarding "redacted" (0.3). | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 5/23/2022 | Reviewed case law and prior briefing to revise draft brief re costs. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 6/9/2022 | Evaluated case law to assess arguments to raise in appellate brief. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 6/14/2022 | Reviewed Relator's appellate brief and related case law to draft a responsive brief. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 6/15/2022 | Reviewed case law to draft reply to Relator's brief. | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 6/17/2022 | Reviewed case law to dran response to Relator's appellate brief. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 6/19/2022 | Reviewed case law to draft opposition to Relator brief (3.4). Drafted opposition to Relator brief.(2.5) | SALCIDO,ROBERT | 5.9 | $ 770.00 | $ 4,543.00 |
| 6/25/2022 | Reviewed case law to prepare appellee brief(3.2). Drafted appellee brief(2.6). | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 6/26/2022 | Reviewed case law to draft appellee brief. | SALCIDO,ROBERT | 7.2 | $ 770.00 | $ 5,544.00 |
| 6/30/2022 | Drafted appellee brief (6.1). Reviewed case law to draft appellee brief (2.1). | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 7/3/2022 | Reviewed case law to revise draft appellee brief. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 7/8/2022 | Evaluated additional revisions to brief and related case law. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 7/11/2022 | Reviewed case law to make additional revisions to brief. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 7/12/2022 | Reviewed case law to draft revisions to appellee brief. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| | | Totals: | 427.1 | | $ 328,867.00 |

Gerry Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 5/7/2021 | Research "redacted" precedent on "redacted". | GERRY,EMILY | 1.8 | $ 500.00 | $ 900.00 |
| 5/19/2021 | Review case law on "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |
| 5/20/2021 | Research case law on "redacted". | GERRY,EMILY | 0.9 | $ 500.00 | $ 450.00 |
| 5/24/2021 | Research "redacted" cases regarding "redacted". | GERRY,EMILY | 0.7 | $ 500.00 | $ 350.00 |
| 5/24/2021 | Research "redacted" cases on "redacted". | GERRY,EMILY | 0.6 | $ 500.00 | $ 300.00 |
| 5/24/2021 | Research "redacted". | GERRY,EMILY | 0.5 | $ 500.00 | $ 250.00 |
| 5/24/2021 | Research "redacted". | GERRY,EMILY | 0.4 | $ 500.00 | $ 200.00 |
| 5/25/2021 | Research "redacted" cases on "redacted". | GERRY,EMILY | 0.1 | $ 500.00 | $ 50.00 |
| 5/25/2021 | Research "redacted" cases regarding "redacted". | GERRY,EMILY | 0.3 | $ 500.00 | $ 150.00 |
| 5/25/2021 | Research 'redacted". | GERRY,EMILY | 0.6 | $ 500.00 | $ 300.00 |
| 5/25/2021 | Research "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |
| 5/26/2021 | Research "redacted" citations for "redacted". | GERRY,EMILY | 2 | $ 500.00 | $ 1,000.00 |
| 5/27/2021 | Research case law around "redacted". | GERRY,EMILY | 1.5 | $ 500.00 | $ 750.00 |
| 5/28/2021 | Research case law on "redacted". | GERRY,EMILY | 2.5 | $ 500.00 | $ 1,250.00 |
| 5/29/2021 | Research case law on "redacted". | GERRY,EMILY | 2.3 | $ 500.00 | $ 1,150.00 |
| 5/30/2021 | Research case law on "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |
| 5/31/2021 | Research "redacted". | GERRY,EMILY | 1.8 | $ 500.00 | $ 900.00 |
| 5/31/2021 | Research "redacted". | GERRY,EMILY | 1.9 | $ 500.00 | $ 950.00 |
| 5/31/2021 | Research "redacted" for arguments on "redacted". | GERRY,EMILY | 1.3 | $ 500.00 | $ 650.00 |
| 7/1/2021 | Review case law cited in Relator's brief. | GERRY,EMILY | 1.7 | $ 500.00 | $ 850.00 |
| 7/1/2021 | Research "redacted" case law regarding "redacted". | GERRY,EMILY | 1.4 | $ 500.00 | $ 700.00 |
| 7/2/2021 | Research "redacted" case law re "redacted". | GERRY,EMILY | 5.5 | $ 500.00 | $ 2,750.00 |
| 7/3/2021 | Research "redacted" case law re" Redacted"s. | GERRY,EMILY | 2.6 | $ 500.00 | $ 1,300.00 |
| 7/4/2021 | Research "redacted" case law re" Redacted". | GERRY,EMILY | 4.1 | $ 500.00 | $ 2,050.00 |
| 8/13/2021 | Research and draft language on "redacted". | GERRY,EMILY | 4.2 | $ 500.00 | $ 2,100.00 |
| 9/7/2021 | Review and revise rebuttal brief to response to motion to strike. | GERRY,EMILY | 3.4 | $ 500.00 | $ 1,700.00 |
| 4/11/2022 | Review and revise motion for attorneys' fees. | GERRY,EMILY | 1.4 | $ 500.00 | $ 700.00 |
| 4/12/2022 | Review and revise motion for attorneys' fees (5.7). Teleconference with R. Salcido re motion for attorneys' fees (0.4). | GERRY,EMILY | 6.1 | $ 500.00 | $ 3,050.00 |
| 4/13/2022 | Review and revise motion for attorneys' fees. | GERRY,EMILY | 2.7 | $ 500.00 | $ 1,350.00 |
| 4/27/2022 | Review response in opposition to motion for attorneys' fees (0. 7). Meet with R. Salcido re opposition to motion for attorneys' fees (0.5). Research "redacted" (2.1) | GERRY,EMILY | 2.1 | $ 500.00 | $ 1,650.00 |

