SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 11/27/2019 | Drafted motion to dismiss the relator's complaint. | SALCIDO,ROBERT | 6.5 | $ 770.00 | $ 5,005.00 |
| 12/1/2019 | Revised draft motion to dismiss the relator's complaint. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 12/2/2019 | Reviewed and revised draft brief | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 12/5/2019 | Reviewed exhibits to be filed and draft motion. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 12/12/2019 | Revised draft brief to incorporate comments received. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 1/29/2020 | Drafted Reply bried to Relator's opposition. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 1/30/2020 | Drafted Reply brief. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 2/3/2020 | Drafted revisions to Reply brief. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 2/5/2020 | Drafted Response to Relator's motion to amend. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 2/6/2020 | Drafted response to motion to amend. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 2/8/2020 | Drafted opposition to Relator's motion to amend. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 2/10/2020 | Drafted opposition to motion to amend. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 2/12/2020 | Drafted Reply brief to Relator's motion to amend. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 2/13/2020 | Revised draft brief in light of Relator's corrected motion. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 2/14/2020 | Drafted revisions to Response to Relator's request to amend. | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 2/21/2020 | Revised draft initial disclosures. | SALCIDO,ROBERT | 0.6 | $ 770.00 | $ 462.00 |
| 2/23/2020 | Drafted opposition to motion to amend. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 2/26/2020 | Drafted revisions to the brief | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 2/27/2020 | Drafted response to relator's inquiry into initial disclosures. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 3/15/2020 | Drafted renewed motion to dismiss. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 3/16/2020 | Drafted motion to dismiss amended complaint. | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 3/17/2020 | Drafted motion to dismiss. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 3/18/2020 | Drafted revisions to motion to dismiss in light of case law review. | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 3/26/2020 | Drafted supplemental initial disclosures. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 4/3/2020 | Drafted Reply brief. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 4/5/2020 | Drafted Reply brief | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 4/6/2020 | Drafted Reply brief | SALCIDO,ROBERT | 2.2 | $ 770.00 | $ 1,694.00 |
| 4/7/2020 | Drafted Reply Brief | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 4/8/2020 | Revised draft Reply brief | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 4/15/2020 | Drafted Request for Production of Documents on Relator. | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 4/15/2020 | Drafted Interrogatories on Relator. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 4/16/2020 | Drafted requests for production of documents and interrogatories to be served on relator. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 4/19/2020 | Drafted motion for protective order. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 4/21/2020 | Drafted motion for protective order. | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 4/22/2020 | Drafted motion for protective order to stay discovery. | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 4/23/2020 | Drafted summary of matter for client. | SALCIDO,ROBERT | 0.3 | $ 770.00 | $ 231.00 |
| 4/24/2020 | Drafted motion for protective order. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 4/28/2020 | Drafted notice of recent decision to court. | SALCIDO,ROBERT | 0.3 | $ 770.00 | $ 231.00 |
| 4/28/2020 | Drafted revisions to draft motion for protective order. | SALCIDO,ROBERT | 0.8 | $ 770.00 | $ 616.00 |
| 4/29/2020 | Drafted revisions to motion for protective order. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 5/5/2020 | Drafted Reply letter to court regarding recent Fifth Circuit decision. | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 5/6/2020 | Drafted letter to court. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 5/7/2020 | Drafted letter to the court. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 5/16/2020 | Drafted Reply brief in suppo11 of motion for protective order. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 5/17/2020 | Drafted Reply brief to Relator?s opposition to motion for protective order. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 5/18/2020 | Drafted Reply brief to relator?s opposition. | SALCIDO,ROBERT | 4.9 | $ 770.00 | $ 3,773.00 |
