Case: 3:19-cv-00091-NBB-JMV Doc #: 362-14 Filed: 05/15/23 1 of 7 PageID #: 5504

United States of America, ex rel. Cameron Jehl vs GGNSC Southaven, LLC, et al.
Kynda Almefty on 03/16/2021
30(b)(6)

```
 1            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF MISSISSIPPI
 2
    UNITED STATES OF AMERICA, ex      )
 3  rel. CAMERON JEHL,                )
                                      )        ORIGINAL
 4              PLAINTIFFS,           )
                                      )
 5  VS.                               ) CASE NO.
                                      ) 3:19-CV-091-MPM-JMV
 6  GGNSC SOUTHAVEN LLC D/B/A         )
    GOLDEN LIVING CENTER-             )
 7  SOUTHAVEN; GGNSC                  )
    ADMINISTRATIVE SERVICES LLC       )
 8  D/B/A GOLDEN VENTURES; AND        )
    GGNSC CLINICAL SERVICES LLC       )
 9  D/B/A GOLDEN CLINICAL             )
    SERVICES,                         )
10              DEFENDANTS.           )

11  ------------------------------------

12        ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

13              KYNDA ALMEFTY, ON BEHALF OF

14        GGNSC ADMINISTRATIVE SERVICES, LLC

15                  MARCH 16, 2021
    ------------------------------------
16

17        ORAL AND VIDEOTAPED 30(b)(6) DEPOSITION OF

18  KYNDA ALMEFTY, ON BEHALF OF GGNSC ADMINISTRATIVE

19  SERVICES, LLC, produced as a witness at the instance

20  of the RELATOR, CAMERON JEHL, and duly sworn, was

21  taken in the above-styled and numbered cause on the

22  16th of March, 2021, from 9:06 a.m. to 2:10 p.m.,

23  before Jennifer Norman, CCR in and for the State of

24  Arkansas, reported by machine shorthand, pursuant to

25  the Federal Rules of Civil Procedure.
```

Case: 3:19-cv-00091-NBB-JMV Doc #: 362-14 Filed: 05/15/23 2 of 7 PageID #: 5505

United States of America, ex rel. Cameron Jehl vs GGNSC Southaven, LLC, et al.
Kynda Almefty on 03/16/2021

30(b)(6)                                                                    Page 4

```
 1   (Whereupon, the witness was duly sworn.)
 2         MR. SANDERS:  Ms. Norman, are you doing
 3   any type of read-in, or are we just
 4   getting -- getting started?
 5         THE COURT REPORTER:  We don't do that in
 6   Arkansas.  The videographer may, but the
 7   court reporters here in Arkansas don't do a
 8   read-in.
 9         MR. SANDERS:  Okay.  Who -- is it
10   DeAndrae?  Are you doing a read-in, or
11   should we just get started?
12         THE VIDEOGRAPHER:  Well, the witness is
13   already sworn.
14         MR. SANDERS:  Okay.
15         THE VIDEOGRAPHER:  If you would like me
16   to, I can.
17         MR. SANDERS:  Well, why don't I do this?
18   I'll just -- we'll -- let's start with the
19   appearances and then we'll go.
20         So this is the Nathan Sanders from Neal
21   & Harwell on behalf of the Relator.
22         MR. LUCKETT:  Bill Luckett here, same,
23   Plaintiff.
24         MS. GRATZ:  And Margaret Gratz and
25   Robert Salcido on behalf of Defendants.
```

Case: 3:19-cv-00091-NBB-JMV Doc #: 362-14 Filed: 05/15/23 3 of 7 PageID #: 5506

| 30(b)(6) | United States of America, ex rel. Cameron Jehl vs GGNSC Southaven, LLC, et al.<br>Kynda Almefty on 03/16/2021 | Page 5 |

```
 1                    KYNDA ALMEFTY,
 2   having been first duly sworn, testified as follows:
 3                      EXAMINATION
 4   BY MR. SANDERS:
 5   Q.   Ms. Almefty, thanks again for being here today.
 6   As I mentioned, my name is Nathan Sanders, and I
 7   represent the Relator in this lawsuit.
 8   A.   Good morning.
 9   Q.   Good morning.  What's your full name?
10   A.   Kynda, K-y-n-d-a; last name is Almefty,
11   A-l-m-e-f-t-y.
12   Q.   Are you an employee of GGNSC Administrative
13   Services?
14   A.   I am not currently.
15   Q.   Were you at one time an employee of GGNSC
16   Administrative Services?
17   A.   Yes, one time years ago.
18   Q.   How long ago was it that you were an employee of
19   that company?
20   A.   I was trying to remember that the other day.  I
21   think probably about ten years ago now.
22   Q.   So you were last an employee in 2011, you think?
23   A.   Approximately, yeah.
24   Q.   As we're talking today, so it doesn't take eight
25   hours, I may refer to "GGNSC Administrative Services"
```

Case: 3:19-cv-00091-NBB-JMV Doc #: 362-14 Filed: 05/15/23 4 of 7 PageID #: 5507

United States of America, ex rel. Cameron Jehl vs GGNSC Southaven, LLC, et al.
Kynda Almefty on 03/16/2021

