# EXHIBIT B

## Dockets (40)

1. JEHL v. GGNSC SOUTHAVEN

   United States Court of Appeals, Fifth Circuit | April 12, 2022 | 22-60209

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

2. United States of America, ex rel. Cameron Jehl v. GGNSC Southaven LLC et al

   United States District Court, N.D. Mississippi | April 23, 2019 | 3:19-CV-00091

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

3. STATE OF INDIANA v. FRANCISCAN ALLIANCE, INC.

   United States District Court, S.D. Indiana | November 14, 2018 | 1:18-CV-03556

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   **Allegations :** Removed from the Superior Court of Marion County, Indiana. Case No. 49D14-1810-PL-042523. Defendant routinely billed Indiana Medicaid for nursing services provided by a person who practiced nursing without a valid nursing license for over two years, in violation of Indiana nursing regulations and criminal law, FCA, IMFCA and IFCA.

   **Claimed Damages :** Damages, interest, fees and costs.

4. ANGELA RUCKH v. SALUS REHABILITATION, LLC, ET AL

   United States Court of Appeals, Eleventh Circuit | February 8, 2018 | 18-10500

   Torts & Negligence > Fraud & Misrepresentation > Personal Property

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

5. Rasmussen v. Essence Healthcare, Inc. et al

United States District Court, W.D. Missouri | August 25, 2017 | 6:17-CV-03273

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

6. Liebman et al v. Methodist Le Bonheur Healthcare et al

United States District Court, M.D. Tennessee | May 30, 2017 | 3:17-CV-00902

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

7. Government of Bermuda v. Lahey Clinic, Inc. et al

United States District Court, D. Massachusetts | February 14, 2017 | 1:17-CV-10242

RICO

**Allegations :** Defendants Lahey Clinic, Inc., and Lahey Clinic Hospital, Inc., with Bermuda's former Premier Dr. Ewart Brown as non-party co-conspirator, collaborated in defrauding Government of Bermuda and its citizens of money, property, and honest healthcare services in order for the defendants to increase their prominence as both local and overseas healthcare providers while Dr. Brown unjustly enriched himself by receiving bribes disguised as consulting fees from the defendants.

**Claimed Damages :** Treble damages, disgorgement, interest, expenses, fees and costs.

8. United States of America ex rel. et al v. Piedmont Healthcare, Inc. et al

United States District Court, N.D. Georgia | February 8, 2016 | 1:16-CV-00373

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 9. JOSHUA HARMAN v. TRINITY INDUSTRIES, INC., ET AL

United States Court of Appeals, Fifth Circuit | August 31, 2015 | 15-41172

Torts & Negligence > Fraud & Misrepresentation > Personal Property

### 10. In re: Natural Gas

United States Court of Appeals, Tenth Circuit | July 22, 2015 | 15-8054

Other > Other Federal Statutory Actions (NOS 890)

### 11. State of Georgia et al v. Trinity Industries, Inc. et al

United States District Court, N.D. Georgia | April 21, 2015 | 1:15-CV-01260

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

### 12. UNITED STATES OF AMERICA v. HURON CONSULTING GROUP

United States Court of Appeals, Second Circuit | February 13, 2015 | 15-425

Other > Other Federal Statutory Actions (NOS 890)

### 13. United States of America ex rel. et al Nix v. United Biologics, LLC et al

United States District Court, N.D. Georgia | May 16, 2014 | 1:14-CV-01486

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Intellectual Property & Technology > Trade Secrets

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

14. Ramsey-Ledesma et al v. Censeo Health LLC et al

United States District Court, N.D. Texas | January 15, 2014 | 3:14-CV-00118

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

15. Omni Healthcare, Inc. v. U.S. Laboratory and Radiology, Inc. et al

United States District Court, M.D. Florida | July 26, 2013 | 8:13-CV-01937

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

**Allegations :** Unsealed on 3/30/2016. Plaintiff seeks to penalize defendants for fraudulently submitting information to Medicare while they were engaging in the "swapping" of their services at a heavily discounted price in order to manipulate the government payment systems to maximize their profits.

