# EXHIBIT C

## Dockets (11)

1. United States of America v. Cummins

   United States District Court, N.D. Mississippi | August 28, 2020 | 3:20-CV-00251

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   **Allegations :** Defendant intentionally and knowingly submitted false claim to the plaintiff through the Medicare Program by failing to properly document medical services and creating false medical records in violation of the False Claims Act.

   **Claimed Damages :** $5,500 to $11,000 in penalties, statutory and treble damages, interest, expenses, and costs.

2. United States of America, ex rel. et al v. GU Logic, Inc. et al

   United States District Court, N.D. Georgia | June 16, 2020 | 1:20-CV-02567

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

3. United States of America v. Hammitt et al

   United States District Court, N.D. Mississippi | December 5, 2019 | 1:19-CV-00221

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   **Allegations :** Defendants made false records and statements in order get a fraudulent claim paid by plaintiff, causing the plaintiff to suffer damages.

   **Claimed Damages :** $11,000 in civil penalties, treble damages, interest, expenses and costs.

4. United States of America et al v. Centene Management Company LLC et al

   United States District Court, S.D. Mississippi | March 1, 2016 | 1:16-CV-00075

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

5. United States of America ex rel. Kevin Gray v. Mitias Orthopaedics, PLLC

United States District Court, N.D. Mississippi | July 31, 2015 | 3:15-CV-00127

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

6. USA v. Couch et al

United States District Court, S.D. Alabama | April 30, 2015 | 1:15-CR-00088

Criminal Law > Uncategorized

7. United States of America ex rel. Alan Stewart v. Gentiva Health Services, Inc.

United States District Court, M.D. Alabama | October 30, 2014 | 2:14-CV-01121

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

**Allegations :** Reopened, July 10, 2017. Defendant unlawfully submitted false claims to defraud plaintiff for Hospice care provided to patients who were not properly assessed and did not meet Medicare or Medicaid requirements for Hospice.

**Claimed Damages :** Treble damages, interest, civil penalties, fees and costs.

8. USA v. Redmond et al

United States District Court, S.D. Mississippi | May 20, 2009 | 3:09-CR-00043

Criminal Law > Uncategorized

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

9. USA v. Thomas

United States District Court, S.D. Mississippi | December 3, 2008 | 3:08-CR-00170

Criminal Law > Uncategorized

10. United States of America, ex rel Carl A. Lee v. Hearne, et al

United States District Court, S.D. Mississippi | September 10, 2004 | 3:04-CV-00747

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

11. United States, et al v. Blue Cross of MS

United States District Court, S.D. Mississippi | March 25, 1999 | 2:99-CV-00072

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Remedies & Enforcement > Recovery > Recovery of Overpayment & Enforcement of Judgment (NOS 150)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Dockets (6)

1. United States of America v. Cummins

   United States District Court, N.D. Mississippi | August 28, 2020 | 3:20-CV-00251

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   **Allegations :** Defendant intentionally and knowingly submitted false claim to the plaintiff through the Medicare Program by failing to properly document medical services and creating false medical records in violation of the False Claims Act.

   **Claimed Damages :** $5,500 to $11,000 in penalties, statutory and treble damages, interest, expenses, and costs.

2. United States of America, ex rel. et al v. GU Logic, Inc. et al

   United States District Court, N.D. Georgia | June 16, 2020 | 1:20-CV-02567

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

3. United States of America v. Hammitt et al

   United States District Court, N.D. Mississippi | December 5, 2019 | 1:19-CV-00221

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   **Allegations :** Defendants made false records and statements in order get a fraudulent claim paid by plaintiff, causing the plaintiff to suffer damages.

