# EXHIBIT A

Litigation Analytics Report for Margaret Sams Gratz

**Filters:** Date: From 01/01/2005 to 05/24/2023

# Docket analytics

### Court - Federal district

| Court | Total |
|---|---|
| United States District Court, N.D. Mississippi | 60 |
| United States District Court, S.D. Mississippi | 11 |
| United States District Court, W.D. Tennessee | 5 |
| United States District Court, D. Arizona | 1 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.