# EXHIBIT B

Litigation Analytics Report for M. Margaret Sams

**Filters:** Date: From 01/01/1999 to 12/31/2003

## Docket analytics

**Court - Federal district**

| Court | Total |
| --- | --- |
| United States District Court, S.D. Mississippi | 20 |
| United States District Court, N.D. Mississippi | 5 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.