IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMERON JEHL,<br><br>Plaintiffs,<br><br>v.<br><br>GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN, et al.,<br><br>Defendants. | Case No. 3:19cv091-MPM-JMV |

**MOTION TO SUPPLEMENT DEFENDANTS'
MOTION FOR AWARD OF ATTORNEYS' FEES AND OTHER EXPENSES**

Defendants GGNSC Southaven LLC, GGNSC Administrative Services LLC, and GGNSC Clinical Services LLC ("Defendants") hereby move to supplement fee petition.

The Motion is supported by the following exhibits and the supporting Memorandum of Law filed herewith:

**Exhibit 1 –** Summary of Attorney Fees and Expenses occurred as of May 31, 2023.

**Exhibit 2 -** Declaration of Robert Salcido in Support Of Supplemental Motion For Award Of Attorneys' Fees And Other Expenses.

**Exhibit A to Exhibit 2** – Redacted April 2023 invoice of Akin Gump Strauss Hauer & Feld LLP.

**Exhibit B to Exhibit 2 –** Redacted May 2023 invoice of Akin Gump Strauss Hauer & Feld LLP.

Wherefore, Defendants respectfully request that the Court Grant Defendants' Joint Motion to Supplement Defendants' Motion for Award of Attorneys' Fees and Other Expenses.

Date: June 13, 2023	Respectfully submitted,

/s/ *Margaret Sams Gratz*
Margaret Sams Gratz, Esq. (MSB # 99231)
William Grant Armistead (MSB # 9786)
Mitchell, McNutt & Sams, P.A.
P. O. Box 7120
Tupelo, MS 38802-7120
Telephone: (662) 842-3871
Facsimile: (662) 842-8450
mgratz@mitchellmcnutt.com

Robert Salcido (*pro hac vice*)
D.C. Bar No. 447951
California Bar No. 139138
Akin Gump Strauss Hauer & Feld LLP
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

***Attorneys for Defendants***
**GGNSC Southaven LLC; GGNSC Administrative Services LLC; GGNSC Clinical Services**

## CERTIFICATE OF SERVICE

This is to certify that I, Robert Salcido, one of the attorneys for GGNSC Southaven, LLC individually and on behalf of all Defendants have this day furnished a true and correct copy of the above and foregoing document to the following via ECF filing:

Robert B. McDuff (MSB # 2532)
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
Telephone: 601.259.8484
rbm@mcdufflaw.com

Richard R. Barrett (MSB #99108)
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, MS 38655
Telephone 662.380.5018
rrb@rrblawfirm.net

Philip N. Elbert, Esq.
Lisa P. Binder, Esq.
Nathan C. Sanders, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
pelbert@nealharwell.com
lbinder@nealharwell.com
nsanders@nealharwell.com

This 13th day of June 2023.

                                              */s/ Robert Salcido*