# EXHIBIT 1

| **TOTAL FEES AND EXPENSES AS OF JUNE 1, 2023[1]** ||
| --- | --- |
| **Firm or Attorney** | **Total Fees and Expenses** |
| Akin Gump Strauss Hauer & Feld LLP | $1,848,497.00 (unadjusted) <br> $2,157,564.85 (with upward adjustment) |
| Benesch, Friedlander, Coplan & Aronoff, LLP | $21,165.73 |
| Hagwood and Tipton, P.C. | $5,676.00 |
| Hardin, Jesson & Terry, PLC | $14,197.50 |
| KLDiscovery Ontrack, LLC | $14,464.32 |
| Mitchell, McNutt & Sams, P.A. (including expert fees for Robert Lane, Rick Harris and W. Shane Hariel) | $216,596.90 |
| Paul Killeen | $18,725.00 |
| Quintairos, Prieto, Wood & Boyer, PA | $6,454.80 |
| Wood Rogers Vandeventer Black, PLC | $6,188.50 |

---

[1] The following pages contain charts of month-by-month attorneys' fees and expenses incurred by these firms or attorneys. Expenses for which Defendants are not seeking an award (i.e., that were previously submitted as costs) are listed, but are demarcated in red and are not included in the total requested.

| AKIN GUMP STRAUS HAUER & FELD LLP, FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 11/16/2019 – 11/29/2019 | $49,828.00 | $0.00 | $49,828.00 |
| 12/01/2019 – 12/16/2019 | $11,081.00 | $0.00 | $11,081.00 |
| 01/27/2020 – 01/31/2020 | $21,739.00 | $0.00 | $21,739.00 |
| 02/01/2020 – 02/27/2020 | $78,938.00 | $0.00 | $78,938.00 |
| 03/03/2020 – 03/27/2020 | $37,191.00 | $0.00 | $37,191.00 |
| 04/01/2020 – 04/29/2020 | $88,704.00 | **$735.75** | $88,704.00 |
| 05/01/2020 – 05/29/2020 | $28,875.00 | $0.00 | $28,875.00 |
| 06/01/2020 – 06/30/2020 | $97,769.50 | $0.00 | $97,769.50 |
| 07/01/2020 – 07/31/2020 | $94,812.00 | $0.00 | $94,812.00 |
| 08/01/2020 – 08/21/2020 | $62,317.50 | $0.00 | $62,317.50 |
| 09/03/2020 – 09/30/2020 | $2,002.00 | $0.00 | $2,002.00 |
| 10/01/2020 – 10/29/2020 | $4,389.00 | $0.00 | $4,389.00 |
| 11/02/2020 – 11/30/2020 | $25,872.00 | $0.00 | $25,872.00 |
| 12/01/2020 – 12/31/2020 | $45,833.00 | $0.00 | $45,833.00 |
| 01/01/2021 – 01/31/2021 | $78,463.00 | $0.00 | $78,463.00 |
| 02/01/2021 – 02/28/2021 | $41,888.00 | **$699.75** | $41,888.00 |
| 03/01/2021 – 03/31/2021 | $111,978.50 | $0.00 | $111,978.50 |
| 04/01/2021 – 04/30/2021 | $143,143.00 | $0.00 | $143,143.00 |
| 05/01/2021 – 05/31/2021 | $175,279.00 | **$3,244.05** | $175,279.00 |
| 06/01/2021 – 06/30/2021 | $49,733.00 | $0.00 | $49,733.00 |
| 07/01/2021 – 07/31/2021 | $62,388.00 | $0.00 | $62,388.00 |

---

[1] *See* ECF 356-3 at 2-115.

