# EXHIBIT B

Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Tower  
2001 K Street N.W.  
Washington, DC 20006  

T +1 202.887.4000  
F +1 202.887.4288  
akingump.com  



|  |  |
|---|---|
| GOLDEN LIVING | Invoice Number 2045244 |
| ATTN: PAM ROBERTS | Invoice Date 06/12/23 |
| SVP - CHIEF LEGAL OFFICER | Client Number 684751 |
| 1000 FIANNA WAY | Matter Number 0024 |
| FORT SMITH, AR 72919 |  |

Re: FALSE CLAIMS ACT QUI TAM LAWSUIT

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/23 :

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/02/23 | EIG | Review and analyze reply to motion for reconsideration (0.4). Confer with R. Salcido and M. Gratz Sams re pro hac vice admission (0.5). | 0.90 | $450.00 |
| 05/05/23 | EIG | Confer with R. Salcido re reply to attorneys' fee petition. | 0.40 | $200.00 |
| 05/07/23 | RSS | Reviewed legal prior submissions (1.2) and case law (0.9) to assess additional points to raise in Reply brief. | 2.10 | $1,617.00 |
| 05/08/23 | EIG | Confer with R. Salcido re attorneys' fee reply brief. | 0.30 | $150.00 |
| 05/08/23 | RSS | Reviewed documents filed with fee petition to assess issues to raise in our fee petition. | 1.20 | $924.00 |
| 05/09/23 | RSS | Reviewed prior pleadings to assess what arguments to raise in Reply brief. | 1.90 | $1,463.00 |
| 05/10/23 | RSS | Reviewed prior court filings (1.1) and case law (0.7) to assess arguments to raise in Reply brief. | 1.80 | $1,386.00 |
| 05/11/23 | RSS | Communicated with co-counsel regarding briefing schedule (0.2). Reviewed documents filed with court (0.2). | 0.40 | $308.00 |
| 05/12/23 | RSS | Reviewed prior filings to assess what arguments to raise in reply brief. | 1.10 | $847.00 |
| 05/13/23 | RSS | Reviewed prior court filings to prepare Reply brief related to Relator's opposition to defendants' fee petition. | 3.80 | $2,926.00 |
| 05/14/23 | RSS | Reviewed prior filings to evaluate arguments to raise in Reply brief. | 1.20 | $924.00 |
| 05/15/23 | EIG | Review exhibits to reply motion for award of attorneys' fees (0.5). Confer with R. Salcido re same (0.4). Review and analyze documents to draft same (0.8). | 1.70 | $850.00 |
| 05/16/23 | EIG | Confer with R. Mehner, C. Kessler, L. Rummel and J. Becker re legal research for reply motion for award of attorneys' fees (0.1). Review and analyze response to motion for attorneys' fees (0.5). Confer with R. | 1.20 | $600.00 |

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| | | Salcido re same (0.6). | | |
| 05/16/23 | ASR | Confer with E. Gerry, C. Kessler, R. Mehner, and J. Becker re strategy for reply relating to attorney's fees. | 0.20 | $148.00 |
| 05/16/23 | RSS | Reviewed relator opposition brief to evaluate rebuttal points to raise. | 1.50 | $1,155.00 |
| 05/17/23 | EIG | Confer with R. Salcido re reply to response to motion for award of attorneys' fees. | 0.90 | $450.00 |
| 05/17/23 | RSS | Reviewed relator's opposition to petition for fees. | 1.80 | $1,386.00 |
| 05/18/23 | JHB | Confer with E. Gerry re research for reply to relator's response to motion for award of attorneys' fees. | 0.10 | $66.00 |
| 05/18/23 | EIG | Review and analyze response to motion for attorneys' fees (0.9). Draft memorandum and exhibit re same (0.6). Draft analysis of additional research needed re same and circulate to C. Kessler, L. Rummel, R. Mehner, J. Becker and A. Ijaz (1.2). | 2.70 | $1,350.00 |
| 05/18/23 | ASR | Email correspondence re attorneys' fees research and tasks. | 0.10 | $74.00 |
| 05/18/23 | RSS | Drafted rebuttal points to add to Reply brief in support of attorney fees. | 2.20 | $1,694.00 |
| 05/19/23 | JHB | Research case law to draft reply brief ISO motion for award of attorneys' fees. | 0.30 | $198.00 |
| 05/19/23 | AI | Research and analyze case law to draft reply brief ISO motion for award of attorneys' fees. | 0.40 | $264.00 |
| 05/19/23 | OOM | Research and analyze case law to draft reply brief ISO motion for award of attorneys' fees. | 2.60 | $2,002.00 |
| 05/19/23 | RSS | Drafted opposition to Relator's response to fee petition. | 3.20 | $2,464.00 |
| 05/20/23 | JHB | Research case law to draft reply brief ISO motion for award of attorneys' fees. | 0.80 | $528.00 |
| 05/21/23 | JHB | Research case law to draft reply brief ISO motion for award of attorneys' fees. | 2.00 | $1,320.00 |
| 05/21/23 | EIG | Research and draft reply motion for attorneys' fees. | 4.90 | $2,450.00 |
| 05/21/23 | CDK | Compare briefs filed by defendants seeking attorneys' fees against the relator's brief. | 1.70 | $1,309.00 |
| 05/22/23 | JHB | Research case law to draft reply brief ISO motion for award of attorneys' fees (2.9). Analyze the same (2.1). Prepare analysis re the same for inclusion in reply brief (2.2). | 7.20 | $4,752.00 |
| 05/22/23 | EIG | Research and draft reply motion for attorneys' fees (5.9). Confer with L. Rummel and C. Kessler re case law research for motion for attorneys' fees (0.2). | 6.10 | $3,050.00 |
| 05/22/23 | AI | Research and analyze case law to draft reply brief ISO motion for award of attorneys' fees. | 2.50 | $1,650.00 |
| 05/22/23 | CDK | Review case law relating to attorneys fees (2.9). Summarize for Akin Team (1.4). | 4.30 | $3,311.00 |
| 05/22/23 | OOM | Continue research and analyze case law to draft reply brief ISO motion for award of attorneys' fees. | 6.50 | $5,005.00 |
| 05/22/23 | ASR | Research and analyze case law to draft reply brief ISO motion for award of attorneys' fees (4.8). Email correspondence re same (0.6). | 5.40 | $3,996.00 |
| 05/22/23 | RSS | Reviewed prior filings to draft Reply declaration. | 1.60 | $1,232.00 |
| 05/23/23 | EIG | Research and draft reply motion for attorneys' fees and associated exhibits (7.0). Confer with R. Salcido re same (0.7). Confer with M. Sams Gratz re same (0.2). Confer with C. Kessler re same (0.1). | 8.00 | $4,000.00 |
| 05/23/23 | CDK | Review cases ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ for reply. | 1.40 | $1,078.00 |
| 05/24/23 | EIG | Research and draft reply motion for attorneys' fees | 9.40 | $4,700.00 |

