IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMERON JEHL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:19-cv-091-NBB-JMV |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN; GGNSC ADMINISTRATIVE SERVICES LLC D/B/A GOLDEN VENTURES; AND GGNSC CLINICAL SERVICES LLC D/B/A GOLDEN CLINICAL SERVICES, | ) ) ) ) ) ) ) ) | Oral Argument Requested |
| Defendants. | ) | |

**RELATOR'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO SUPPLEMENT THEIR MOTION FOR ATTORNEYS FEES**

Relator hereby submits his Response in Opposition to Defendants' Motion to Supplement Their Motion for Attorneys' Fees 368.

In support of this response, Relator submits a memorandum and also the following Exhibit:

Exhibit 1   Color coded copy of Akin's April 2023 invoice highlighting time spent on exhibits (Salcido declaration in purple and other exhibits in peach).

Respectfully submitted,

/s/ Robert B. McDuff
Robert B. McDuff (MSB # 2532)
Law Office of Robert B. McDuff
767 North Congress St.
Jackson, MS 39202
601.259.8484 (Telephone)
rbm@mcdufflaw.com

1

Richard R. Barrett (MSB #99108)
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, MS 38655
662.380.5018 (Telephone)
rrb@rrblawfirm.net

Philip N. Elbert (admitted pro hac vice)
Kendra E. Samson (admitted pro hac vice)
Nathan C. Sanders (admitted pro hac vice)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
pelbert@nealharwell.com
ksamson@nealharwell.com
nsanders@nealharwell.com

*Counsel for Relator*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th of June, 2023, the following counsel were served by operation of the Court's electronic filing system:

Margaret Sams Gratz, Esq.
Mitchell, McNutt & Sams, P.A.
P. O. Box 7120
Tupelo, MS 38802-7120
mgratz@mitchellmcnutt.com

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006-1037
rsalcido@akingump.com

Counsel for Defendants

J. Harland Webster, Assistant U.S. Attorney
Office of the United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655-3608
joseph.webster@usdoj.gov

Counsel for the United States of America

*/s/ Robert B. McDuff*