# EXHIBIT A

Akin Gump Strauss Hauer & Feld LLP  T +1 202.887.4000
Robert S. Strauss Tower  F +1 202.887.4288
2001 K Street N.W.  akingump.com
Washington, DC 20006



GOLDEN LIVING  Invoice Number  2040161
ATTN: PAM ROBERTS  Invoice Date  05/26/23
SVP - CHIEF LEGAL OFFICER  Client Number  684751
1000 FIANNA WAY  Matter Number  0024
FORT SMITH, AR 72919

Re: FALSE CLAIMS ACT QUI TAM LAWSUIT

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/23 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 04/06/23 | RSS | Participated in call with client regarding ▮▮▮ (0.4). Reviewed case law to evaluate applicable legal standard to draft fee petition (1.7). | 2.10 | $1,617.00 |
| 04/08/23 | RSS | Reviewed case law to file opposition to motion for reconsideration. | 3.20 | $2,464.00 |
| 04/09/23 | RSS | Drafted Declaration in support of fee petition (.8); reviewed case law associated with fee petition (2.8). | 3.60 | $2,772.00 |
| 04/10/23 | EIG | Review and analyze motion for reconsideration. | 0.30 | $150.00 |
| 04/10/23 | RSS | Reviewed case law to draft fee petition (2.9). Drafted declaration in support of fee petition (2.0). | 4.90 | $3,773.00 |
| 04/11/23 | RSS | Reviewed court filings to draft opposition to relator's motion for reconsideration. | 2.50 | $1,925.00 |
| 04/12/23 | EIG | Confer with R. Salcido re attorneys' fees filing (0.1). Confer with A. Ijaz re same (0.1). | 0.20 | $100.00 |
| 04/12/23 | RSS | Communicated with staff regarding documents needed to document fees for petition (0.5). Reviewed case law to draft fee petition (0.9). | 1.40 | $1,078.00 |
| 04/14/23 | RSS | Reviewed case law and prior pleadings to draft opposition to motion for reconsideration. | 1.80 | $1,386.00 |
| 04/16/23 | RSS | Drafted opposition to Relator's motion for reconsideration. | 5.90 | $4,543.00 |
| 04/17/23 | EIG | Confer with A. Ijaz re attorneys' fee motion. | 0.40 | $200.00 |
| 04/18/23 | EIG | Review and analyze invoices for attorneys' fee motions (0.6). Confer with paralegals re redaction of same (0.1). | 0.70 | $350.00 |
| 04/18/23 | RSS | Drafted opposition to Relator's motion for reconsideration (3.5). Reviewed prior submissions to the government to prepare declaration in support of attorney fees (1.7). | 5.20 | $4,004.00 |
| 04/19/23 | JHB | Review email from E. Gerry re motion for attorney's fee research and exhibits (0.2). Confer with E. Gerry re same (0.5). Research case law re attorney's | 4.80 | $3,168.00 |

