**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**3:21-MC-3**

**REASSIGNMENT OF CASES ASSIGNED TO
SENIOR DISTRICT JUDGE NEAL B. BIGGERS, JR.**

The Clerk of Court is directed to randomly reassign all criminal and civil cases pending

before United States Senior District Judge Neal B. Biggers, Jr.

**SO ORDERED**, this 14th day of August, 2023.

_____

**DEBRA M. BROWN, CHIEF JUDGE**