IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**            **PLAINTIFFS**
**CAMERON JEHL**

**V.**            **NO: 3:19-CV-091-GHD-JMV**

**GGNSC SOUTHAVEN LLC D/B/A
GOLDEN LIVINGCENTER-
SOUTHAVEN; GGNSC
ADMINISTRATIVE SERVICES LLC
D/B/A GOLDEN VENTURES; AND
GGNSC CLINICAL SERVICES LLC**            **DEFENDANTS**
**D/B/A GOLDEN CLINICAL SERVICES**

## ORDER DENYING RELATOR'S MOTION FOR RECONSIDERATION

In accordance with the memorandum opinion issued this day, it is ORDERED AND ADJUDGED that the relator's motion for reconsideration [352] is DENIED. The Court will address the monetary amount of attorneys' fees and expenses in a forthcoming opinion as discussed below.

The Court, having carefully reviewed the record, is of the opinion that the matter of the amount of attorneys' fees has been fully addressed and briefed by the parties. The Court is also of the opinion that further submissions of evidence or additional briefing is not required under these circumstances. The Court will address the amount of attorneys' fees based on the record before the Court at this juncture.

SO ORDERED, this the 2nd day of February, 2024.

                                                           SENIOR U.S. DISTRICT JUDGE