IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**            **PLAINTIFF**
**CAMERON JEHL**

**V.**         **NO: 3:19-CV-091-GHD-JMV**

**GGNSC SOUTHAVEN LLC D/B/A**
**GOLDEN LIVINGCENTER-**
**SOUTHAVEN; GGNSC**
**ADMINISTRATIVE SERVICES LLC**
**D/B/A GOLDEN VENTURES; AND**
**GGNSC CLINICAL SERVICES LLC**
**D/B/A GOLDEN CLINICAL SERVICES**         **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day the Court hereby ORDERS the following:

1. The Defendants' Motion for Attorneys' Fees and Other Expenses [356] is GRANTED IN PART AND DENIED IN PART with the Defendants awarded attorneys' fees and expenses as follows:

    a. $727,270.00 in attorneys' fees for Robert Salcido, Emily Gerry, Catherine Creely, and Maureen McDonald of the firm Akin Gump Strauss Hauer & Feld LLP,

    b. $153,457.33 in attorneys' fees for Margaret Sams Gratz, Brad Dillard, William Armistead, Amanda Burch, and Casey Burgess of the firm Mitchell, McNutt & Sams,

    c. $11,758.74 in attorney's fees for Lily North of the firm Benesch, Friendlander, Coplan, & Arnoff,

    d. $5,676.00 in attorney's fees for Michael Phillips of the firm Hagwood and Tipon, P.C.,

1

e. $14,197.50 in attorney's fees for Kynda Almefty of the firm Hardin, Jesson, & Terry, PLC,

f. $6,454.80 in attorney's fees for Jan Ahrens of the firm Quintarios, Prieto, Wood & Boyer, PA,

g. $6,188.50 in attorney's fees for Mark Brennan of the firm Woods Rogers Vandeventer Black, PLC,

h. $18,725.00 in attorney's fees for Paul Killeen,

i. $14,197.50 in expenses for KLDiscovery Ontrack, LLC.,

j. $7,578.60 in expert expenses for Robert Lane,

k. $14,680.00 in expert expenses for Rick Harris, and

l. $21,240.00 in expert expenses for W. Shane Hariel;

2. The Plaintiff's Motion to Strike [367] is DENIED AS MOOT; and

3. The Defendants' Supplemental Motion for Attorneys' Fees and Other Expenses [368] is GRANTED IN PART AND DENIED IN PART as follows:

a. $56,950.00 in attorneys' fees for Robert Salcido, Emily Gerry, Jenna Becker, Caroline Kessler, and Oluwaremilekun Mehner of the firm Akin Gump Strauss Hauer & Feld LLP.

The total amount of attorneys' fees and expenses to be awarded to the Defendants is $1,058,373.97.

SO ORDERED AND ADJUDGED, this the 14th day of March, 2024.

*[signature]*
SENIOR U.S. DISTRICT JUDGE