IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMERON JEHL | PLAINTIFFS |
| VS. | NO. 3:19CV091-MPM-JMV |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVINGCENTER-SOUTHAVEN; GGNSC ADMINISTRATIVE SERVICES LLC D/B/A GOLDEN VENTURES; GGNSC CLINICAL SERVICES LLC D/B/A GOLDEN CLINICAL SERVICES; GGNSC HOLDINGS LLC D/B/A GOLDEN HORIZONS; GOLDEN GATE NATIONAL SENIOR CARE LLC D/B/A GOLDEN LIVING; GGNSC EQUITY HOLDINGS LLC; DRUMM CORP.; AND RONALD E. SILVA | DEFENDANTS |

## UNOPPOSED MOTION TO WITHDRAW

COMES NOW, the law firm of Mitchell McNutt & Sams, P.A. (Mitchell McNutt), and files this Unopposed Motion to Withdraw as Counsel as attorney of record for GGNSC Southaven, LLC d/b/a Golden Living Center- Southaven; GGNSC Administrative Services, LLC d/b/a Golden Ventures; and GGNSC Clinical Services, LLC d/b/a Golden Clinical Services and as grounds for said Motion would show unto the Court the following:

1. That GGNSC Southaven, LLC d/b/a Golden Living Center-Southaven; GGNSC Administrative Services, LLC d/b/a Golden Ventures; and GGNSC Clinical Services, LLC d/b/a Golden Clinical Services ("Defendants") are represented by Margaret Sams Gratz;

2. That Ms. Gratz has left the employment of Mitchell McNutt and has joined the law firm of Gratz and Gratz, P.A., thus, withdrawal of Mitchell McNutt is necessary;

40155404v1

3. That Ms. Gratz and the law firm of Gratz & Gratz have entered an appearance for the Defendants and have appeared as counsel of record for the Defendants;

4. That the Defendants have been advised of the undersigned's withdrawal; and

5. That Plaintiff has no objection to this Motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned law firm hereby requests that this Court allow it to withdraw as counsel of record for the Defendants.

This the 8th day of April, 2024.

RESPECTFULLY SUBMITTED:

By: /s/ John G. Wheeler
JOHN G. WHEELER, MBA #8622

OF COUNSEL:

MITCHELL MCNUTT
105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
Telephone: 662-842-3871
Facsimile: 662-842-8450

40155404v1

## CERTIFICATE OF SERVICE

I, John G. Wheeler, attorney for the defendants, hereby certify that I have this day served a true and correct copy of the above and foregoing MOTION TO WITHDRAW on counsel by electronic mail only as follows:

>Philip N. Elbert, Esq.
>Lisa P. Binder, Esq.
>Nathan C. Sanders, Esq.
>Kendra E. Samson, Esq.
>Neal & Harwell, PLC
>1201 Demonbreun St., Suite 1000
>Nashville, TN 37203
>Telephone: 615-726-0573
>pelbert@nealharwell.com
>lbinder@nealharwell.com
>nsanders@nealharwell.com
>ksamson@nealharwell.com
>
>Richard Runft Barrett
>Law Offices of Richard R. Barrett, PLLC
>2086 Old Taylor Road
>Ste 1011
>Oxford, Mississippi 38655
>Telephone: 662-380-5018
>rrb@rrblawfirm.net
>
>Robert B. McDuff
>Robert B. McDuff, Attorney
>767 North Congress Street
>Jackson, Mississippi 39202
>Telephone: 601-969-0802
>rbm@mcdufflaw.com
>
>Margaret Sams Gratz, Esq.
>Gratz & Gratz, P.A.
>312 North Green Street
>Tupelo, MS 38804
>margaret@gratzandgratz.com

DATED, this the 8th day of April, 2024.

>/s/ John G. Wheeler
>JOHN G. WHEELER

40155404v1