## Fees and Expenses After Defendants Raised Guidance Argument
## (April 19, 2021, through May 2023)

### *Akin Gump*
(Dkt. Nos. 356-3, 356-4, 368-1, 368-3, 368-4)

| Attorney | Hours Billed | Reduction for Vagueness and Excessiveness | Compensable Hours | Rate | Total Fees |
|---|---|---|---|---|---|
| Salcido | 986.4 | 20% | 789.1 | $450 | $355,104 |
| Gerry | 410.5 | 20% | 328.4 | $150 | $49,260 |
| McDonald | 2 | 20% | 1.6 | $200 | $320 |
| Becker | 42.7 | 20% | 34.2 | $150 | $5,124 |
| Kessler | 15.9 | 20% | 12.7 | $200 | $2,544 |
| Mehner | 13.5 | 20% | 10.8 | $200 | $2,160 |

### *Mitchell McNutt*
(Dkt. Nos. 356-6, 368-1)

| Fees Sought | Reduction for Vagueness and Duplication | Total Fees |
|---|---|---|
| $44,051 | 12% | $38,764.88 |

### *Other Fees and Expenses Awarded by Court*
(Dkt. Nos. 356-7, 356-9, 356-13, 356-15, 368-1)

| Firm/Source | Total Fees and Expenses |
|---|---|
| Quintairos, Prieto, Wood & Boyer, PA (J. Ahrens) | $4,455 |
| Expert Expenses | $19,398.60 |
| E-Discovery Expenses | $11,975.74 |
| Fee Applications (Benesch, Killeen, Hagwood and Tipton, P.C.) | $1,540 |

**Grand Total: $490,646.22**

### Fees and Expenses Before Motion to Dismiss Denied
### (Beginning to December 14, 2020)

#### *Akin Gump*
(Dkt. Nos. 356-3, 356-4, 368-1)

| Attorney | Hours Billed | Reduction for Vagueness and Excessiveness | Compensable Hours | Rate | Total Fees |
|---|---|---|---|---|---|
| Salcido | 745.8 | 20% | 596.6 | $450 | $268,488 |
| Creely | 46.9 | 20% | 37.5 | $250 | $9,380 |
| McDonald | 6.3 | 20% | 5.0 | $200 | $1,008 |

#### *Mitchell McNutt*
(Dkt. Nos. 356-6, 368-1)

| Fees Sought | Reduction for Vagueness and Duplication | Total Fees |
|---|---|---|
| $48,484.30 | 12% | $42,666.18 |

#### *Other Fees and Expenses Awarded by Court*
(Dkt. Nos. 356-7, 356-9, 356-13, 356-15, 368-1)

| Firm/Source | Total Fees/Expenses |
|---|---|
| Benesch, Friedlander, Coplan & Aronoff (L. North) | $5,374.18 |
| Hagwood and Tipton, P.C. (M. Phillips) | $5,286.00 |
| Woods Rogers Vandeventer Black, PLC (M. Brennan) | $5,774.50 |
| Hardin Jesson & Terry (K. Almefty) | $1,102.50 |

**Grand Total:   $339,079.36**