# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**CAMERON JEHL**                                                                                      **PLAINTIFFS**

**v.**                                           **CIVIL ACTION NO.: 3:19-CV-091-MPM-JMV**

**GGNSC SOUTHAVEN LLC D/B/A GOLDEN**
**LIVING CENTER-SOUTHAVEN et al.**                                                        **DEFENDANTS**

## ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL

**THIS CAUSE** is before the Court on the motion [Doc. No. 379] of Attorney John Wheeler to have the firm of Mitchell McNutt & Sams, P.A. ("Mitchell McNutt") as well as its attorneys (Wheeler, Lamar Bradley Dillard, and William Grant Armistead) be withdrawn from the representation of Defendants GGNSC Southaven, LLC d/b/a Golden Living Center-Southaven; GGNSC Administrative Services, LLC d/b/a Golden Ventures; and GGNSC Clinical Services, LLC d/b/a Golden Clinical Services ("Defendants"). The Defendants will continue to be represented in this cause by Margaret Sams Gratz and the law firm of Gratz & Gratz, P.A., as local counsel. Attorney Gratz will also now be associated with foreign attorney Robert S. Salcido, who was previously granted *pro hac vice* status on December 4, 2019 [Doc. No. 26], and will also continue to represent Defendants.

The Court having considered the matter, including the representation made by Attorney Gratz to the undersigned's chambers that Defendants do not oppose the withdrawal of the firm Mitchell McNutt and the three aforementioned attorneys as counsel of record for these same defendants, and otherwise being fully informed in the premises, finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the law firm Mitchell McNutt and its attorneys Wheeler, Dillard, and Armistead withdrawal as counsel of record for Defendants in this matter is hereby authorized and approved. Additionally, local attorney Gratz is hereby associated with foreign attorney Salcido.

**SO ORDERED** on this the 11th day of April, 2024.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**