# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA, ex rel.**                                              **PLAINTIFF**
**CAMERON JEHL**

**V.**                                     **NO: 3:19-CV-091-GHD-JMV**

**GGNSC SOUTHAVEN LLC D/B/A**
**GOLDEN LIVINGCENTER-**
**SOUTHAVEN; GGNSC**
**ADMINISTRATIVE SERVICES LLC**
**D/B/A GOLDEN VENTURES; AND**
**GGNSC CLINICAL SERVICES LLC**
**D/B/A GOLDEN CLINICAL SERVICES**                          **DEFENDANTS**

## ORDER EXTENDING AUTOMATIC STAY

Presently before the Court is the Plaintiff-Relator's Motion to Deposit Funds for Appeal Bond [382]. This motion was filed April 11, 2024, and supplemented with a memorandum in support on April 12, 2024. Fed. R. Civ. Pro. 62(a) stays enforcement of a judgment for 30 days after its entry, and in this case, the stay of the judgment is set to expire April 13, 2024.

Given that this motion was not presented to the Court until the very eve of the automatic stay's conclusion, there is insufficient time for both the Court to review the submissions of the Plaintiff-Relator and for the opposing parties to present any response in opposition. Further, the Court has been made aware that the Defendants oppose the Plaintiff-Relator's motion [382], at least to some degree. Given the current posture of this case, specifically this pending motion [382], the Court finds it appropriate to extend the automatic stay as permitted by Fed. R. Civ. Pro. 62(a) for a period of sixteen (16) days. The Defendants should file a response to the Motion [382] by April 23, 2024. The Plaintiff-Relator's reply, if any, should be filed by April 29, 2024. As noted above, the automatic stay is extended until April 29, 2024.

SO ORDERED, this the 12th day of April, 2024.

                                                                        SENIOR U.S. DISTRICT JUDGE