**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel.**<br>**CAMERON JEHL,** | |
| **Plaintiffs,** | |
| **v.** | Case No. 3:19cv091-NBB-JMV |
| **GGNSC SOUTHAVEN LLC D/B/A**<br>**GOLDEN LIVING CENTER-**<br>**SOUTHAVEN et al.** | |
| **Defendants.** | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO RELATOR'S MOTION TO ALTER OR AMEND THE AMOUNT OF JUDGMENT REGARDING ORDER FINDING THAT THIS CASE IS FRIVOLOUS AND GRANTING ATTORNEYS' FEES TO DEFENDANTS**

Defendants respectfully submit their Joint Response in Opposition to Relator's Motion to Alter or Amend the Amount of Judgment Regarding Order Finding That This Case Is Frivolous and Granting Attorneys' Fees to Defendants.

The Motion is supported by the supporting Memorandum of Law filed herewith.

Date: April 23, 2024                    Respectfully submitted,

*/s/ Margaret Sams Gratz*
Margaret Sams Gratz, Esq. (MSB # 99231)
Gratz & Gratz, P.A.
312 North Green St.
Tupelo, MS 38804
Tel (662) 844-5531
Fax (662) 844-8747
margaret@gratzandgratz.com

Robert Salcido (*pro hac vice*)
D.C. Bar No. 447951

California Bar No. 139138
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

***Attorneys for Defendants***
**GGNSC Southaven LLC; GGNSC
Administrative Services LLC; GGNSC
Clinical Services**

## CERTIFICATE OF SERVICE

This is to certify that I, Robert Salcido, one of the attorneys for GGNSC Southaven, LLC individually and on behalf of all Defendants have this day furnished a true and correct copy of the above and foregoing **DEFENDANTS' RESPONSE IN OPPOSITION TO RELATOR'S MOTION TO RECONSIDER ORDER FINDING THAT THIS CASE IS FRIVOLOUS AND GRANTING ATTORNEYS' FEES TO DEFENDANTS** to the following via ECF filing:

Robert B. McDuff (MSB # 2532)
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
Telephone: 601.259.8484
rbm@mcdufflaw.com

Richard R. Barrett (MSB #99108)
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, MS 38655
Telephone 662.380.5018
rrb@rrblawfirm.net

Philip N. Elbert, Esq.
Lisa P. Binder, Esq.
Nathan C. Sanders, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
pelbert@nealharwell.com
lbinder@nealharwell.com
nsanders@nealharwell.com

This 23rd day of April, 2024.

_/s/ Robert Salcido_____
ROBERT SALCIDO