# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. CAMERON JEHL,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN et al.**<br><br>**Defendants.** | Case No. 3:19cv091-MPM-JMV |

## DEFENDANTS' RESPONSE IN OPPOSITION TO RELATOR'S MOTION TO APPROVE SECURITY FOR APPEAL AND DEPOSIT THE FUNDS IN THE REGISTRY OF THE COURT

Defendants respectfully submit their Joint Response in Opposition to Relator's Motion to Approve Security for Appeal and Deposit the Funds in the Registry of the Court.

The Opposition is supported by the following exhibit and the supporting Memorandum of Law filed herewith:

**Exhibit 1** – [Proposed] Order Setting Amount of Security for Appeal and Authorizing Deposit of the Funds in the Registry of the Court.

April 23, 2024

Respectfully submitted,

*/s/ Margaret Sams Gratz*
Margaret Sams Gratz, Esq. (MSB # 99231)
Gratz & Gratz, P.A.
312 North Green St.
Tupelo, MS 38804
Tel (662) 844-5531
Fax (662) 844-8747
margaret@gratzandgratz.com

Robert Salcido (*pro hac vice*)
D.C. Bar No. 447951
California Bar No. 139138
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

*Attorneys for Defendants*
**GGNSC Southaven LLC D/B/A Golden LivingCenter-Southaven; GGNSC Administrative Services LLC; GGNSC Clinical Services**

## CERTIFICATE OF SERVICE

This is to certify that I, Robert Salcido, one of the attorneys for GGNSC Southaven, LLC individually and on behalf of all Defendants have this day furnished a true and correct copy of the above and foregoing **DEFENDANTS' RESPONSE IN OPPOSITION TO RELATOR'S MOTION TO APPROVE SECURITY FOR APPEAL AND DEPOSIT THE FUNDS IN THE REGISTRY OF THE COURT** to the following via ECF filing:

Robert B. McDuff (MSB # 2532)
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
Telephone: 601.259.8484
rbm@mcdufflaw.com

Richard R. Barrett (MSB #99108)
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, MS 38655
Telephone 662.380.5018
rrb@rrblawfirm.net

Philip N. Elbert, Esq.
Lisa P. Binder, Esq.
Nathan C. Sanders, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
pelbert@nealharwell.com
lbinder@nealharwell.com
nsanders@nealharwell.com

This the 23rd day of April 2024.

                                               */s/ Robert Salcido*
                                               ROBERT SALCIDO