**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) | |
| CAMERON JEHL, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:19-cv-091-NBB-JMV |
| ) | |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN ) | |
| LIVINGCENTER-SOUTHAVEN; GGNSC ) | |
| ADMINISTRATIVE SERVICES LLC D/B/A ) | |
| GOLDEN VENTURES; AND GGNSC ) | |
| CLINICAL SERVICES LLC D/B/A GOLDEN ) | |
| CLINICAL SERVICES, ) | |
| ) | |
|     Defendants. ) | |

**[PROPOSED] ORDER SETTING AMOUNT OF SECURITY FOR APPEAL AND
AUTHORIZING DEPOSIT OF THE FUNDS IN THE REGISTRY OF THE COURT**

Pursuant to Fed. R. App. P. 8(a)(1)(B), Fed. R. Civ. P. 62(b), and Fed. R. Civ. P. 67, the Court hereby ORDERS that Plaintiff-Relator must post security in the amount of $1,367,388.91 to stay execution of the judgment pending appeal. A stay resulting from posting security will remain in effect until issuance of the mandate by the United States Court of Appeals in response to a timely appeal filed in this case. Defendants may, for good cause, move this Court for relief from such stay, including modifying or vacating such stay, if (i) subsequent events render such deposited funds, and any interest earned thereon, to be less than adequate security and protection, or if (ii) Plaintiff-Relator's appeal is dismissed, abandoned, and/or stayed.

In order to effectuate this security, the Plaintiff-Relator, Cameron Jehl, must, within ten (10) days of the date of this Order, post a supersedeas bond in the amount of $1,367,388.91 or

deposit $1,367,388.91 by certified check or the equivalent or by some other means of transfer approved by the Clerk, made payable to "U.S. District Court," and delivered, together with a copy of this Order, to the Clerk of the Court.

Should Relator deposit funds with the Court, the following provisions apply:

1. The Clerk of Court is directed to deposit the funds into an interest-bearing account with an authorized depository, as specified in the Order Regarding Deposit and Investment of Registry Funds, dated February 8, 2017 (which can be found on the website of this Court), and to retain such funds on deposit until further order of the Court. The interest generated by the deposit will serve as additional security for Defendants.

2. Defendants may, following the time the appeal shall be dismissed or the appealed Order affirmed, collect any moneys owed by Plaintiff-Relator to Defendants under the terms of the appealed Order, as may be modified on appeal, as well as costs and statutory interest from the amount deposited with the Court by Plaintiff-Relator, if Plaintiff-Relator does not otherwise pay those sums to Defendants within five (5) business days of the time that the appeal shall be dismissed or the appealed Order affirmed. Defendants may likewise move for supplemental attorneys' fees. Should the Court award supplemental attorneys' fees, Defendants may collect the amount owed from the amount deposited with the Court by Plaintiff-Relator. Collection by Defendants of the funds held by the Court may be accomplished by means of a motion, with notice served on the Clerk of this Court. Any funds remaining, after paying out all moneys owed by Plaintiff-Relator to Defendants, shall be paid to Plaintiff-Relator.

3. If the appealed Order is reversed and set aside completely, then the sums originally deposited with the Court by Plaintiff-Relator, together with any interest earned on such

funds, shall be paid to Plaintiff-Relator. Collection by Plaintiff-Relator of the funds held by the Court may be accomplished by means of a motion, with notice served on the Clerk of this Court.

4. If, following the appeal, the case is remanded to this Court for further proceedings and/or a supplemental opinion, the deposited funds held by the Court, and any interest earned thereon, will continue to be held by the Court to secure any awards to Defendants until such awards becomes final and unappealable.

SO ORDERED AND ADJUDGED this \_\_\_\_ day of April, 2024.

_____
SENIOR U.S. DISTRICT JUDGE