# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> CAMERON JEHL, ) <br> ) <br>     **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> GGNSC SOUTHAVEN LLC D/B/A GOLDEN ) <br> LIVING CENTER-SOUTHAVEN; GGNSC ) <br> ADMINISTRATIVE SERVICES LLC D/B/A ) <br> GOLDEN VENTURES; AND GGNSC ) <br> CLINICAL SERVICES LLC D/B/A GOLDEN ) <br> CLINICAL SERVICES, ) <br> ) <br>     **Defendants.** ) | No. 3:19-cv-091-GHD-JMV |

## NOTICE OF SATISFACTION OF BILL OF COSTS

Defendants GGNSC Southaven LLC, GGNSC Administrative Services, LLC, and GGNSC Clinical Services, LLC hereby acknowledge that Relator, Cameron Jehl, has fully paid the $31,012.65 in costs taxed by the Clerk of Court in this action in the May 3, 2022 Bill of Costs (Dkt. No. 336), inclusive of all interest due on those costs. Relator has not satisfied the judgment awarding attorneys' fees and expenses to Defendants, and the Parties agree that Relator's satisfaction of the May 3, 2022 Bill of Costs has no bearing on the issue of attorneys' fees and expenses, or on any costs post-dating the May 3, 2022 Bill of Costs taxed by the Clerk of Court.

Date: July 16, 2024

Respectfully submitted,

*/s/ Margaret Sams Gratz*
Margaret Sams Gratz, Esq. (MSB # 99231)
Gratz & Gratz, P.A.

312 North Green St.
Tupelo, MS 38804
Tel (662) 844-5531
Fax (662) 844-8747
margaret@gratzandgratz.com

*/s/ Robert Salcido*
Robert Salcido (*pro hac vice*)
D.C. Bar No. 447951
California Bar No. 139138
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

*Attorneys for Defendants*
**GGNSC Southaven LLC; GGNSC Administrative Services LLC; GGNSC Clinical Services**

## CERTIFICATE OF SERVICE

This is to certify that I, Robert Salcido, one of the attorneys for GGNSC Southaven, LLC individually and on behalf of all Defendants have this day furnished a true and correct copy of the above and foregoing **NOTICE OF SATISFACTION OF BILL OF COSTS** to the following via ECF filing:

Robert B. McDuff (MSB # 2532)
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
Telephone: 601.259.8484
rbm@mcdufflaw.com

Richard R. Barrett (MSB #99108)
Law Office of Richard R. Barrett, PLLC
2086 Old Taylor Road
Suite 1011
Oxford, MS 38655
Telephone 662.380.5018
rrb@rrblawfirm.net

Philip N. Elbert, Esq.
Lisa P. Binder, Esq.
Nathan C. Sanders, Esq.
Neal & Harwell, PLC
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
pelbert@nealharwell.com
lbinder@nealharwell.com
nsanders@nealharwell.com

This 16th day of July, 2024.

*/s/ Robert Salcido*
ROBERT SALCIDO