# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> CAMERON JEHL, ) <br> ) <br>    **Plaintiff-Relator,** ) <br> ) <br> v. ) <br> ) <br> GGNSC SOUTHAVEN LLC D/B/A GOLDEN ) <br> LIVINGCENTER-SOUTHAVEN; GGNSC ) <br> ADMINISTRATIVE SERVICES LLC D/B/A ) <br> GOLDEN VENTURES; AND GGNSC ) <br> CLINICAL SERVICES LLC D/B/A GOLDEN ) <br> CLINICAL SERVICES, ) <br> ) <br>    **Defendants.** ) | No. 3:19-cv-091-GHD-JMV |

## NOTICE OF APPEAL

Plaintiff-Relator Cameron Jehl hereby notices his appeal to the United States Court of Appeals for the Fifth Circuit from the orders and judgment of the district court [docs. 349, 378, and 393] dated March 28, 2023, March 14, 2024, and July 12, 2024, requiring the Plaintiff-Relator to pay attorneys' fees to the Defendants.

August 12, 2024.

                                          Respectfully submitted,

                                          /s/ *Robert B. McDuff*
                                          Robert B. McDuff (MSB # 2532
                                          Law Office of Robert B. McDuff
                                          767 North Congress Street
                                          Jackson, MS 39202
                                          601.259.8484 (Telephone)
                                          rbm@mcdufflaw.com

                                          *Counsel for Plaintiff-Relator*

## **CERTIFICATE OF SERVICE**

I certify that on August 12, 2024 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Robert B. McDuff*
Counsel for Plaintiff-Relator