IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA, ex rel.
CAMERON JEHL,                                      )
                                                   )
    Plaintiff-Relator,                             )
                                                   )
v.                                                 )          No.  3:19-cv-091-GHD-JMV
                                                   )
GGNSC SOUTHAVEN LLC D/B/A GOLDEN                    )
LIVING CENTER-SOUTHAVEN; GGNSC                      )
ADMINISTRATIVE SERVICES LLC D/B/A                   )
GOLDEN VENTURES; AND GGNSC                          )
CLINICAL SERVICES LLC D/B/A GOLDEN                  )
CLINICAL SERVICES,                                 )
                                                   )
    Defendants.                                    )

---

## NOTICE OF CROSS-APPEAL

---

Notice is hereby given that Defendants GGNSC Southaven LLC d/b/a Golden Living Center-Southaven, GGNSC Administrative Services LLC d/b/a Golden Ventures, and GGNSC Clinical Services LLC d/b/a Golden Living Clinical Services (collectively "Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the March 14, 2024 Order Granting in Part and Denying in Part Defendants' Motion for Attorney Fees and Other Expenses and Granting in Part and Denying in Part Defendants' Supplemental Motion for Attorney Fees and Other Expenses (ECF No. 378).

Plaintiff-Relator Cameron Jehl previously filed a notice of appeal (ECF No. 396) from the orders and judgment of the district court dated March 28, 2023, March 14, 2024, and July 12, 2024 (ECF Nos. 349, 378, and 393), requiring Plaintiff-Relator to pay attorneys' fees to Defendants, which the Fifth Circuit docketed as Case No. 24-60415.  Defendants submit that the Court was

correct to hold that Defendants are entitled to attorneys' fees and to deny Plaintiff-Relator's motion

seeking reconsideration, but Defendants cross-appeal the amount of fees.


Respectfully submitted,

*/s/ Margaret Sams Gratz*
Margaret Sams Gratz, Esq. (MSB # 99231)
Gratz & Gratz, P.A.
312 North Green St.
Tupelo, MS 38804
Tel (662) 844-5531
Fax (662) 844-8747
margaret@gratzandgratz.com

*/s/ Robert Salcido*
Robert Salcido (pro hac vice)
D.C. Bar No. 447951
California Bar No. 139138
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

***Counsel for Defendants GGNSC
Southaven LLC; GGNSC Administrative
Services LLC; and GGNSC Clinical
Services LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of August, 2024, the foregoing was served on all

counsel of record by operation of the Court's electronic filing system.


/s/ *Robert Salcido*
Counsel for Defendants