# Exhibit 1

**E-mail correspondence from August 7, 2024, and August 8, 2024.**

**Robert McDuff**

| | |
|---|---|
| **From:** | Salcido, Robert <rsalcido@AKINGUMP.COM> |
| **Sent:** | Wednesday, August 7, 2024 2:15 PM |
| **To:** | Robert McDuff |
| **Subject:** | RE: Jehl: resolving fee dispute without an appeal |

Yes, will do. I'm on travel today, but will reach out tomorrow. Thanks, R.S.

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Wednesday, August 7, 2024 10:39 AM
**To:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** Jehl: resolving fee dispute without an appeal

**\*\*EXTERNAL Email\*\***

Hi Robert,

I just left a voicemail for you. Please listen at your earliest convenience and get back to me by phone or email when you can.

I hope all is well. Best wishes,

Rob McDuff

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message