# Exhibit 2

**E-mail correspondence from August 9, 2024, and August 12, 2024.**

**Robert McDuff**

| | |
|---|---|
| **From:** | Robert McDuff <rbm@mcdufflaw.com> |
| **Sent:** | Monday, August 12, 2024 7:33 AM |
| **To:** | 'Salcido, Robert' |
| **Subject:** | RE: Jehl atty fees |

Robert,

I intended to send the email below to you on my phone but accidentally sent it to Cameron instead of you. As stated in that email, we accept your counter-offer. Cameron agrees to forego the appeal and will pay the slightly reduced amount of $1 million instead of the larger amount currently
owed in order to resolve this matter entirely. We can present the Judge
with a joint proposed order distributing $1 million of the deposited amount
to your client and the remainder to Cameron. Are you all in a position to
draft the order and any other papers necessary to memorialize this agreement?

I apologize for the delay caused by sending Saturday's email to the wrong
address. Best wishes.

Rob McDuff


From: Robert McDuff <rbm@mcdufflaw.com>
Sent: Saturday, August 10, 2024 6:51 AM
To: Cameron Jehl <cjehl@jehllawgroup.com>
Cc: Rob McDuff <rbm@mcdufflaw.com>
Subject: Re: Jehl atty fees

Thank you Robert. Although it would be an interesting appeal, Cameron is
ready to get this behind him. He agrees to forego the appeal and will pay the slightly reduced amount of $1 million instead of the larger amount
currently owed. We can present the Judge with a joint proposed order
distributing $1 million of the deposited amount to your client and the
remainder to Cameron. Are you all in a position to draft the order and any
other papers necessary to memorialize this agreement? Sooner is better
since the notice of appeal is due Monday. Thank you. Rob

-----Original Message-----
From: Salcido, Robert <rsalcido@AKINGUMP.COM>
Sent: Friday, August 9, 2024 2:57 PM

1

To: Robert McDuff <rbm@mcdufflaw.com>
Subject: RE: Jehl atty fees

Rob -- thanks for the quick response. I passed this on. They will not take less than $1 million and would prefer going through the appellate process than take less. Happy to talk further if helpful. Thanks, R.S.

-----Original Message-----
From: Robert McDuff <rbm@mcdufflaw.com>
Sent: Friday, August 9, 2024 12:47 PM
To: Salcido, Robert <rsalcido@AKINGUMP.COM>
Subject: Jehl atty fees


**EXTERNAL Email**


Hi Robert. Thanks for calling. I spoke to Cameron. We believe $1 million is a bit high to give up our appeal. But we are willing to meet you all in
the middle and pay $925,000. Thank you. Rob
This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message