# Exhibit 3

**E-mail correspondence from August 12, 2024, at 11:31 AM, 1:50 PM, and 2:11 PM.**

**Robert McDuff**

| | |
|---|---|
| **From:** | Robert McDuff <rbm@mcdufflaw.com> |
| **Sent:** | Monday, August 12, 2024 2:11 PM |
| **To:** | 'Salcido, Robert' |
| **Subject:** | RE: Jehl settlement --- costs |
| **Attachments:** | Stipulation of Dismissal 8-12-24.docx; proposed order distribution of appeal bond 3-19cv91.docx |

Ok. See attached. Please add your signature block to the stipulation and track any changes (or rewrite). If the stipulation is acceptable as is, feel free to go ahead and file it (and change the cert of service so that it's coming from you). And track any changes to the order (or rewrite if you wish). If the order is agreeable, feel free to email directly to the Judge after filing the stip. Or I'm happy to file and/or email the order. Thanks.

**From:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Sent:** Monday, August 12, 2024 1:50 PM
**To:** Robert McDuff <rbm@mcdufflaw.com>
**Subject:** RE: Jehl settlement --- costs

Rob -- The payment amount we will need to settle is $1,000,000, exclusive of any costs previously received. Thanks, R.S.

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Monday, August 12, 2024 11:31 AM
**To:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** Jehl settlement --- costs

**\*\*EXTERNAL Email\*\***

Dear Robert,

Am I correct that the $1,000,000.00 figure includes the $32,355.68 in costs that you have already received?

Thanks,

Rob

1

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message