# Exhibit 5

**Draft Stipulation by Robert McDuff, with Emily Gerry edits agreed to by Robert McDuff.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| CAMERON JEHL, | ) | |
| | ) | |
| Plaintiff-Relators, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-091-GHD-JMV |
| | ) | |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN; GGNSC ADMINISTRATIVE SERVICES LLC D/B/A GOLDEN VENTURES; AND GGNSC CLINICAL SERVICES LLC D/B/A GOLDEN CLINICAL SERVICES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

The parties have reached an agreement to resolve this case on the following terms:

~~The Relator~~The Plaintiff-Relator (hereinafter the "Relator") will pay the sum of $1,000,000.00 as a compromise amount to resolve the prior court-ordered ~~payment of a larger amount~~award of $1,058,373.97 ~~of~~ in attorneys' fees to the Defendants plus interest. (The costs previously awarded, $31,012.65 plus interest, were recently paid to the Defendants by Relator's~~'~~ counsel, see ECF No. 395).

Both parties agree not to appeal the attorneys' fee award.

The parties are submitting a joint order to the Court that would direct the Clerk to distribute $1,000,000.00 to the Defendants and the remainder to ~~the Plaintiff~~the Relator of the appeal bond of $1,192,807.15 previously ordered by the Court and deposited into the Registry of the Court by the Relator.

This stipulation of dismissal will take effect upon the filing of the Court's order directing the distribution of the appeal bond.

Respectfully submitted,

/s/ Robert B. McDuff
Robert B. McDuff (MSB # 2532)
Law Office of Robert B. McDuff
767 North Congress Street
Jackson, MS 39202
601.259.8484 (Telephone)
rbm@mcdufflaw.com

*Counsel for Relator*

/s/ Margaret Sams Gratz
Margaret Sams Gratz, Esq. (MSB # 99231)
Gratz & Gratz, P.A.
312 North Green St.
Tupelo, MS 38804
Tel (662) 844-5531
Fax (662) 844-8747
margaret@gratzandgratz.com

/s/ Robert Salcido
Robert Salcido (pro hac vice)
D.C. Bar No. 447951
California Bar No. 139138
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288
rsalcido@akingump.com

*Counsel for Defendants GGNSC Southaven LLC; GGNSC Administrative Services LLC; GGNSC Clinical Services*

ADD SALCIDO SIGNATURE

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of August, 2024, the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

                                                   /s/ *Robert B. McDuff*
                                                   Counsel for Relator