# Exhibit 6

**Draft Proposed Order by Robert McDuff, with minor Emily Gerry edits agreed to by Robert McDuff.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> CAMERON JEHL, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GGNSC SOUTHAVEN LLC D/B/A GOLDEN ) <br> LIVINGCENTER-SOUTHAVEN; GGNSC ) <br> ADMINISTRATIVE SERVICES LLC D/B/A ) <br> GOLDEN VENTURES; AND GGNSC ) <br> CLINICAL SERVICES LLC D/B/A GOLDEN ) <br> CLINICAL SERVICES, ) <br> ) <br>    Defendants. ) | No. 3:19-cv-091-GHD-JMV |

## ORDER REGARDING DISTRIBUTION OF
## FUNDS IN THE REGISTRY OF THE COURT

The parties have filed a stipulation of dismissal stating that they have each agreed to forego their right to appeal regarding the Court's prior orders relating to the award of fees to be paid by the Relator to the Defendants and have reached a compromise on the amount of fees the Relator will pay. In accordance with that compromise, the Court hereby orders that the appeal bond previously ordered by the Court in the amount of $1,192,807.15 and deposited by the Relator into the Registry of the Court, be distributed as follows:

    $1,000,000.00 should be distributed to the Defendants.

    The amount remaining, which consists of $192,807.15 plus any interest that has accrued on the entire appeal bond, should be distributed to the Relator.

The parties are instructed to contact the Financial Administrator of the Court to provide the necessary details for the distribution of these amounts.

Based upon the Stipulation of Dismissal filed by the parties in light of their resolution of the remaining issues in this matter, this case is hereby DISMISSED.

SO ORDERED AND ADJUDGED this _____ day of April, 2024.

_____
SENIOR U.S. DISTRICT JUDGE

Submitted By:

s/ Robert B. McDuff
Counsel for Relator

s/ Robert Salcido
Counsel for Defendant