# Exhibit 8

**E-mail correspondence from Robert Salcido on August 12, 2024, at 9:29 PM.**

**Robert McDuff**

---

| | |
|---|---|
| **From:** | Salcido, Robert <rsalcido@AKINGUMP.COM> |
| **Sent:** | Monday, August 12, 2024 9:29 PM |
| **To:** | Robert McDuff; Gerry, Emily |
| **Subject:** | RE: Jehl settlement --- costs |

Rob – thanks. We all tried the best we could to get this done. We only learned of the possibility of settlement this morning, about 12 hours ago when sufficient funds were proposed and accepted. I have done nothing but False Claims Act actions for 36 years and the terms we proposed with Relator to settle are present in every FCA case I have done in 36 years so there are no surprises there (FCA settlements are public so you can pull some of them to confirm my statement). In any event, as long as our client permits, we are more than pleased to keep the dialogue going. Thanks, R.S.

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Monday, August 12, 2024 7:11 PM
**To:** Gerry, Emily <egerry@akingump.com>
**Cc:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

PS: In light of the settlement agreement you all asked for this afternoon, which contains some provisions that were not previously discussed and that don't seem appropriate, and given that the time for noticing an appeal expires today, I'm going to file a notice of appeal in an abundance of caution. It will be withdrawn once we the documentation related to the settlement is in place.

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Monday, August 12, 2024 8:23 PM
**To:** 'Gerry, Emily' <egerry@akingump.com>
**Cc:** 'Salcido, Robert' <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

So we can agree to the language in 2 as long as its clarified to confirm that it refers to the Relator as an individual and we can agree to 3. There are other things in the agreement that we have concerns about and that require further discussion. As a practical matter, I'm not able to work on it more this evening. Can I go ahead and file the stipulation?

**From:** Gerry, Emily <egerry@akingump.com>
**Sent:** Monday, August 12, 2024 7:46 PM
**To:** Robert McDuff <rbm@mcdufflaw.com>
**Cc:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

Hi, Rob—agreed with respect to the language in paragraph 2 (Relator's Release), though we would note that the language of paragraph 5 (No Other Actions) is intended to refer both to lawsuits filed or proceedings initiated by