# Exhibit 9

**E-mail correspondence from August 13, 2024, and August 14, 2024.**

**Robert McDuff**

---

| | |
|---|---|
| **From:** | Robert McDuff <rbm@mcdufflaw.com> |
| **Sent:** | Wednesday, August 14, 2024 3:47 PM |
| **To:** | 'Gerry, Emily' |
| **Cc:** | 'Salcido, Robert' |
| **Subject:** | RE: Jehl settlement --- costs |

Emily, if it's not easy for the companies to check themselves, let me know who the affiliates are that you're concerned about and I will try to find out. If it's the just the 3 defendants, I can check that. But it will be easier for me if the companies can just check themselves. Thanks.

---

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Wednesday, August 14, 2024 7:59 AM
**To:** 'Gerry, Emily' <egerry@akingump.com>
**Cc:** 'Salcido, Robert' <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

Emily,

Who are the affiliates? And can't they easily determine for themselves from their own dockets whether these lawyers have any pending actions against them?

Thanks

---

**From:** Gerry, Emily <egerry@akingump.com>
**Sent:** Tuesday, August 13, 2024 4:57 PM
**To:** Robert McDuff <rbm@mcdufflaw.com>
**Cc:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

Hi, Rob—ultimately, what's material to our clients in terms of being able to agree to any settlement is knowing whether Mr. Jehl, in his individual or legal capacity, or any of his attorneys have any pending actions against defendants or any of their affiliates. Happy to discuss this further by phone if that would be helpful.

**Emily I Gerry**
**Akin**
Direct: +1 202.887.4169 | Internal: 24169
Pronouns: she/her/hers (What's this?)

---

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Tuesday, August 13, 2024 5:20 PM
**To:** Gerry, Emily <egerry@akingump.com>
**Cc:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

With respect to paragraph 5, am I correct that you are talking solely about the three defendants listed in the first paragraph of the settlement agreement?

---

**From:** Gerry, Emily <egerry@akingump.com>
**Sent:** Monday, August 12, 2024 7:46 PM
**To:** Robert McDuff <rbm@mcdufflaw.com>
**Cc:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

Hi, Rob—agreed with respect to the language in paragraph 2 (Relator's Release), though we would note that the language of paragraph 5 (No Other Actions) is intended to refer both to lawsuits filed or proceedings initiated by Mr. Jehl in his individual capacity and in his capacity as an attorney.  Attached is a version with a corrected paragraph 3, both in redline and clean.

**Emily I Gerry**
**Akin**
Direct: +1 202.887.4169 | Internal: 24169
Pronouns: she/her/hers (What's this?)

---

**From:** Robert McDuff <rbm@mcdufflaw.com>
**Sent:** Monday, August 12, 2024 8:28 PM
**To:** Gerry, Emily <egerry@akingump.com>
**Cc:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

Hi Emily,

The language of paragraph 2 seems to be talking about Cameron as an individual and not an attorney for others.  Am I correct about that?

There appears to be a typo in paragraph 3 where it says Defendants agree to hold harmless the defendants.

---

**From:** Gerry, Emily <egerry@akingump.com>
**Sent:** Monday, August 12, 2024 6:51 PM
**To:** Robert McDuff <rbm@mcdufflaw.com>
**Cc:** Salcido, Robert <rsalcido@AKINGUMP.COM>
**Subject:** RE: Jehl settlement --- costs

Are you able to ask whether they have any pending lawsuits against Defendants or their affiliates?  It is material to us insofar as our client's intent in entering into this agreement is to achieve peace going forward.

Re "agree to the release language," that is correct:  paragraphs 2 ("Relator's Release") and 3 ("Defendants' Release").

**Emily I Gerry**
**Akin**
Direct: +1 202.887.4169 | Internal: 24169

2