# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2024
Lyle W. Cayce
Clerk

No. 24-60415

_____

United States of America, *ex rel*, Cameron Jehl,

        *Plaintiff—Appellant/Cross-Appellee*,

*versus*

GGNSC Southaven, L.L.C., *doing business as* Golden Living Center-Southaven; GGNSC Administrative Services, L.L.C., *doing business as* Golden Ventures; GGNSC Clinical Services, L.L.C., *doing business as* Golden Clinical Services,

        *Defendants—Appellees/Cross-Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:19-CV-91

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of October 30, 2024, pursuant to the joint motion of the parties.

No. 24-60415

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 30, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

2