# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 30, 2024

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

    No. 24-60415   Jehl v. GGNSC Southaven
                        USDC No. 3:19-CV-91

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Monica R. Washington, Deputy Clerk
                                 504-310-7705

cc w/encl:
    Ms. Emily Gerry
    Ms. Margaret Sams Gratz
    Mr. Robert Bruce McDuff
    Mr. Robert Salcido