# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| CAMERON JEHL, ) | |
| ) | |
|     Plaintiff-Relator, ) | |
| ) | |
| v. ) | No. 3:19-cv-091-GHD-JMV |
| ) | |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN ) | |
| LIVING CENTER-SOUTHAVEN; GGNSC ) | |
| ADMINISTRATIVE SERVICES LLC D/B/A ) | |
| GOLDEN VENTURES; AND GGNSC ) | |
| CLINICAL SERVICES LLC D/B/A GOLDEN ) | |
| CLINICAL SERVICES, ) | |
| ) | |
|     Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve this case (hereinafter the "Settlement Agreement"). Under the terms of the Settlement Agreement, Plaintiff-Relator (hereinafter "Relator") will pay the sum of $1,061,150.00. Because this agreement settles the claim for attorneys' fees[1], the parties agreed to dismiss their appeals pending in the United States Court of Appeals for the Fifth Circuit and accordingly filed a joint Stipulation of Dismissal of the Appeal and Cross-Appeal in that action on October 29, 2024.[2] The Fifth Circuit dismissed the pending appeals on October 30, 2024.[3]

---

[1] The costs previously awarded, $31,012.65 plus interest, were previously paid to Defendants by Relator's counsel. See ECF No. 395.
[2] Docketed at ECF No. 84 in Case No. 24-60415.
[3] Docketed at ECF No. 85 in Case No. 24-60415.

The parties are submitting a joint order to this Court that would direct the Clerk to distribute $1,061,150.00 to Defendants and the remainder to Relator of the appeal bond of $1,192,807.15 previously ordered by the Court and deposited into the Registry of the Court by Relator.

This stipulation of dismissal will take effect upon the filing of the Court's order directing the distribution of the appeal bond. The parties also request that the Court retain jurisdiction to enforce the Settlement Agreement.

               Respectfully submitted,

               /s/ *Robert B. McDuff*
               Robert B. McDuff (MSB # 2532)
               Law Office of Robert B. McDuff
               767 North Congress Street
               Jackson, MS 39202
               601.259.8484 (Telephone)
               rbm@mcdufflaw.com

               *Counsel for Relator*

               */s/ Margaret Sams Gratz*
               Margaret Sams Gratz, Esq. (MSB # 99231)
               Gratz & Gratz, P.A.
               312 North Green St.
               Tupelo, MS 38804
               Tel (662) 844-5531
               Fax (662) 844-8747
               margaret@gratzandgratz.com

               */s/ Robert Salcido*
               Robert Salcido (pro hac vice)
               D.C. Bar No. 447951
               California Bar No. 139138
               Akin Gump Strauss Hauer & Feld LLP
               2001 K Street, N.W.
               Washington, D.C. 20006
               Telephone: 202-887-4000
               Facsimile: 202-887-4288
               rsalcido@akingump.com

        *Counsel for Defendants GGNSC Southaven LLC; GGNSC Administrative Services LLC; GGNSC Clinical Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2024, the foregoing was served on all counsel of record by operation of the Court's electronic filing system.

/s/ *Robert B. McDuff*
Counsel for Relator