# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. CAMERON JEHL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:19-cv-091-GHD-JMV |
| GGNSC SOUTHAVEN LLC D/B/A GOLDEN LIVING CENTER-SOUTHAVEN; GGNSC ADMINISTRATIVE SERVICES LLC D/B/A GOLDEN VENTURES; AND GGNSC CLINICAL SERVICES LLC D/B/A GOLDEN CLINICAL SERVICES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER REGARDING DISTRIBUTION OF
## FUNDS IN THE REGISTRY OF THE COURT AND DISMISSAL

The parties have filed a Stipulation of Dismissal stating that they have reached an agreement to resolve this case (hereinafter the "Settlement Agreement"). In accordance with the Settlement Agreement, the Court hereby orders that the appeal bond previously ordered by the Court in the amount of $1,192,807.15 and deposited by Relator into the Registry of the Court, be distributed as follows:

$1,061,150.00 should be distributed to Defendants.

The amount remaining, which consists of $131,657.15 plus any interest that has accrued on the entire appeal bond, should be distributed to Relator.

The parties are instructed to contact the Financial Administrator of the Court to provide the necessary details for the distribution of these amounts.

Based upon the Stipulation of Dismissal filed by the parties in light of their resolution of the remaining issues in this matter, this case is hereby DISMISSED. The Court shall retain jurisdiction over the Settlement Agreement to enforce its terms.

SO ORDERED AND ADJUDGED this 4th day of November, 2024.

SENIOR U.S. DISTRICT JUDGE

Submitted By:

s/ Robert B. McDuff
Counsel for Relator

s/ Margaret Sams Gratz
Counsel for Defendants