**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA, EX REL.
CAMERON JEHL**                                                                   **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 3:19-CV-91-GHD-JMV**

**GGNSC SOUTHAVEN LLC, d/b/a GOLDEN
LIVING CENTER-SOUTHAVEN, et al.**                               **DEFENDANTS**

## ORDER DIRECTING CLERK TO SHRED RECORDS

This matter is before the Court *sua sponte*. The Clerk has been maintaining a sealed envelope containing tax records of a non-party that had been subpoenaed by the Relator in this case. The undersigned denied a motion for the release of these records [129] on December 1, 2020, and directed the Clerk to retain them until directed otherwise. Over four years have now passed since that decision, and the case has been closed. Accordingly, the Court hereby directs the Clerk to shred the subject envelope and its contents.

**SO ORDERED** this the 19th day of December, 2024.

                                                                           */s/ Jane M. Virden*
                                                                          UNITED STATES MAGISTRATE JUDGE