Gerry Total Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL |
|---|---|---|---|---|---|
| 4/28/2022 | Research case law for draft reply to response in opposition to motion for attorneys fees (5.6).Review previous filings (0.2). Follow up with R. Salcido re reply to response in opposition (0.3).Draft reply brief ( 1.5). | GERRY,EMILY | 5.6 | $ 500.00 | $ 2,800.00 |
| 4/29/2022 | Research case law for draft reply to response in opposition to motion for attorneys fees (5.2). Review previous filings (O. l ). Follow up with R. Salcido re reply to response in opposition (0.4). Draft reply brief(2.5). | GERRY,EMILY | 5.2 | $ 500.00 | $ 2,600.00 |
| 5/2/2022 | Research case law for draft reply to response in opposition to motion for attorneys' fees (6.4). Draft reply brief(4.5). Follow up with R. Salcido re reply to response (0.2). | GERRY,EMILY | 6.4 | $ 500.00 | $ 3,200.00 |
| 5/13/2022 | Research "redacted" case law on "redacted". | GERRY,EMILY | 4.4 | $ 500.00 | $ 2,200.00 |
| 5/16/2022 | Research "redacted" case law on "redacted". | GERRY,EMILY | 2.5 | $ 500.00 | $ 1,250.00 |
| 5/18/2022 | Research "redacted" case law on "redacted". | GERRY,EMILY | 3 | $ 500.00 | $ 1,500.00 |
| 5/19/2022 | Research "redacted case law on "redacted" (3.5). Teleconference with R. Salcido re response to objection to costs (0.5). Draft response to objection to costs ( 1.9). | GERRY,EMILY | 3.5 | $ 500.00 | $ 1,750.00 |
| 5/20/2022 | Draft response to objection to costs (I 1.3). Review and analyze "redacted" - (0.3). Follow up with Accounting re "redacted" Salcido re"redacted" (0.1I). | GERRY,EMILY | 0.3 | $ 500.00 | $ 5,950.00 |
| | | Totals: | 90.1 | | $ 51,450.00 |

All Other Timekeepers Case Law Research Hours

| DATE | NARRATIVE | TIMEKEEPER | UNITS | RATE | TOTAL (DC Rates) |
|---|---|---|---|---|---|
| 11/21/2019 | Draft motion to dismiss complaint; review "redacted" | CREELY, CATHERINE | 7.7 | $ 720.00 | $ 5,544.00 |
| 1/27/2020 | Analysis regarding potential grounds for "redacted". | CREELY, CATHERINE | 0.4 | $ 720.00 | $ 288.00 |
| 1/31/2020 | Analysis of "redacted" per R. Salcido. | GRAVER, DANIEL | 0.3 | $ 720.00 | $ 216.00 |
| 1/31/2020 | Related research re: "redacted" | GRAVER DANIEL | 0.2 | $ 720.00 | $ 144.00 |
| 2/3/2020 | Related research re "redacted" | GRAVER, DANIEL | 1.1 | $ 720.00 | $ 792.00 |
| 3/17/2021 | Research "redacted". | BLOCK,SAMANTHA | 0.5 | $ 520.00 | $ 260.00 |
| 3/21/2021 | Conduct research regarding DOJ subpoena. | RICHARDS,JILLIE | 0.4 | $ 495.00 | $ 198.00 |
| 3/22/2021 | Review rules relevant to same. | RICHARDS,JILLIE | 0.1 | $ 495.00 | $ 49.50 |
| 3/25/2021 | Review procedure for subpoena to DOJ. | RICHARDS,JILLIE | 0.2 | $ 495.00 | $ 99.00 |
| | | **Totals:** | **10.9** | | **$ 7,590.50** |