| 5/19/2020 | Drafted Reply brief to be filed with court. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 6/2/2020 | Drafted responses to interrogatories. | SALCIDO,ROBERT | 4.3 | $ 770.00 | $ 3,311.00 |
| 6/3/2020 | Drafted response to relator?s discovery response. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 6/3/2020 | Drafted interrogatory responses and objections. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 6/4/2020 | Drafted responses to discovery request. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 6/8/2020 | Drafted communication to client regarding "redacted" | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 6/8/2020 | Drafted communication to relater regarding why relator?s discovery is due to be produced. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 6/9/2020 | Drafted discovery responses. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 6/9/2020 | Drafted communication to government regarding why it should drop the lawsuit. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 6/10/2020 | Drafted submission to government regarding why lawsuit should be dropped. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 6/10/2020 | Drafted response to relater regarding licensure rules. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 6/11/2020 | Drafted letter to relator?s counsel regarding dismissing the lawsuit. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 6/12/2020 | Drafted communication to Relater regarding why he should drop the lawsuit. | SALCIDO,ROBERT | 2 | $ 770.00 | $ 1,540.00 |
| 6/14/2020 | Drafted communication to Relator regarding defieieneies in Relator7s complaint. | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 6/15/2020 | Drafted communication to DOJ to drop the lawsuit. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 6/16/2020 | Drafted communication to DOJ to dismiss case. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 6/17/2020 | Drafted communication to DOJ regarding why it should dismiss the lawsuit. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 6/19/2020 | Drafted communication to government regarding why it should drop lawsuit. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 6/20/2020 | Drafted communication to DOJ regarding why it should seek dismissal of the action. | SALCIDO,ROBERT | 0.3 | $ 770.00 | $ 231.00 |
| 6/22/2020 | Drafted communication to DOJ regarding why it should dismiss this action. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 6/23/2020 | Drafted opposition to Relator?s motion to amend. | SALCIDO,ROBERT | 3 | $ 770.00 | $ 2,310.00 |
| 6/23/2020 | Drafted submission to magistrate regarding discovery. | SALCIDO,ROBERT | 0.6 | $ 770.00 | $ 462.00 |
| 6/24/2020 | Drafted summary of discovery dispute for the magistrate regarding hearing on discovery. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 6/25/2020 | Drafted summary to Magistrate regarding why no discovery should occur for Magistrate review prior to oral argument. | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 6/25/2020 | Drafted opposition to Relator?s motion to amend complaint. | SALCIDO,ROBERT | 4.9 | $ 770.00 | $ 3,773.00 |
| 6/26/2020 | Drafted discovery responses. | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 6/27/2020 | Drafted discovery responses to Relator?s discovery requests. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 6/28/2020 | Drafted discovery responses. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 6/29/2020 | Drafted discovery responses. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 7/2/2020 | Drafted motion to dismiss amended complaint. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 7/3/2020 | Drafted motion to dismiss amended complaint. | SALCIDO,ROBERT | 0.8 | $ 770.00 | $ 616.00 |
| 7/4/2020 | Drafted motion to dismiss complaint. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 7/6/2020 | Drafted motion to dismiss the relator?s second amended complaint. | SALCIDO,ROBERT | 1 | $ 770.00 | $ 770.00 |
| 7/7/2020 | Drafted motion to dismiss amended complaint. | SALCIDO,ROBERT | 4.3 | $ 770.00 | $ 3,311.00 |
| 7/8/2020 | Drafted status report for client. | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 7/8/2020 | Drafted motion to dismiss. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 7/9/2020 | Drafted motion to dismi ss relator?s second amended complaint. | SALCIDO,ROBERT | 5.3 | $ 770.00 | $ 4,081.00 |
| 7/10/2020 | Drafted motion to dismi ss relator?s second amended complaint. | SALCIDO,ROBERT | 5.4 | $ 770.00 | $ 4,158.00 |
| 7/11/2020 | Drafted motion to dismiss Second Amended Complaint. | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 7/12/2020 | Drafted motion to dismiss Second Amended Complaint. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 7/13/2020 | Drafted motion to dismiss. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 7/14/2020 | Drafted motion to dismiss second amended complaint. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 7/15/2020 | Drafted motion to dismiss Relator?s second amended complaint. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 7/16/2020 | Drafted motion to dismiss second amended complaint. | SALCIDO,ROBERT | 3.3 | $ 770.00 | $ 2,541.00 |