30(b)(6)                                                                Page 6

1  as just "Admin."
2         Will you understand what I mean if I use
3  that shortened term?
4  A.  Yes.
5  Q.  What was your position with Admin when you were at
6  the company?
7  A.  I was associate counsel in litigation.
8  Q.  Is litigation -- was that a separate department at
9  Admin?
10 A.  It was a department within Admin.
11 Q.  Was the litigation group within a legal
12 department?
13 A.  Yes.
14 Q.  What was your -- what were your job duties within
15 that litigation department?
16 A.  They varied.  I would assist the facilities with
17 any legal matters they had and also work with outside
18 counsel on pending lawsuits.
19 Q.  When you say "assist the facilities," what
20 facilities are you referring to?
21 A.  Oh, I think at the time there was 200 of them.
22 Q.  So Admin was providing services to all of the
23 Golden Living facilities operating in the United
24 States?
25 A.  Yes.

Case: 3:19-cv-00091-NBB-JMV Doc #: 362-14 Filed: 05/15/23 5 of 7 PageID #: 5508

United States of America, ex rel. Cameron Jehl vs GGNSC Southaven, LLC, et al.
30(b)(6)     Kynda Almefty on 03/16/2021     Page 19

```
 1   that you please answer any pending questions before we
 2   take a break.  Okay?
 3   A.  Yes.
 4   Q.  And you understand that you are under oath today?
 5   A.  Yes.
 6                 (Exhibit 1 marked for identification.)
 7                 MR. SANDERS:  Okay.  This will be my
 8          first screenshare attempt for the day, and
 9          we'll mark this as Exhibit 1.  This is the
10          notice, Margaret, the Admin notice.
11                 MS. GRATZ:  Thank you.  And I forwarded
12          a copy of that to Ms. Almefty.  So she may
13          have it in front of her, too --
14                 MR. SANDERS:  Okay.
15                 MS. GRATZ:  -- if you have any
16          difficulties.
17   Q.  Ms. Almefty, can you see my screen?
18   A.  Yes.
19   Q.  And you recognize this document?
20   A.  Yes.
21   Q.  This is the 30(b)(6) notice that you reviewed
22   prior to today's deposition?
23   A.  Correct.  Or so it appears, yes.
24   Q.  And I'll kind of scroll -- scroll down through it
25   so you can actually see what's in it.  But I'm going
```

Case: 3:19-cv-00091-NBB-JMV Doc #: 362-14 Filed: 05/15/23 6 of 7 PageID #: 5509

United States of America, ex rel. Cameron Jehl vs GGNSC Southaven, LLC, et al.
Kynda Almefty on 03/16/2021
30(b)(6)
Page 20

```
 1  to go down to Page 3.  Do you see where it says,
 2  "Rule 30(B)(6) topics"?
 3  A.  Yes.
 4  Q.  And, again, I'll just scroll slowly.  But have you
 5  reviewed each of these topics in preparation for
 6  today's deposition?
 7  A.  Yes.
 8  Q.  And you're here to -- on behalf of Admin to answer
 9  questions about these topics?
10  A.  Yes.
11  Q.  Are you fully prepared to provide testimony about
12  all of Admin's corporate knowledge regarding these
13  topics?
14  A.  Yes.
15  Q.  And you have full authority to speak on behalf of
16  Admin about these topics?
17  A.  Correct.
18  Q.  And you understand the answers you give to my
19  questions on these topics will be binding on Admin?
20  A.  I do.
21  Q.  Are you being compensated for your testimony
22  today?
23  A.  I will be, yes, billing my time.
24  Q.  Do you know what entity will be paying for your
25  time today?
```

Case: 3:19-cv-00091-NBB-JMV Doc #: 362-14 Filed: 05/15/23 7 of 7 PageID #: 5510

United States of America, ex rel. Cameron Jehl vs GGNSC Southaven, LLC, et al.
Kynda Almefty on 03/16/2021

30(b)(6)     Page 21

```
 1  A.  That, I do not know.
 2  Q.  And tell me where you need me to scroll.  But my
 3  next question is:  Are you going to be testifying
 4  based on personal knowledge that you have with respect
 5  to any of these topics today?
 6  A.  I mean, some of the knowledge I have is from my
 7  work with GGNSC Administrative Services.  So I don't
 8  know if you call that personal knowledge or not.
 9  Q.  Well, I'll try to ask it a different way.  What
10  did you -- what did you do to prepare for your
11  deposition today on these topics?
12  A.  I reviewed the notice, I reviewed certain
13  documents, I had a conversation with Margaret -- two
14  conversations with Margaret.  I think that's --
15  Q.  How many times do you think you talked to
16  Ms. Gratz to prepare for this 30(b)(6) deposition?
17  A.  I think probably twice.  Maybe a brief
18  conversation to set up some scheduling issues, but
19  nothing substantive.
20  Q.  So only two substantive conversations?
21  A.  That I'm recalling, yes.
22  Q.  When was the first substantive conversation that
23  you remember having?
24  A.  Last week.  Sorry.  It's been a long week.  I want
25  to say Monday.
```