**Claimed Damages :** Not less than $5,500 and not more than $11,000 in penalties, expenses, fees and costs.

16. UNITED STATES OF AMERICA v. HURON CONSULTING GROUP

United States Court of Appeals, Second Circuit | April 9, 2013 | 13-1328

Other > Other Federal Statutory Actions (NOS 890)

17. UNITED STATES OF AMERICA v. HURON CONSULTING GROUP, INC.

United States Court of Appeals, Second Circuit | April 4, 2013 | 13-1237

Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

18. United States of America, et al v. CRC Health Corporation, et al

United States District Court, W.D. Texas  |  February 20, 2013  |  5:13-CV-00117

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

19. Graziosi v. Accretive Health, Inc. et al

United States District Court, N.D. Illinois  |  February 13, 2013  |  1:13-CV-01194

Other > Other Federal Statutory Actions (NOS 890)

20. United States of America ex rel Moore & Company P A v. Majestic Blue Fisheries LLC et al

United States District Court, D. Delaware  |  November 26, 2012  |  1:12-CV-01562

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

**Allegations :**  Reopened. 02/24/2016. Defendant violated the False Claim Act by presenting a false claim seeking approval of U.S. Vessel registration for SPTT tuna fishing licenses to the United States Government. (NOS identified in the complaint as 375 - False Claims Act)

**Claimed Damages :**  Actual, treble, incidental and consequential damages, civil penalties, expenses, interest, fees and costs.

21. United States of America, ex rel. et al v. Golden Gate National Senior Center Care LLC et al

United States District Court, D. Minnesota  |  October 22, 2012  |  0:12-CV-02711

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Labor & Employment > Uncategorized

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 22. PORTILLA v. RIVERVIEW POST ACUTE CARE CENTER, et al

United States District Court, D. New Jersey | March 26, 2012 | 2:12-CV-01842

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

### 23. Ruckh v. CMC II, LLC et al

United States District Court, M.D. Florida | June 10, 2011 | 8:11-CV-01303

Other > Other Federal Statutory Actions (NOS 890)

### 24. Westlund v. Laboratory Corporation of America Holdings et al

United States District Court, M.D. Florida | December 23, 2010 | 8:10-CV-02882

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

### 25. USA, EX REL, ET AL v. MCKESSON CORPORATION, ET AL

United States Court of Appeals, Fifth Circuit | May 17, 2010 | 10-60376

Practice & Procedure > Appeals > Uncategorized

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

26. United States Of America et al v. Aegis Therapies, Inc.

United States District Court, S.D. Georgia  |  April 29, 2010  |  2:10-CV-00072

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

27. Ladner v. Allegiance Health Management et al

United States District Court, E.D. Arkansas  |  March 17, 2010  |  4:10-CV-00170

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

28. Huey v. Summit Healthcare Association, Inc., et al

United States District Court, D. Arizona  |  January 6, 2010  |  3:10-CV-08003

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

29. United States Of America, et al. v. Huron Consulting Group, Inc., et al.

United States District Court, S.D. New York  |  February 26, 2009  |  1:09-CV-01800

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

30. United States of America, Ex Rel., Thomas F. Jamison v. McKesson Corporation et al

United States District Court, N.D. Mississippi | October 3, 2008 | 2:08-CV-00214

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Health Law > Medicare Act (NOS 151)

31. Johnson, et al. v. Golden Gate National Senior Care, L.L.C., et al.

United States District Court, D. Minnesota | May 1, 2008 | 0:08-CV-01194

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Torts & Negligence > Fraud & Misrepresentation > Personal Property

32. GRYNBERG v. EXXON COMPANY, USA

United States Court of Appeals, Tenth Circuit | January 17, 2008 | 08-8008

Other > Other Federal Statutory Actions (NOS 890)

33. In re: Natural Gas

United States Court of Appeals, Tenth Circuit | December 5, 2006 | 06-8099

Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 34. MCCAREY v. ABINGTON MEMORIAL HOSPITAL

United States District Court, E.D. Pennsylvania | August 30, 2006 | 2:06-CV-03857

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

### 35. USA v. R.D. Prabhu, M.D., etal

United States District Court, D. Nevada | May 6, 2004 | 2:04-CV-00589

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

### 36. Robert A. Fry v. Guidant Corporation, et al.

United States District Court, M.D. Tennessee | September 11, 2003 | 3:03-CV-00842

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

### 37. Tiesinga v. Dianon Systems Inc.

United States District Court, D. Connecticut | September 6, 2002 | 3:02-CV-01573

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Labor & Employment > Discrimination - Federal Statutory (NOS 442)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

38. United States, ex rel v. Actavis Mid-Atlantic, et al

United States District Court, D. Massachusetts | August 29, 2002 | 1:02-CV-11738

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

39. LeBlanc, et al v. Raytheon Company

United States District Court, D. Massachusetts | April 27, 1992 | 1:92-CV-10999

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Contracts > Other Contract (NOS 190)

40. USA, ex rel. Fine, et al v. Univ of CA, et al

United States District Court, N.D. California | October 11, 1991 | 3:91-CV-03608

Torts & Negligence > Fraud & Misrepresentation > Uncategorized

Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.