   **Claimed Damages :** $11,000 in civil penalties, treble damages, interest, expenses and costs.

4. PORTER v. MAGNOLIA HEALTH PLAN

   United States Court of Appeals, Fifth Circuit | October 26, 2018 | 18-60746

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

5. SEAHORN INVESTMENTS, L.L.C. v. GOODMAN MANUFACTURING CO., LP, ET AL

United States Court of Appeals, Fifth Circuit | January 28, 2016 | 16-60066

Contracts > Contract Product Liability (NOS 195)

6. United States of America ex rel. Kevin Gray v. Mitias Orthopaedics, PLLC

United States District Court, N.D. Mississippi | July 31, 2015 | 3:15-CV-00127

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Dockets (5)

1. United States of America Ex Rel et al v. St. Joseph Hospice, LLC

   United States District Court, S.D. Mississippi | September 14, 2016 | 2:16-CV-00143

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

2. Griffin v. HSBC Mortgage Services Inc. et al

   United States District Court, N.D. Mississippi | September 9, 2014 | 4:14-CV-00132

   Contracts > Other Contract (NOS 190)

   Banking & Finance > Banks & Banking (NOS 430)

   **Allegations :** Removed from the Circuit Court of Washington County, Mississippi, under case no. 2014-0063 CI. Defendants breached their fiduciary duties to plaintiff by failing to segregate and escrow funds received from insurance claims of the property and wrongfully applying such funds.

   **Claimed Damages :** Compensatory, economic, extra contractual and punitive damages, declaratory relief, imposition of a constructive trust, accounting, disgorgement, fees and costs.

3. U.S. ex rel. et al v. Bechtel National Company, Inc.

   United States District Court, S.D. Mississippi | May 14, 2013 | 1:13-CV-00213

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for Amanda B. Barbour

4. Rigsby et al v. State Farm Fire and Casualty Company et al

United States District Court, S.D. Mississippi  |  April 26, 2006  |  1:06-CV-00433

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

Intellectual Property & Technology > Trade Secrets

5. USF&G, et al v. Peoples Bank, Biloxi, et al

United States District Court, S.D. Mississippi  |  October 7, 2003  |  1:08-CV-00242

RICO

© 2023 Thomson Reuters. No claim to original U.S. Government Works.


Dockets (12)

1. USA EX REL., GURPREET MAUR, MD v. ELIE HAGE-KORBAN, ET AL

   United States Court of Appeals, Sixth Circuit | March 20, 2020 | 20-5301
   Torts & Negligence > Fraud & Misrepresentation > Personal Property

2. United States of America et al v. The Gardens Pharmacy, LLC

   United States District Court, S.D. Mississippi | October 22, 2018 | 1:18-CV-00338
   Torts & Negligence > Fraud & Misrepresentation > False Claims Act
   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

3. United States of America ex rel, Gurpreet Maur, MD v. Hage-Korban et al

   United States District Court, W.D. Tennessee | April 25, 2017 | 1:17-CV-01079
   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

4. United States of America v. Technological Research and Development Authority

   United States District Court, S.D. Mississippi | March 1, 2012 | 1:12-CV-00065
   Torts & Negligence > Fraud & Misrepresentation > False Claims Act
   Torts & Negligence > Fraud & Misrepresentation > Personal Property

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 5. DAVID LEWIS, ET AL v. JOHN WALKER, ET AL

United States Court of Appeals, Eleventh Circuit | October 7, 2010 | 10-14642

Torts & Negligence > Fraud & Misrepresentation > Personal Property

### 6. United States of America, Ex Rel Marsha Little Hendren and Paul Day, Relators v. Mayo et al

United States District Court, N.D. Mississippi | November 30, 2009 | 2:09-CV-00210

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Remedies & Enforcement > Forfeiture/Penalty > Other Federal Actions

### 7. U. S. Technology Corporation v. Ramsay et al

United States District Court, S.D. Mississippi | June 13, 2008 | 5:08-CV-00218

Real Property > Uncategorized

Energy & Environment > Uncategorized

### 8. United States of America et al v. Bechtel-Jacobs Company LLC et al

United States District Court, S.D. Ohio | October 17, 2006 | 2:06-CV-00873

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 9. UNITED STATES OF AMERICA v. Walker, Ph.D et al