| AKIN GUMP STRAUS HAUER & FELD LLP, FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 08/01/2021 – 08/24/2021 | $98,708.00 | $0.00 | $98,708.00 |
| 09/07/2021 – 09/07/2021 | $2,393.00 | $0.00 | $2,393.00 |
| 04/01/2022 – 04/30/2022 | $59,464.00 | $0.00 | $59,464.00 |
| 05/01/2022 – 05/31/2022 | $68,702.00 | **$238.00** | $68,702.00 |
| 06/01/2022 – 06/30/2022 | $71,401.00 | $0.00 | $71,401.00 |
| 07/01/2022 – 07/31/2022 | $50,504.50 | $0.00 | $50,504.50 |
| 08/01/2022 – 08/31/2022 | $800.00 | $0.00 | $800.00 |
| 04/01/2023 – 04/30/2023 | $101,335.00 | $0.00 | $92,506.00[2] |
| 05/01/2023 – 05/31/2023 | $96,022.00 | $0.00 | $91,795.00[3] |
| **TOTALS** | **$1,861,553.00** | **$0.00** | **$1,848,497.00 (unadjusted)** <br><br> **$2,157,564.85 (with upward adjustment)[4]** |

---

[2] This is the estimate of fees incurred for services performed in April 2023 that Akin will charge to the client, consistent with the invoice attached at Ex. A to Ex. 1 to Defendants' Motion to Supplement. Write-offs to the full amount of fees incurred are described in Mr. Salcido's Supplemental Declaration. *See* Ex. 2 to Defendants' Motion to Supplement at ¶ 7. Approximately $25,506 of these fees were incurred in responding to the motion for reconsideration, and approximately $67,000 of these fees were incurred in briefing on attorneys' fees.

[3] This is the estimate of fees incurred for services performed in May 2023 that Akin will charge to the client, consistent with the invoice attached at Ex. B to Ex. 2 to Defendants' Motion to Supplement. Write-offs to the full amount of fees incurred are described in Mr. Salcido's Supplemental Declaration. *See* Ex. 2 to Defendants' Motion to Supplement at ¶ 8.

[4] *See* ECF 365 at 9.

| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP, FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 11/01/2019 – 11/30/2019 | $4,680.00 | $0.00 | $4,680.00 |
| 12/01/2019 – 12/31/2019 | $2,655.00 | $48.55 | $2,703.55 |
| 01/01/2020 – 01/31/2021 | $1,125.00 | $25.63 | $1,150.63 |
| 02/01/2020 – 02/29/2020 | $630.00 | $0.00 | $630.00 |
| 01/01/2021 – 01/31/2021 | $7,290.00 | $194.00 | $7,484.00 |
| 02/01/2021 – 02/28/2021 | $3,240.00 | $0.00 | $3,240.00 |
| 03/01/2021 – 03/31/2021 | $45.00 | $0.00 | $45.00 |
| 12/12/2019 | $0.00 | $48.55 | $48.55 |
| 01/14/2021 – 01/14/2021 | $0.00 | $194.00 | $194.00 |
| 04/12/2023 – 04/19/2023 | $990.00 | $0.00 | $990.00 |
| **TOTALS** | **$20,655.00** | **$510.73** | **$21,165.73** |

---

[1] *See* ECF 356-9 at 2-29.

| HAGWOOD AND TIPTON, P.C., FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 12/05/2019 – 01/03/2020 | $1,704.00 | $0.00 | $1,704.00 |
| 12/13/2019 – 02/13/2020 | $1,872.00 | $0.00 | $1,872.00 |
| 12/13/2020 | $0.00 | $150.00 | $150.00 |
| 02/03/2020 – 03/11/2020 | $1,560.00 | $0.00 | $1,560.00 |
| April 2023 | $390.00 | $0.00 | $390.00 |
| **TOTALS** | **$5,526.00** | **$150.00** | **$5,676.00** |

---

[1] *See* ECF 356-19 at 2-18.