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| | | and associated exhibits (8.8). Confer with R. Salcido re same (0.3). Confer with A. Ijaz re same (0.2). Confer with M. Sams Gratz re same (0.1). | | |
| 05/24/23 | AI | Research opposing party's argument to formulate counter-argument. | 0.50 | $330.00 |
| 05/24/23 | RSS | Reviewed and revised draft Reply brief and declaration. | 1.80 | $1,386.00 |
| 05/25/23 | EIG | Research and draft reply motion for attorneys' fees and associated exhibits (13.5). Confer with M. Sams Gratz re same (0.4). Confer with C. Kessler re same (0.4). Confer with R. Salcido re same (0.7). Confer with R. Slavin re cite-checking brief (0.1). | 15.10 | $7,550.00 |
| 05/25/23 | CDK | Review cases ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ (3.0). Discuss with E. Gerry (0.4). | 3.40 | $2,618.00 |
| 05/25/23 | RSS | Reviewed draft reply to opposition to fee petition. | 1.80 | $1,386.00 |
| 05/25/23 | RS | Cite check, proofread, and revise reply in support of motion for attorney fees. | 3.00 | $1,290.00 |
| 05/26/23 | JHB | Confer with E. Gerry re R. Salcido declaration and reply brief (1.1). Research and draft analysis re the same (3.2). | 4.20 | $2,772.00 |
| 05/26/23 | EIG | Draft and revise reply motion for attorneys' fees and associated exhibits (12.3). Confer with M. Sams Gratz re same (0.1). Confer with C. Kessler re same (0.8). Confer with J. Becker re same (1.1). Confer with R. Salcido re same (0.2). | 14.50 | $7,250.00 |
| 05/26/23 | CDK | Confer with E. Gerry regarding invoice redaction processes (0.8). Review and redact invoices for submission with motion for attorneys' fees (2.1). Review ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (2.2). | 5.10 | $3,927.00 |
| 05/26/23 | RCK | Review invoice and summarize for fee petition (0.8). Confer with E. Gerry re same (0.1). | 0.90 | $693.00 |
| 05/26/23 | RSS | Reviewed and revised draft Reply brief (4.8). Drafted revisions to draft declaration (1.1). | 5.90 | $4,543.00 |
| | | Total Hours | 152.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ROBERT S. SALCIDO | 33.30 | at | $770.00 | = | $25,641.00 |
| RACHEL C. KURZWEIL | 0.90 | at | $770.00 | = | $693.00 |
| CAROLINE D. KESSLER | 15.90 | at | $770.00 | = | $12,243.00 |
| OLUWAREMILEKUN O. MEHNER | 9.10 | at | $770.00 | = | $7,007.00 |
| EMILY I. GERRY | 66.10 | at | $500.00 | = | $33,050.00 |
| ALEXA S. RUMMEL | 5.70 | at | $740.00 | = | $4,218.00 |
| ALEENA IJAZ | 3.40 | at | $660.00 | = | $2,244.00 |
| JENNA H. BECKER | 14.60 | at | $660.00 | = | $9,636.00 |
| RISA J. SLAVIN | 3.00 | at | $430.00 | = | $1,290.00 |
| | | | Current Fees | | $96,022.00 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$96,022.00** |
| **Prior Balance Due** | | $101,335.00 |

| | |
|---|---|
| **Total Balance Due Upon Receipt** | $197,357.00 |