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| | | fees (1.8). Draft analysis re the same (2.3). | | |
| 04/19/23 | EIG | Review and analyze invoices for attorneys' fee motions and confer with M. Holness re redaction of same (1.1). Confer with J. Becker re review of declarations and case law research for attorneys' fee declaration (0.2). | 1.30 | $650.00 |
| 04/19/23 | RSS | Drafted Declaration in support of motion for attorney fees (2.9). Drafted opposition to motion for reconsideration (1.9). | 4.80 | $3,696.00 |
| 04/20/23 | JHB | Draft email to E. Gerry re attorney's fee case law research. | 0.30 | $198.00 |
| 04/20/23 | EIG | Review and revise response to motion for reconsideration. | 2.70 | $1,350.00 |
| 04/20/23 | MRH | Review email from E. Gerry re redaction of document re motion for attorneys' fees (0.1). Redact documents re same (0.9). | 1.00 | $390.00 |
| 04/20/23 | JMM | Consult with M. Holness re: redacting invoices for motion for attorneys' fees. | 2.50 | $575.00 |
| 04/20/23 | RSS | Prepared declaration regarding basis for obtaining attorney fees in this litigation. | 2.90 | $2,233.00 |
| 04/21/23 | EIG | Review and revise response to motion for reconsideration (3.3) Confer with R. Salcido re same (0.4). Confer with paralegals re cite check of same (0.2). | 3.90 | $1,950.00 |
| 04/21/23 | EIG | Review and analyze redacted invoices re motion for attorneys' fees. | 0.20 | $100.00 |
| 04/21/23 | JMM | Redact documents (0.4). Review all of the documents for accuracy of redactions (0.6). | 1.00 | $230.00 |
| 04/21/23 | RSS | Drafted opposition to motion for reconsideration. | 2.70 | $2,079.00 |
| 04/21/23 | RS | Cite check, proofread, and revise opposition to motion for reconsideration of fees. | 2.20 | $946.00 |
| 04/22/23 | EIG | Confer with A. Ijaz re research on attorneys' fees. | 0.30 | $150.00 |
| 04/23/23 | JHB | Research ▓▓▓▓▓▓▓▓▓ and case law re attorney's fee motion exhibits. | 2.70 | $1,782.00 |
| 04/23/23 | RSS | Reviewed and revised draft memorandum in response to Relator's motion for reconsideration (1.1). Reviewed relevant case law to revise motion for reconsideration (0.8). | 1.90 | $1,463.00 |
| 04/24/23 | JHB | Analyze case law and documentation in support of motion for attorneys' fees (4.8). Draft exhibits re same (2.6). Confer with E. Gerry re same (1.0). | 8.40 | $5,544.00 |
| 04/24/23 | EIG | Confer with R. Salcido re response to motion for consideration (0.4). Review and revise same (0.9). | 1.30 | $650.00 |
| 04/24/23 | EIG | Confer with R. Salcido re motion for attorneys' fees (0.3). Confer with A. Ijaz re same (0.1). Confer with J. Becker re same (0.4). Revise draft declaration for R. Salcido for motion for attorneys' fees (2.8). | 3.60 | $1,800.00 |
| 04/24/23 | AI | Research case law regarding reasonable rate of attorney's fees (1.5). Draft insert for filing re the same (2.3). Correspond with E. Gerry re the same (0.4). | 4.20 | $2,772.00 |
| 04/24/23 | RSS | Reviewed case law to assess what additions should be made to fee petition (1.3). Reviewed and revised memorandum in support of response to relator's motion for reconsideration (1.1). Reviewed case law to revise memorandum in support of response to relator's motion for reconsideration (0.4). | 2.80 | $2,156.00 |

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 04/25/23 | JHB | Review and revise exhibits regarding attorney's fees (2.2). Confer with E. Gerry re same (1.2). | 3.40 | $2,244.00 |
| 04/25/23 | EIG | Revise and draft declarations for motion for attorneys' fees (10.2). Confer with J. Becker re same (0.5). Confer with R. Salcido re same (0.5). | 12.00 | $6,000.00 |
| 04/25/23 | RSS | Drafted Declaration in support of the fee petition. | 4.60 | $3,542.00 |
| 04/26/23 | JHB | Revise exhibits regarding attorneys' fees (3.6). Confer with E. Gerry re same (0.1). | 3.70 | $2,442.00 |
| 04/26/23 | EIG | Confer with client and attorneys re declarations for motion for attorneys' fees (1.2). Revise same (1.9). Confer with J. Becker re same (0.1); draft brief re same (6.0). | 9.20 | $4,600.00 |
| 04/26/23 | RSS | Drafted revisions to Declaration in support of brief (2.8). Reviewed prior filings with court to revise draft declaration (0.7). | 3.50 | $2,695.00 |
| 04/27/23 | JHB | Prepare exhibits for motion for attorneys' fees (4.8). | 4.80 | $3,168.00 |
| 04/27/23 | EIG | Draft brief re motion for attorneys' fees (13.0). Revise exhibits re same (4.5). Confer with Akin team re same (2.1). Confer with local counsel re same (0.3). Confer with client re same (1.1). | 21.00 | $10,500.00 |
| 04/27/23 | OOM | Create exhibits for motion for attorneys' fees. | 4.40 | $3,916.00 |
| 04/27/23 | RSS | Reviewed and revised draft brief (2.8). Drafted declaration (1.4). | 4.20 | $3,234.00 |
| 04/28/23 | EIG | Prepare and file motion and memorandum ISO motion for attorneys' fees. | 1.50 | $750.00 |
| | | Total Hours | 160.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ROBERT S. SALCIDO | 58.00 | at | $770.00 | = | $44,660.00 |
| OLUWAREMILEKUN O. MEHNER | 4.40 | at | $890.00 | = | $3,916.00 |
| EMILY I. GERRY | 58.60 | at | $500.00 | = | $29,300.00 |
| ALEENA IJAZ | 4.20 | at | $660.00 | = | $2,772.00 |
| JENNA H. BECKER | 28.10 | at | $660.00 | = | $18,546.00 |
| RISA J. SLAVIN | 2.20 | at | $430.00 | = | $946.00 |
| JENIFFER M. MERCEDES | 3.50 | at | $230.00 | = | $805.00 |
| MICHELLE R. HOLNESS | 1.00 | at | $390.00 | = | $390.00 |

Current Fees                                                              $101,335.00

**Total Amount of This Invoice**                                          **$101,335.00**