| 7/17/2020 | Drafted motion to dismiss second amended complaint. | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 7/18/2020 | Drafted motion to dismiss relator?s second amended complaint. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 7/19/2020 | Drafted motion to dismi ss second amended complaint. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 7/20/2020 | Drafted motion to dismi ss second amended complaint. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 7/21/2020 | Drafted motion to dismiss Relator?s complaint. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 7/22/2020 | Drafted revisions to brief. | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 7/23/2020 | Drafted revisions to motion to dismiss. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 8/3/2020 | Drafted communication to relater responding to discovery objections. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 8/4/2020 | Drafted talking points to respond to Relator?s objections. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 8/5/2020 | Drafted talking points to address Relator1s objections to discovery. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 8/10/2020 | Drafted Reply brief. | SALCIDO,ROBERT | 4 | $ 770.00 | $ 3,080.00 |
| 8/11/2020 | Drafted Reply briet'. | SALCIDO,ROBERT | 4.3 | $ 770.00 | $ 3,311.00 |
| 8/12/2020 | Drafted reply brief in support of motion to dismiss. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 8/13/2020 | Drafted Reply brief in support of motion to dismiss. | SALCIDO,ROBERT | 3 | $ 770.00 | $ 2,310.00 |
| 8/14/2020 | Draft Reply brief "redacted". | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 11/8/2020 | Drafted discovery response related to communications to the government. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 11/13/2020 | Drafted opposition to rclator?s motion to obtain tax records. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 11/14/2020 | Drafted opposition to Relator?s motion to obtain tax information. | SALCIDO,ROBERT | 3.6 | $ 770.00 | $ 2,772.00 |
| 11/16/2020 | Drafted Response brief regarding relator9s motion to obtain tax information. | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 11/17/2020 | Reviewed and revised draft response to motion to obtain tax records. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 11/17/2020 | Reviewed case law to revise draft response to motion to obtain tax records. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 11/23/2020 | Drafted correspondence to relator regarding discovery. | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 11/24/2020 | Drafted response to Relator regarding additional discovery. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 11/25/2020 | Drafted communication to client regarding documents that must be produced prior to discovery. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 11/29/2020 | Drafted comments regarding discovery responses. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 12/1/2020 | Drafted communication to relator regarding production of additional discovery. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 12/17/2020 | Drafted outline of deposition questions for relator. | SALCIDO,ROBERT | 0.8 | $ 770.00 | $ 616.00 |
| 12/28/2020 | Drafted Answer to Second Amended Complaint. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 12/28/2020 | Drafted witness deposition outlines. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 12/29/2020 | Drafted revisions to Answer. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 12/30/2020 | Drafted outlines for witness depositions. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 12/30/2020 | Drafted revisions to Answer. | SALCIDO,ROBERT | 3.3 | $ 770.00 | $ 2,541.00 |
| 12/31/2020 | Drafted deposition outline. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 12/31/2020 | Revised draft Answer to complaint. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 1/1/2021 | Drafted deposition outline. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 1/2/2021 | Drafted deposition outline. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 1/2/2021 | Reviewed relator?s documents to draft "redacted". | SALCIDO,ROBERT | 3 | $ 770.00 | $ 2,310.00 |
| 1/4/2021 | Drafted e-mail to relator9s counsel regarding additional production required on discovery to prepare for 1/14 deposition. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 1/5/2021 | Drafted deposition outline for relator. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 1/5/2021 | Revised Draft Answer. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 1/6/2021 | Drafted deposition outline for Relator. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 1/6/2021 | Reviewed draft motions for protective order to provide comments. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 1/8/2021 | Drafted discovery outline. | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 1/9/2021 | Drafted "redacted" outline regarding "redacted". | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 1/11/2021 | Drafted "redacted". | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 1/11/2021 | Drafted Jehl deposition outline. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 1/12/2021 | Drafted outline for "redacted". | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 1/12/2021 | Drafted Jehl deposition outline. | SALCIDO,ROBERT | 2.2 | $ 770.00 | $ 1,694.00 |