United States District Court, M.D. Georgia | February 17, 2006 | 3:06-CV-00016

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

### 10. INTERVEST CORP v. MARTINEZ

United States Court of Appeals, Fifth Circuit | March 4, 2004 | 04-60178

Contracts > Other Contract (NOS 190)

### 11. United States v. Intervest Corp., et al

United States District Court, S.D. Mississippi | August 5, 1998 | 3:98-CV-00531

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

### 12. USA, et al v. Sverdrup, et al

United States District Court, S.D. Mississippi | February 14, 1994 | 1:94-CV-00068

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for Jeffrey S Newton

## Dockets (9)

1. USA EX REL., GURPREET MAUR, MD v. ELIE HAGE-KORBAN, ET AL

   United States Court of Appeals, Sixth Circuit | March 20, 2020 | 20-5301
   Torts & Negligence > Fraud & Misrepresentation > Personal Property

2. United States of America ex rel, Gurpreet Maur, MD v. Hage-Korban et al

   United States District Court, W.D. Tennessee | April 25, 2017 | 1:17-CV-01079
   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

3. United States of America et al v. Unitedhealth Group, Inc. et al

   United States District Court, S.D. Mississippi | September 20, 2016 | 1:16-CV-00343
   Torts & Negligence > Fraud & Misrepresentation > False Claims Act
   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

4. United States of America et al v. Performance Accounts Receivable, LLC, et al

   United States District Court, S.D. Mississippi | February 8, 2016 | 1:16-CV-00038
   Torts & Negligence > Fraud & Misrepresentation > False Claims Act
   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

5. United States of America, Ex Rel Marsha Little Hendren and Paul Day, Relators v. Mayo et al

United States District Court, N.D. Mississippi | November 30, 2009 | 2:09-CV-00210

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Remedies & Enforcement > Forfeiture/Penalty > Other Federal Actions

6. USA v. Pearson et al

United States District Court, S.D. Mississippi | October 20, 2009 | 2:09-CR-00043

Criminal Law > Uncategorized

7. United States of America, Ex Rel., Thomas F. Jamison v. McKesson Corporation et al

United States District Court, N.D. Mississippi | October 3, 2008 | 2:08-CV-00214

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Health Law > Medicare Act (NOS 151)

8. United States of American ex rel Robert Church v. Mississippi Baptist Health Systems, Inc. et al

United States District Court, S.D. Mississippi | February 13, 2001 | 3:01-CV-00113

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

9. United States, et al v. Blue Cross of MS

| United States District Court, S.D. Mississippi | March 25, 1999 | 2:99-CV-00072 |

Torts & Negligence > Fraud & Misrepresentation > False Claims Act

Remedies & Enforcement > Recovery > Recovery of Overpayment & Enforcement of Judgment (NOS 150)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Dockets (2)

1. United States of America v. Unity Hospital (330226) et al

   United States District Court, W.D. New York   |   May 29, 2008   |   6:08-CV-06235

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Other > Other Federal Statutory Actions (NOS 890)

2. Wolfe et al, et al v. Charter Forest Behav

   United States District Court, W.D. Louisiana   |   May 28, 1996   |   5:96-CV-01301

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for R. Mark Hodges

## Dockets (3)

1. United States of America et al v. Performance Accounts Receivable, LLC, et al

   United States District Court, S.D. Mississippi | February 8, 2016 | 1:16-CV-00038

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Torts & Negligence > Fraud & Misrepresentation > Qui Tam (NOS 376)

2. Montgomery v. Lampton et al

   United States District Court, S.D. Mississippi | August 15, 2006 | 3:06-CV-00448

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Other > Other Federal Statutory Actions (NOS 890)

3. United States of American ex rel Robert Church v. Mississippi Baptist Health Systems, Inc. et al

   United States District Court, S.D. Mississippi | February 13, 2001 | 3:01-CV-00113

   Torts & Negligence > Fraud & Misrepresentation > False Claims Act

   Other > Other Federal Statutory Actions (NOS 890)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.