| KLDISCOVERY ONTRACK, LLC EXPENSES[1] | | | |
|---|---:|---:|---:|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 01/01/2021 – 01/31/2021 | $0.00 | $1,435.21 | $1,435.21 |
| 02/01/2021 – 02/28/2021 | $0.00 | $716.10 | $716.10 |
| 03/01/2021 – 03/31/2021 | $0.00 | $337.60 | $337.60 |
| 04/01/2021 – 04/30/2021 | $0.00 | $1,944.74 | $1,944.74 |
| 05/01/2021 – 05/31/2021 | $0.00 | $679.79 | $679.79 |
| 06/01/2021 – 06/30/2021 | $0.00 | $679.79 | $679.79 |
| 07/01/2021 – 07/31/2021 | $0.00 | $679.79 | $679.79 |
| 08/01/2021 – 08/31/2021 | $0.00 | $487.70 | $487.70 |
| 09/01/2021 – 09/30/2021 | $0.00 | $487.70 | $487.70 |
| 10/01/2021 – 10/31/2021 | $0.00 | $412.70 | $412.70 |
| 11/01/2021 – 11/30/2021 | $0.00 | $412.70 | $412.70 |
| 12/01/2021 – 12/31/2021 | $0.00 | $412.70 | $412.70 |
| 01/01/2022 – 01/31/2022 | $0.00 | $412.70 | $412.70 |
| 02/01/2022 – 02/28/2022 | $0.00 | $412.70 | $412.70 |
| 03/01/2022 – 03/31/2022 | $0.00 | $412.70 | $412.70 |
| 04/01/2022 – 04/30/2022 | $0.00 | $412.70 | $412.70 |
| 05/01/2022 – 05/31/2022 | $0.00 | $412.70 | $412.70 |
| 06/01/2022 – 06/30/2022 | $0.00 | $412.70 | $412.70 |
| 07/01/2022 – 07/31/2022 | $0.00 | $412.70 | $412.70 |
| 08/01/2022 – 08/31/2022 | $0.00 | $412.70 | $412.70 |
| 09/01/2022 – 09/30/2022 | $0.00 | $412.70 | $412.70 |

---

[1] *See* ECF 356-21 at 2-27.

| KLDISCOVERY ONTRACK, LLC EXPENSES[1] | | | |
|---|---:|---:|---:|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 10/01/2022 – 10/31/2022 | $0.00 | $412.70 | $412.70 |
| 11/01/2022 – 11/30/2022 | $0.00 | $412.70 | $412.70 |
| 12/01/2022 – 12/31/2022 | $0.00 | $412.70 | $412.70 |
| 01/01/2023 – 01/31/2023 | $0.00 | $412.70 | $412.70 |
| 02/01/2023 – 02/28/2023 | $0.00 | $412.70 | $412.70 |
| **TOTALS** | **$0.00** | **$14,464.32** | **$14,464.32** |

| MITCHELL, MCNUTT & SAMS, P.A., FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 11/13/2019 – 11/30/2019 | $2,756.20 | **$2.10** | $2,756.20 |
| 12/02/2019 – 12/31/2019 | $2,719.70 | **$150.00** | $2,719.70 |
| 01/14/2020 – 01/31/2020 | $1,440.00 | $0.00 | $1,440.00 |
| 02/03/2020 – 02/29/2020 | $2,682.90 | $0.00 | $2,682.90 |
| 03/02/2020 – 03/31/2020 | $1,120.00 | $0.00 | $1,120.00 |
| 04/04/2020 – 04/30/2020 | $2,122.30 | $0.00 | $2,122.30 |
| 05/01/2020 – 05/31/2020 | $768.00 | $0.00 | $768.00 |
| 06/02/2020 – 06/30/2020 | $1,104.00 | $0.00 | $1,104.00 |
| 07/01/2020 – 07/31/2020 | $560.00 | **$1.00** | $560.00 |
| 08/05/2020 – 08/31/2020 | $4,034.60 | **$2.50** | $4,034.60 |
| 09/02/2020 – 09/30/2020 | $5,095.70 | $0.00 | $5,095.70 |
| 10/05/2020 – 10/31/2020 | $8,003.30 | $0.00 | $8,003.30 |
| 11/02/2020 – 11/30/2020 | $13,343.60 | **$59.60** | $13,343.60 |
| 12/01/2020 – 12/31/2020 | $7,143.00 | $0.00 | $7,143.00 |
| 01/05/2021 – 02/28/2021 | $29,416.00 | **$796.50** | $29,416.00 |
| 03/01/2021 – 03/31/2021 | $34,834.00 | **$16,734.00** | $34,834.00 |
| 04/01/2021 – 04/20/2021 | $20,702.00 | **$4,806.58** | $20,702.00 |
| 04/01/2021 – 04/30/2021 | $0.00 | $21,240.00 | $21,240.00 |
| 04/05/2021 – 04/20/2021 | $0.00 | $11,000.00 | $11,000.00 |
| 04/26/2021 – 05/20/2021 | $0.00 | $3,680.00 | $3,680.00 |