| 1/13/2021 | Drafted outline to take Jehl deposition. | SALCIDO,ROBERT | 3.6 | $ 770.00 | $ 2,772.00 |
| 1/17/2021 | Drafted communication to co-counsel and client regarding "redacted". | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 1/18/2021 | Drafted communication to client regarding "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 1/22/2021 | Drafted "redacted" memos. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 1/24/2021 | Drafted "redacted" outline "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 1/25/2021 | Drafted outline for "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 1/27/2021 | Drafted "redacted" outline "redacted". | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 1/30/2021 | Drafted outline of "redacted". | SALCIDO,ROBERT | 1.4 | $ 770.00 | $ 1,078.00 |
| 1/31/2021 | Drafted outline "redacted". | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 2/1/2021 | Drafted "redacted" outine regarding "redacted". | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 2/2/2021 | Drafted "redacted" outline. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 2/15/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 2/16/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 2/17/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 2/18/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 2/24/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 2/25/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 2/26/2021 | Drafted response to co-counsel inquiry into "redacted". | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 2/27/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 2/28/2021 | Draft e-mail to Virginia counsel regarding "redacted". | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 2/28/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 3/1/2021 | Drafted summary of case law regarding "redacted". | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 3/1/2021 | Drafted communication to Virginia local counsel regarding "redacted". | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 3/2/2021 | Drafted communication to co-counsel regarding "redacted". | SALCIDO,ROBERT | 0.6 | $ 770.00 | $ 462.00 |
| 3/10/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 3/11/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 3/15/2021 | Drafted summaiy judgment motion. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 3/16/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 3/17/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 3/18/2021 | Drafied summary judgment brief. | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 3/20/2021 | Drafied summary judgment brief. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 3/22/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 3/23/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 2.4 | $ 770.00 | $ 1,848.00 |
| 3/24/2021 | Drafted deposition outlines. | SALCIDO,ROBERT | 4.6 | $ 770.00 | $ 3,542.00 |
| 3/26/2021 | Drafted deposition outlines to prepare for expert depositions. | SALCIDO,ROBERT | 4.5 | $ 770.00 | $ 3,465.00 |
| 3/28/2021 | Drafted expert deposition outlines to prepare for depositions. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 3/29/2021 | Drafted analysis for client and co-counsel regarding "redacted". | SALCIDO,ROBERT | 5.4 | $ 770.00 | $ 4,158.00 |
| 3/31/2021 | Drafted deposition outline. | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 4/2/2021 | Drafted deposition expert out lines. | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 4/3/2021 | Drafted deposition outline to prepare to take deposition. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 4/4/2021 | Drafted deposition outline. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 4/5/2021 | Drafted expert deposition outlines. | SALCIDO,ROBERT | 4.9 | $ 770.00 | $ 3,773.00 |
| 4/7/2021 | Drafted deposition outline. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 4/8/2021 | Drafted deposition outlines. | SALCIDO,ROBERT | 6.6 | $ 770.00 | $ 5,082.00 |
| 4/8/2021 | Drafted summary of opinions our experts need to articulate. | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 4/10/2021 | Drafted deposition outline to depose relator?s expert. | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 4/11/2021 | Drafted deposition outline to cross exam relator? s expert witness. | SALCIDO,ROBERT | 5.9 | $ 770.00 | $ 4,543.00 |