[1] *See* ECF 356-6 at 2-188; ECF 356-7 at 2-10. Expenses were incurred for expert witnesses Robert Lane, Rick Harris and W. Shane Hariel. *See* ECF 356-7 at 2-10.

| MITCHELL, MCNUTT & SAMS, P.A., FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| Time Period | Fees Incurred | Expenses Incurred | Amount Owed |
| 05/02/2021 – 05/31/2021 | $16,812.00 | **$5,967.00** | $16,812.00 |
| 06/02/2021 – 06/30/2021 | $6,716.00 | **$233.70** | $6,716.00 |
| 06/11/2021 | $0.00 | $7,486.30 | $7,486.30 |
| 07/01/2021 – 07/31/2021 | $2,980.00 | **$0.20** | $2,980.00 |
| 08/03/2021 – 08/31/2021 | $4,186.00 | $0.00 | $4,186.00 |
| 08/25/2021 | $0.00 | $92.30 | $92.30 |
| 09/07/2021 – 09/30/2021 | $1,876.00 | **$3,680.25** | $1,876.00 |
| 02/18/2022 – 03/31/2022 | $196.00 | $0.00 | $196.00 |
| 04/04/2022 – 04/30/2022 | $1,287.00 | $0.00 | $1,287.00 |
| 05/04/2022 – 05/31/2022 | $580.00 | $0.00 | $580.00 |
| 12/07/2022 – 12/31/2022 | $620.00 | $0.00 | $620.00 |
| **TOTALS** | **$173,098.30** | **$43,498.60** | **$216,596.90** |

| PAUL KILLEEN FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 01/04/2021 – 01/29/2021 | $8,100.00 | $0.00 | $8,100.00 |
| 02/03/2021 – 02/26/2021 | $1,250.00 | $0.00 | $1,250.00 |
| 03/01/2021 – 03/31/2021 | $8,775.00 | $0.00 | $8,775.00 |
| April 2023 | $600.00 | $0.00 | $600.00 |
| **TOTAL** | **$18,725.00** | **$0.00** | **$18,725.00** |

---

[1] *See* ECF 356-11 at 2-7.

| QUINTAIROS, PRIETO, WOOD & BOYER, PA, FEES AND EXPENSES[1] | | | |
|---|---|---|---|
| Time Period | Fees Incurred | Expenses Incurred | Amount Owed |
| 02/01/2021 – 02/28/2021 | $1,999.80 | $0.00 | $1,999.80 |
| 04/01/2021 – 04/30/2021 | $4,455.00 | $0.00 | $4,455.00 |
| **TOTAL** | **$6,454.80** | **$0.00** | **$6,454.80** |

---

[1] *See* ECF 356-15 at 2-7.

| WOODS ROGERS VANDEVENTER BLACK, PLC, FEES AND EXPENSES[1] | | | |
| --- | --- | --- | --- |
| **Time Period** | **Fees Incurred** | **Expenses Incurred** | **Amount Owed** |
| 04/24/2020 – 05/31/2020 | $3,741.00 | $0.00 | $3,741.00 |
| 05/01/2020 – 06/30/2020 | $1,665.50 | $0.00 | $1,665.50 |
| 06/04/2020 – 07/31/2020 | $368.00 | $0.00 | $368.00 |
| 01/14/2021 – 02/28/2021 | $149.50 | $0.00 | $149.50 |
| 03/12/2021 – 03/31/2021 | $195.50 | $0.00 | $195.50 |
| 03/22/2021 | $69.00 | $0.00 | $69.00 |
| **TOTALS** | **$6,188.50** | **$0.00** | **$6,188.50** |

---

[1] *See* ECF 356-17 at 2-19.