| 4/17/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 4/19/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 4/20/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 4/22/2021 | Drafted summaiy judgment brief. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 4/23/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 1 | $ 770.00 | $ 770.00 |
| 4/25/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 4/26/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 4/29/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 4/30/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 3.3 | $ 770.00 | $ 2,541.00 |
| 5/1/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 5/2/2021 | Drafted motion to strike expert report. | SALCIDO,ROBERT | 5.2 | $ 770.00 | $ 4,004.00 |
| 5/3/2021 | Drafted motion to strike expert report. | SALCIDO,ROBERT | 5.9 | $ 770.00 | $ 4,543.00 |
| 5/3/2021 | Drafted motion for summary judgment. | SALCIDO,ROBERT | 1.7 | $ 770.00 | $ 1,309.00 |
| 5/4/2021 | Drafted motion to exclude testimony of Relator?s expert. | SALCIDO,ROBERT | 6.9 | $ 770.00 | $ 5,313.00 |
| 5/5/2021 | Drafted motion to exclude testimony of relator?s damages expert. | SALCIDO,ROBERT | 4 | $ 770.00 | $ 3,080.00 |
| 5/5/2021 | Drafted summaiy judgment brief. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 5/6/2021 | Drafted Daubert brief to strike relator?s expert. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 5/7/2021 | Drafted motion to strike expert report. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 5/7/2021 | Drafted summaiy judgment brief. | SALCIDO,ROBERT | 4.5 | $ 770.00 | $ 3,465.00 |
| 5/8/2021 | Drafted motion to strike relator?s expert testimony. | SALCIDO,ROBERT | 1.3 | $ 770.00 | $ 1,001.00 |
| 5/9/2021 | Drafted Daubert brief. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 5/9/2021 | Drafted summaiy judgment brief. | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 5/10/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 4.4 | $ 770.00 | $ 3,388.00 |
| 5/10/2021 | Drafted Daubert brief to dismiss relator?s expert report. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 5/11/2021 | Drafted revisions to summary judgment brief. | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 5/12/2021 | Drafted Daubert brief to strike expert testimony. | SALCIDO,ROBERT | 3.9 | $ 700.00 | $ 2,730.00 |
| 5/12/2021 | Drafted summary judgment brief. | SALCIDO,ROBERT | 4.2 | $ 700.00 | $ 2,940.00 |
| 5/16/2021 | Drafted opposition to motion to strike Harris Report. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 5/17/2021 | Drafted opposition to Relator?s motion to dismiss on summary judgment. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 5/17/2021 | Drafted opposition to Relator?s motion to strike Harris Report. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 5/18/2021 | Drafted opposition to relator?s summary judgment brief. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 5/19/2021 | Drafted opposition to relator?s motion to strike expert. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 5/19/2021 | Drafted opposition to summary judgment brief. | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 5/20/2021 | Drafted opposition to Relator?s motion for summaiy judgment. | SALCIDO,ROBERT | 5.1 | $ 770.00 | $ 3,927.00 |
| 5/20/2021 | Drafted opposition to Relator?s motion to strike expert witness. | SALCIDO,ROBERT | 2.3 | $ 770.00 | $ 1,771.00 |
| 5/21/2021 | Drafted opposition to Daubert brief. | SALCIDO,ROBERT | 3.6 | $ 770.00 | $ 2,772.00 |
| 5/21/2021 | Drafted response to summaiy judgment brief. | SALCIDO,ROBERT | 3.3 | $ 770.00 | $ 2,541.00 |
| 5/22/2021 | Drafted opposition to Relator?s motion for summary judgment. | SALCIDO,ROBERT | 7.4 | $ 770.00 | $ 5,698.00 |
| 5/23/2021 | Drafted opposition to Relator?s motion to strike Defendants? Expert witness. | SALCIDO,ROBERT | 7.2 | $ 770.00 | $ 5,544.00 |
| 5/24/2021 | Drafted opposition to summaiy judgment brief. | SALCIDO,ROBERT | 5.5 | $ 770.00 | $ 4,235.00 |
| 5/24/2021 | Drafted opposition to motion to strike Harris testimony. | SALCIDO,ROBERT | 3.6 | $ 770.00 | $ 2,772.00 |
| 5/25/2021 | Drafted response to summary judgment brief. | SALCIDO,ROBERT | 4.6 | $ 770.00 | $ 3,542.00 |
| 5/25/2021 | Drafted response to motion to strike expert. | SALCIDO,ROBERT | 2.2 | $ 770.00 | $ 1,694.00 |
| 5/26/2021 | Drafted opposition to Relator?s summary judgment brief. | SALCIDO,ROBERT | 7.6 | $ 770.00 | $ 5,852.00 |
| 5/28/2021 | Drafted Reply brief to Relator?s opposition to strike Mertie expert report. | SALCIDO,ROBERT | 6.5 | $ 770.00 | $ 5,005.00 |
| 5/29/2021 | Drafted Reply in support of motion for summary judgment. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 5/30/2021 | Drafted Reply in support of motion to strike expert report. | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 5/31/2021 | Drafted Reply in support of motion to strike expert report. | SALCIDO,ROBERT | 2 | $ 770.00 | $ 1,540.00 |
| 5/31/2021 | Drafted Reply in support of motion for summary judgment. | SALCIDO,ROBERT | 6.1 | $ 770.00 | $ 4,697.00 |
| 6/1/2021 | Drafted Reply in support of summary judgment. | SALCIDO,ROBERT | 6.4 | $ 770.00 | $ 4,928.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 6/2/2021 | Drafted chart objecting to submission of declaration on evidentiary grounds. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 6/3/2021 | Drafted insert in support of motion to strike supplemental expert report. | SALCIDO,ROBERT | 0.5 | $ 770.00 | $ 385.00 |
| 6/3/2021 | Drafted objections chart to Relator?s submission of a declaration. | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 6/15/2021 | Drafted memo to client regarding strategy "redacted". | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 6/16/2021 | Drafted memo to client regarding "redacted". | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 6/22/2021 | Drafted communication to co-counsel and client regarding "redacted". | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 6/27/2021 | Drafted communication to co-counsel regarding "redacted". | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 7/2/2021 | Drafted response to relator?s submission in support of Dockins? declaration. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 7/3/2021 | Drafted Reply to Relator?s Opposition to Defendants? objections to Dockins? Declaration. | SALCIDO,ROBERT | 6.1 | $ 770.00 | $ 4,697.00 |
| 7/4/2021 | Drafted Reply to Relator?s Opposition to Defendants? objections to Dockins? Declaration. | SALCIDO,ROBERT | 2.7 | $ 770.00 | $ 2,079.00 |
| 7/5/2021 | Drafted Reply to Relator?s brief in support of government declaration. | SALCIDO,ROBERT | 3.7 | $ 770.00 | $ 2,849.00 |
| 7/6/2021 | Drafted opposition to Relator?s brief. | SALCIDO,ROBERT | 2.1 | $ 770.00 | $ 1,617.00 |
| 7/11/2021 | Drafted response to relator regarding seeking dismissal of the action. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 7/12/2021 | Drafted communication to relator?s counsel regarding why relator should now move to dismiss lawsuit. | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 7/16/2021 | Drafted brief in support of Court?s show cause order. | SALCIDO,ROBERT | 1.1 | $ 770.00 | $ 847.00 |
| 7/17/2021 | Drafted communication to Relator regarding why he should drop lawsuit. | SALCIDO,ROBERT | 0.7 | $ 770.00 | $ 539.00 |
| 7/20/2021 | Drafted response to Court?s show cause order. | SALCIDO,ROBERT | 1.2 | $ 770.00 | $ 924.00 |
| 7/23/2021 | Drafted response to Court?s show cause order. | SALCIDO,ROBERT | 0.8 | $ 770.00 | $ 616.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 7/31/2021 | Drafted response to court?s show cause order. | SALCIDO,ROBERT | 1.9 | $ 770.00 | $ 1,463.00 |
| 8/2/2021 | Drafted response to court?s show cause order. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 8/3/2021 | Drafted response to court?s show cause order. | SALCIDO,ROBERT | 1.6 | $ 770.00 | $ 1,232.00 |
| 8/5/2021 | Drafted opposition to relator's reply to court?s show cause order. | SALCIDO,ROBERT | 1.8 | $ 770.00 | $ 1,386.00 |
| 8/7/2021 | Drafted opposition to relator?s response to court?s show cause order. | SALCIDO,ROBERT | 5.9 | $ 770.00 | $ 4,543.00 |
| 8/8/2021 | Drafted opposition to relator's response to court's show cause order. | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 8/9/2021 | Drafted opposition to relator9s response to court?s show cause order. | SALCIDO,ROBERT | 8.4 | $ 770.00 | $ 6,468.00 |
| 8/10/2021 | Drafted response to relator?s brief. | SALCIDO,ROBERT | 7.1 | $ 770.00 | $ 5,467.00 |
| 8/11/2021 | Drafted opposition to relator?s response to court's show cause order. | SALCIDO,ROBERT | 7.9 | $ 770.00 | $ 6,083.00 |
| 8/12/2021 | Drafted opposition brief to relator's reply to court's show cause order. | SALCIDO,ROBERT | 5.6 | $ 770.00 | $ 4,312.00 |
| 8/13/2021 | Drafted opposition to relator?s reply to court?s show cause order. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 8/14/2021 | Drafted Opposition to relator's reply to court's show cause order. | SALCIDO,ROBERT | 3.8 | $ 770.00 | $ 2,926.00 |
| 8/15/2021 | Drafted opposition to relator's reply to court's show cause order. | SALCIDO,ROBERT | 3.2 | $ 770.00 | $ 2,464.00 |
| 8/16/2021 | Drafted Reply to relator's response to court's show cause order. | SALCIDO,ROBERT | 6.9 | $ 770.00 | $ 5,313.00 |
| 8/17/2021 | Drafted Reply to Relator's response to court's show cause order. | SALCIDO,ROBERT | 4.8 | $ 770.00 | $ 3,696.00 |
| 8/20/2021 | Drafted response to Relator's reply to court's show cause order. | SALCIDO,ROBERT | 4.4 | $ 770.00 | $ 3,388.00 |
| 8/21/2021 | Drafted response to court's show cause order. | SALCIDO,ROBERT | 3.1 | $ 770.00 | $ 2,387.00 |
| 8/22/2021 | Drafted response to relator's reply to court's show cause order. | SALCIDO,ROBERT | 4.6 | $ 770.00 | $ 3,542.00 |
| 8/23/2021 | Drafted revisions to Reply to Relator's response to show cause order. | SALCIDO,ROBERT | 7.8 | $ 770.00 | $ 6,006.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 8/24/2021 | Drafted revisions to the brief. | SALCIDO,ROBERT | 2.9 | $ 770.00 | $ 2,233.00 |
| 4/8/2022 | Drafted petition for attorney fees. | SALCIDO,ROBERT | 4.3 | $ 770.00 | $ 3,311.00 |
| 4/10/2022 | Drafted petition for attorney fees (4.9). Reviewed case law to draft petition for attorney fees (0.3). | SALCIDO,ROBERT | 5.2 | $ 770.00 | $ 4,004.00 |
| 4/11/2022 | Drafted attorney fees petition. | SALCIDO,ROBERT | 6.3 | $ 770.00 | $ 4,851.00 |
| 4/12/2022 | Drafted petition for legal fees. | SALCIDO,ROBERT | 4.8 | $ 770.00 | $ 3,696.00 |
| 4/13/2022 | Reviewed and revised draft brief(3.4). Conferred with co-counsel and client (0.8). | SALCIDO,ROBERT | 3.4 | $ 770.00 | $ 2,618.00 |
| 4/27/2022 | Reviewed relator's opposition brief(1.2). Drafted Reply (0.9). | SALCIDO,ROBERT | 0.9 | $ 770.00 | $ 693.00 |
| 4/29/2022 | Draft Reply brief. | SALCIDO,ROBERT | 5.5 | $ 770.00 | $ 4,235.00 |
| 4/30/2022 | Researched case law to draft Reply Brief(3.2). Drafted Reply brief(4.2). | SALCIDO,ROBERT | 4.2 | $ 770.00 | $ 3,234.00 |
| 5/1/2022 | Drafted Reply brief in support of Motion for Attorney Fees. | SALCIDO,ROBERT | 5.3 | $ 770.00 | $ 4,081.00 |
| 5/2/2022 | Drafted Reply brief in support of Motion for Attorney Fees. | SALCIDO,ROBERT | 7.2 | $ 770.00 | $ 5,544.00 |
| 5/3/2022 | Drafted Reply brief(6.4). Researched case law to draft Reply brief in Support of AttorneyFees (1.9). | SALCIDO,ROBERT | 6.4 | $ 770.00 | $ 4,928.00 |
| 5/4/2022 | Reviewed and revised draft brief(5.8). Reviewed potential case law to insert into brief(0.7). | SALCIDO,ROBERT | 5.8 | $ 770.00 | $ 4,466.00 |
| 5/20/2022 | Reviewed draft Opposition brief and prior briefing to make revisions to draft brief | SALCIDO,ROBERT | 2.8 | $ 770.00 | $ 2,156.00 |
| 5/21/2022 | Drafted revisions to opposition brief to Relator's motion to strike the imposition of costs. | SALCIDO,ROBERT | 3.9 | $ 770.00 | $ 3,003.00 |
| 5/22/2022 | Drafted revisions to opposition brief | SALCIDO,ROBERT | 1.5 | $ 770.00 | $ 1,155.00 |
| 6/16/2022 | Drafted Reply to Relator's appeal. | SALCIDO,ROBERT | 6.7 | $ 770.00 | $ 5,159.00 |
| 6/18/2022 | Drafted appellate brief in opposition to Relator's appeal. | SALCIDO,ROBERT | 7.1 | $ 770.00 | $ 5,467.00 |
| 6/19/2022 | Reviewed case law to draft opposition to Relator brief (3.4 ). Drafted opposition to Relator brief.(2.5) | SALCIDO,ROBERT | 2.5 | $ 770.00 | $ 1,925.00 |
| 6/20/2022 | Drafted opposition to Relator's appeal. | SALCIDO,ROBERT | 5.9 | $ 770.00 | $ 4,543.00 |
| 6/21/2022 | Drafted response to Relator's appellate brief. | SALCIDO,ROBERT | 5.5 | $ 770.00 | $ 4,235.00 |

SALCIDO ALL HOURS DRAFTING

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL |
|---|---|---|---|---|---|
| 6/22/2022 | Drafted response to Relator's appeal. | SALCIDO,ROBERT | 6.2 | $ 770.00 | $ 4,774.00 |
| 6/25/2022 | Reviewed case law to prepare appellee brief(3.2). Drafted appellee brief(2.6). | SALCIDO,ROBERT | 2.6 | $ 770.00 | $ 2,002.00 |
| 6/27/2022 | Drafted appellee brief. | SALCIDO,ROBERT | 8.5 | $ 770.00 | $ 6,545.00 |
| 6/28/2022 | Drafted appellee brief. | SALCIDO,ROBERT | 8.8 | $ 770.00 | $ 6,776.00 |
| 6/29/2022 | Drafted appellee brief in response to Relator's brief. | SALCIDO,ROBERT | 6.4 | $ 770.00 | $ 4,928.00 |
| 6/30/2022 | Drafted appellee brief (6.1 ). Reviewed case law to draft appellee brief (2.1 ). | SALCIDO,ROBERT | 8.2 | $ 770.00 | $ 6,314.00 |
| 7/2/2022 | Drafted Appellee case. | SALCIDO,ROBERT | 4.1 | $ 770.00 | $ 3,157.00 |
| 7/9/2022 | Drafted revisions to appellee brief. | SALCIDO,ROBERT | 3.5 | $ 770.00 | $ 2,695.00 |
| 7/10/2022 | Drafted revisions to appellce brief. | SALCIDO,ROBERT | 6.2 | $ 770.00 | $ 4,774.00 |
| 7/13/2022 | Drafted revisions to appellee brief. | SALCIDO,ROBERT | 5.6 | $ 770.00 | $ 4,312.00 |
| | | Totals: | 931.4 | | $ 716,611.00 |

AKIN ALL OTHER TIMEKEEPERS DRAFTING HOURS

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL (DC Rates) |
|---|---|---|---|---|---|
| 3/23/2021 | Draft letter to DOJ regarding Touhy subpoena. | RICHARDS,JILLIE | 0.7 | $ 720.00 | $ 504.00 |
| 7/14/2020 | Draft response for R. Salcido re: relator's counsel requesting discovery requests be sent in word format. | MCDONALD,MAUREEN | 0.5 | $ 740.00 | $ 370.00 |
| 12/23/2020 | Correspond with R. Salcido and S. Block regarding draft Answer. | MCDONALD,MAUREEN | 0.7 | $ 695.00 | $ 486.50 |
| 3/17/2021 | Review and edit draft subpoena. | MCDONALD,MAUREEN | 0.6 | $ 695.00 | $ 417.00 |
| 2/3/2020 | Draft summary of analysis and response to "redacted" | GRAVER, DANIEL | 0.8 | $ 720.00 | $ 576.00 |
| 5/20/2021 | Draft argument "redacted". | GERRY,EMILY | 1.9 | $ 500.00 | $ 950.00 |
| 5/21/2021 | Draft argument on "redacted". | GERRY,EMILY | 2 | $ 500.00 | $ 1,000.00 |
| 5/28/2021 | Draft argument "redacted". | GERRY,EMILY | 0.4 | $ 500.00 | $ 200.00 |
| 5/29/2021 | Draft argument "redacted". | GERRY,EMILY | 0.5 | $ 500.00 | $ 250.00 |
| 5/30/2021 | Draft argument "redacted". | GERRY,EMILY | 3.1 | $ 500.00 | $ 1,550.00 |
| 5/31/2021 | Draft additional arguments on "redacted". | GERRY,EMILY | 2.1 | $ 500.00 | $ 1,050.00 |
| 5/31/2021 | Draft passage on "redacted". | GERRY,EMILY | 1.6 | $ 500.00 | $ 800.00 |
| 5/31/2021 | Draft argument on "redacted". | GERRY,EMILY | 1.5 | $ 500.00 | $ 750.00 |
| 6/1/2021 | Draft summary of "redacted" cases. | GERRY,EMILY | 1.8 | $ 500.00 | $ 900.00 |
| 6/1/2021 | Draft Fact Chart. | GERRY,EMILY | 4.8 | $ 500.00 | $ 2,400.00 |
| 6/1/2021 | Draft proposed footnote on "redacted". | GERRY,EMILY | 1.2 | $ 500.00 | $ 600.00 |
| 6/2/2021 | Draft argument regarding "redacted". | GERRY,EMILY | 4.2 | $ 500.00 | $ 2,100.00 |
| 7/5/2021 | Draft motion section "redacted". | GERRY,EMILY | 8.5 | $ 500.00 | $ 4,250.00 |
| 8/13/2021 | Research and draft language on "redacted". | GERRY,EMILY | 4.2 | $ 500.00 | $ 2,100.00 |
| 4/28/2022 | Research case law for draft reply to response in opposition to motion for attorneys fees (5.6).Review previous filings (0.2). Follow up with R. Salcido re reply to response in opposition (0.3).Draft reply brief ( 1.5). | GERRY,EMILY | 1.5 | $ 500.00 | $ 750.00 |
| 4/29/2022 | Research case law for draft reply to response in opposition to motion for attorneys fees (5.2). Review previous filings (O. l ). Follow up with R. Salcido re reply to response in opposition (0.4). Draft reply brief(2.5). | GERRY,EMILY | 2.5 | $ 500.00 | $ 1,250.00 |

AKIN ALL OTHER TIMEKEEPERS DRAFTING HOURS

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL (DC Rates) |
|---|---|---|---|---|---|
| 5/2/2022 | Research case law for draft reply to response in opposition to motion for attorneys' fees (6.4). Draft reply brief(4.5). Follow up with R. Salcido re reply to response (0.2). | GERRY,EMILY | 4.5 | $ 500.00 | $ 2,250.00 |
| 5/3/2022 | Draft reply to response in opposition to motion for attorneys' fees (9.1 ). Follow up with K. Clark and R. Slavin re cite-checking reply to response in opposition to motion for attorneys' fees (0.2). | GERRY,EMILY | 9.1 | $ 500.00 | $ 4,550.00 |
| 5/4/2022 | Draft write-up of"redacted" (0.9). Revise reply to response in opposition to motion for attorneys' fees (5.6). Finalize filing of reply to response in opposition to motion for attorneys' fees (0.3). | GERRY,EMILY | 6.8 | $ 500.00 | $ 3,400.00 |
| 5/19/2022 | Research "redacted case law on "redacted" (3.5). Teleconference with R. Salcido re response to objection to costs (0.5). Draft response to objection to costs ( 1.9). | GERRY,EMILY | 1.9 | $ 500.00 | $ 950.00 |
| 5/20/2022 | Draft response to objection to costs (11.3). Review and analyze "redacted"<br>- (0.3). Follow up with Accounting re "redacted" Salcido re"redacted" (0.1I). | GERRY,EMILY | 11.3 | $ 500.00 | $ 5,650.00 |
| 5/24/2022 | Draft exhibits to response to objection to costs (2.6). Revise response to objection to costs (0.6). Review "redacted" (0.6). Follow up with Accounting re "redacted" (0.5). Revise exhibits to response to objection to costs (3.0). Teleconference with R. Salcido re revising exhibits to response to objection to costs (0.8). Teleconference with R. Salcido re revision to response to objection to costs (0.1 ). | GERRY,EMILY | 6.8 | $ 500.00 | $ 3,400.00 |
| 7/5/2022 | Draft and revise Fifth Circuit biief. | GERRY,EMILY | 1.5 | $ 500.00 | $ 750.00 |
| 7/6/2022 | Draft and revise Fifth Circuit brief. | GERRY,EMILY | 3.8 | $ 500.00 | $ 1,900.00 |
| 7/7/2022 | Draft and revise Fifth Circuit brief. | GERRY,EMILY | 3.4 | $ 500.00 | $ 1,700.00 |
| 11/19/2019 | Draft Motion to dismiss complaint. | CREELY, CATHERINE | 3.7 | $ 720.00 | $ 2,664.00 |
| 11/20/2019 | Draft Motion to dismiss complaint. | CREELY, CATHERINE | 6.9 | $ 720.00 | $ 4,968.00 |

AKIN ALL OTHER TIMEKEEPERS DRAFTING HOURS

| DATE | NARRATIVE | TIMEKEEPER | UNITS | D.C. RATE | TOTAL (DC Rates) |
|---|---|---|---|---|---|
| 11/21/2019 | Draft motion to dismiss complaint; review "redacted" | CREELY, CATHERINE | 7.7 | $ 720.00 | $ 5,544.00 |
| 12/9/2019 | Draft motion to dismiss: incorporate additional comments received. | CREELY, CATHERINE | 1.6 | $ 720.00 | $ 1,152.00 |
| 2/3/2020 | Draft declaration and exhibit list in support of reply. | CREELY, CATHERINE | 1.4 | $ 720.00 | $ 1,008.00 |
| 2/4/2020 | Draft arguments to support same. | CREELY, CATHERINE | 3.4 | $ 720.00 | $ 2,448.00 |
| 2/6/2020 | Draft opposition to Relator's motion to amend the complaint. | CREELY, CATHERINE | 4.7 | $ 720.00 | $ 3,384.00 |
| 2/7/2020 | Draft opposition to relator's motion to amend the complaint. | CREELY, CATHERINE | 2.3 | $ 720.00 | $ 1,656.00 |
| 2/11/2020 | Review and comment on draft opposition to Relator's motion to amend the complaint. | CREELY, CATHERINE | 1.8 | $ 720.00 | $ 1,296.00 |
| 2/13/2020 | Draft confidential settlement memorandum pursuant to court's Rule I 6 order. | CREELY, CATHERINE | 2.2 | $ 720.00 | $ 1,584.00 |
| 12/23/2020 | Reviewed court filings; draft answer to second amended complaint. | BLOCK, SAMANTHA | 6.7 | $ 520.00 | $ 3,484.00 |
| 12/24/2020 | Reviewed court filings ; draft answer to second amended complaint | BLOCK, SAMANTHA | 1.5 | $ 520.00 | $ 780.00 |
| 12/26/2020 | Draft answer to second amended complaint. | BLOCK, SAMANTHA | 0.3 | $ 520.00 | $ 156.00 |
| 3/17/2021 | Draft subpoena. | BLOCK, SAMANTHA | 1.3 | $ 520.00 | $ 676.00 |
| | | Totals: | 139.7 | | $ 78,603.50 |